06/15/2020  01:04PM  4097446627                    GALVMAILRM                              PAGE  04/99
Case 1:20-cv-00266-MJT-KFG    Document 1    Filed 06/15/20    Page 1 of 104 PageID #:
1

1

In The United States District Court

For The Eastern District of Texas

Estate of Louis Charles Hamilton II

Louis Charles Hamilton II                          Complaint (Jury Demand)

Estate of Rachel Ann Hamilton II

Estate of Chandra D. Hamilton                      1:20cv266 MT-KFG

Estate of Natasha C. Hamilton

Aaron Michael Halvorsen (Hamilton II) (Son)

Alexis Jemtrude (Hamilton II) (Daughter)

William Arthur Philip Louis, Prince William, Duke of Cambridge, KG, KT, ADC (Special
Needs Son EO 12331) since Dec 1984

Henry Charles Albert David, Prince Harry, Duke of Sussex, KCVO, ADC (Special Needs Son
EO 12331) since Dec 1984

Vladimir Vladimirvich Putin

Lalisa Manoban

Emma Watson

Alexandria Ocasio-Cortez

Bae Yoo-bin

                Vs.

Donald John Trump Sr. 45th President

United Nations et al

United States Supreme Court

United States Congress

Defendant(s)

1.

(Plaintiffs) collective realleges and incorporates fully set forth all facts, cause of actions (Defendants) singularly and collectively conspire, entice, and execution thereof 18 U.S. Code § 2381 - TREASON, SEDITION, AND SUBVERSIVE ACTIVITIES against the (Plaintiffs) United States of America Union government committed by "among others" (Defendant) (Trump et al) 18 U.S. Code § 1343 engaging in "International Fraud by wire, radio, television radio, internet (Social Media) computer fraud to maintain ongoing RICO enterprise Crimes included but not limited to:

    a. (Defendant)acting under color of law (Trump et al) Conspirer against (Plaintiffs) United States of America Union government 18 U.S. Code § 951 – (Defendant) Trump et al Agents of foreign governments of "Russia Federation" and predecessor (USSR) on or about the dates of September 6th 1994 throughout September 5th, 2017 (Defendant) (Trump et al) conspire against (Plaintiffs) United States of America Union government statue "The Trading with the Enemy Act 1914", and "Espionage Act of 1917", citing international (Plaintiffs) (UK) TOP SECRET STRAP SIGINT UK EYES ONLY Dated 17th November 2016 GCHQ Reference: A/7238/6547/12 (US National Security) {Project FULSOME} {Request of the US President} "Intelligence gathering into (Trump) "Renewal 15th September 2016" as described under (MSS) eo12331 (Hamilton vs. Trump) wrongful dismissal by (Defendants) (5th Cir.) 17-40068 in favor of (Defendant) (Trump et al)

    b. (Defendant) (Trump et al) Conspirer against (Plaintiffs) United States of America Union government "among RICO civil and criminal charges" being un-registries agent "Russia Federation" and predecessor (USSR) occurring, direct money launderings possession "offshore wealth" of (Plaintiff) "Russia Federation" and predecessor (USSR) namely all assets thereof, Trump Foundation et al, Trump Plaza Associates, LLC Unknown, Trump Plaza Associates, LLC, Trump University, LLC Unknown, Trump University, LLC, Trump Organization, LLC CEO, Trump Organization, LLC, Trump Entertainment Resorts, Inc. Unknown, Trump Entertainment Resorts, Inc.,

        Trump Taj Mahal Associates, LLC Unknown, Trump Taj Mahal Associates, LLC, Trump Taj Mahal Associates, G.P. Unknown, Trump Taj Mahal Associates, G.P., Trump Model Management, LLC Unknown, Trump Model Management, LLC, Trump Organization, Inc. CEO, Trump Organization, Inc. being "Offshore wealth proceeds"

    c. (Defendant) (Trump et al) Conspirer 18 U.S. Code § 1956 – "Laundering of monetary instruments and Money laundering" in the process of making illegally-gained proceeds (i.e., "dirty money") Trump Foundation et al, Trump Plaza Associates, LLC Unknown, Trump Plaza Associates, LLC, Trump University, LLC Unknown, Trump University, LLC, Trump Organization, LLC CEO, Trump Organization, LLC, Trump Entertainment Resorts, Inc. Unknown, Trump Entertainment Resorts, Inc.,

Trump Taj Mahal Associates, LLC Unknown, Trump Taj Mahal Associates, LLC, Trump Taj Mahal Associates, G.P. Unknown, Trump Taj Mahal Associates, G.P., Trump Model Management, LLC Unknown, Trump Model Management, LLC, Trump Organization, Inc. CEO, Trump Organization, Inc appear legal (i.e., "clean") being "Offshore wealth"

d. (Defendant) (Trump et al) being in direct violation INTERNATIONAL MONEY LAUNDERING ABATEMENT AND ANTI-TERRORIST FINANCING ACT OF 2001 on or about the dates of 2001 throughout 2020 ("December") "Laundering of monetary instruments on behalf "Russia Federation" and predecessor (USSR) conspire in "International Money laundering" in the process of making illegally-gained proceeds (i.e., "dirty money") Trump Foundation et al, Trump Plaza Associates, LLC Unknown, Trump Plaza Associates, LLC, Trump University, LLC Unknown, Trump University, LLC, Trump Organization, LLC CEO, Trump Organization, LLC, Trump Entertainment Resorts, Inc. Unknown, Trump Entertainment Resorts, Inc.,

Trump Taj Mahal Associates, LLC Unknown, Trump Taj Mahal Associates, LLC, Trump Taj Mahal Associates, G.P. Unknown, Trump Taj Mahal Associates, G.P., Trump Model Management, LLC Unknown, Trump Model Management, LLC, Trump Organization, Inc. CEO, Trump Organization, Inc appear legal (i.e., "clean")

e. (Defendant) (Trump et al) being in direct violation INTERNATIONAL MONEY LAUNDERING ABATEMENT AND ANTI-TERRORIST FINANCING ACT OF 2001 on or about the dates of 2015 throughout 2019 ("December") engaging in TERRORIST FINANCING ACT's on behalf of (Defendants) GOP Political party "Paramilitary Chaos"

2.

(Plaintiffs) collective realleges and incorporates fully set forth all facts, cause of actions acting under color of law (Defendants) "US Court of Appeals" for the "Eighth Circuit" No. 02-1565, (Defendants) McMillian, Bowman, and Bye, Circuit Judges on or about the dates of July 5th 2002 throughout July 15th 2002 Seditious conspiracy (18 U.S.C. § 2384) charged conspiring with (Defendant) Trump et al forcibly attempting to overthrow the (Plaintiffs) Union Government of the United States from

— RICO enterprise a common criminal RICO whites supremacy common design, unlawfully, willfully, and knowingly did conspire and agree together with each other ("Defendants") GOP political elite member "fraudulent artifacts" Population Distribution in 2005 - Census Bureau The single-race ("Plaintiff") Black population and

3.

06/15/2020 01:04PM 4097446627 GALVMAILRM PAGE 07/99
Case 1:20-cv-00266-MJT-KFG Document 1 Filed 06/15/20 Page 4 of 104 PageID #:
4

4

("Plaintiffs") Blacks in combination with one or more races equaled 39.7 million in 2005 direct cause of actions" false classification collectively Continuing false statements (18 U.S.C. § 1001) made against the entire Global slavery index, false statements (18 U.S.C. § 1001) made against the entire global estimates of modern day slavery, false statements (18 U.S.C. § 1001) made against the entire trafficking global slavery index,

Continue false statements (18 U.S.C. § 1001) made against the entire The Global Modern Slavery Directory globalmodernslavery.org False statements (18 U.S.C. § 1001) made against the entire the Convention of 25 October 1980 on the Civil Aspects of International Child Abduction. b) to ensure that rights of custody and of access under the law of one Contracting State are effectively respected in the other Contracting States

4.

False statements (18 U.S.C. § 1001) made against the entire The Modern Slavery Act 2015 is an Act of the Parliament of the United Kingdom It is designed to combat modern slavery in the UK and consolidates previous offences relating to trafficking and slavery false statements (18 U.S.C. § 1001) made against the entire The Directory, a Clinton Global Initiative 2014 "Commitment to Action," is the most comprehensive database of modern slavery organizations ever compiled for the public, with more than (Defendants) United Nations 120 countries represented False statements (18 U.S.C. § 1001) made against the "peace, dignity, international freedom, civil rights, rights for life thereof

Having been denied to entire class of ("Plaintiffs") Negro DNA Slaves 39.7 million " on or about July 5th 2005 fully not legally "Born Descendants" of 19th-century African-American slaves as falsie judicial decree stated in (Defendants) "US Court of Appeals" for the "Eighth Circuit" No. 02-1565, (Defendants) McMillian, Bowman, and Bye, Circuit Judges on or about the dates of July 5th 2002 throughout July 15th 2002 "engaging in the acting under color of law capacities" obstruction of justice, abuse of power, on behalf of (Defendants) State of North Dakota; North Dakota Department of Labor; Disciplinary Board of the Supreme Court of the State of North Dakota; Governor John Hoeven ) (8th Cir.) No. 02-1565

5.

(Defendants) McMillian, Bowman, and Bye, Circuit Judges (RICO) pattern and practice included "International False slavery data (mail & wire) scheme against (Hamilton) undersigned council of record did so knowing and willing submitted fraudulent judicial decrees concealing the crimes (Plaintiffs) not legally "Born Descendants" of 19th-century African-American slaves on or about July 15th 2002 "but" actual living captive stateless ("Plaintiffs") slaves on or about 1776 – 2013 Feb 6th (RICO) enterprise wire fraud to simply held against will, peace, dignity, international freedom, correct informed legal knowledge within (Defendant) State of North Dakota, on or about the exacts date of July 15th 2002

6.

"Obstruction of Justice by (Defendants) (8th Cir.) ongoing false slavery data mail, wire fraud against (Hamilton) herein "directly concealing (Defendants) 13 Confederate States of America et al, (Defendants) Confederate State of Mississippi never ratified the (Plaintiffs) United States of America Union government 13th Amendment freeing (all) (Plaintiffs) Negro Slaves on the exacts date of July 15th 2002 "Three White Supremacy Wiseman" from the Great North"

Before (Defendants) (8th Cir.) McMillian, Bowman, and BYE committed to their own" criminal dismissal against undersigned "proceeding Pro Se" (Hamilton) 42 U.S.C. 42 U.S. Code § 1983. Civil action for deprivation of rights of (all) "Still Captive Negro Slaves in and for the ("Defendants") State of North Dakota less (Plaintiffs) Negro Slaves captive, misinformed population less than 20, 113 at 2.7% of the total population in and for the "State of North Dakota Citing the undersigned own "Federal Complaint"

7.

(Hamilton vs. State of North Dakota; North Dakota Department of Labor; Disciplinary Board of the Supreme Court of the State of North Dakota; Governor John Hoeven ) (8th Cir.) No. 02-1565 False slavery data, false classification collectively Continuing false statements (18 U.S.C. § 1001) submitted (Plaintiffs) not legally "Born Descendants" of 19th-century African-American slaves on or about July 15th 2002 "but" actual living captive stateless ("Plaintiffs") slaves on or about $1776 - 2013$ Feb 6th held against will, peace, dignity, international freedom, correct informed legal knowledge within (Defendant (State) of North Dakota, on or about the exacts date of July 15th 2002

(Defendants) State of North Dakota; North Dakota Department of Labor; Disciplinary Board of the Supreme Court of the State of North Dakota; Governor John Hoeven ) conspire with all (Defendants) (50) States under this scheme of false slavery data false classification collectively Continuing international false statements (18 U.S.C. § 1001) published with the Judicial system, among international wire, mail, computer, TV, Radio, Fraud (RICO) execution thereof

8.

18 U.S. Code § 2381 - TREASON, SEDITION, AND SUBVERSIVE ACTIVITIES by (RICO) enterprise agents of "white supremacy" engaging in actual fraud by non-disclosure concealing (Plaintiffs) Negro DNA entire population are not descendants of slavery of 1865 Civil War false statements, scheme "but" actual living captive stateless ("Plaintiffs") Negro DNA slaves on or about July 5th 2002 entire population still held against will, peace, dignity, international freedom, fully cause of action, violation 18 U.S. Code § 1201 - Kidnapping of

06/15/2020 01:04PM 4097446627                    GALVMAILRM                         PAGE 09/99
Case 1:20-cv-00266-MJT-KFG   Document 1   Filed 06/15/20   Page 6 of 104 PageID #:
6

6

undersigned ("Plaintiffs") entire family DNA Negro heritage included but not limited to with 39.7 "Million Slaves"...

"Physically Kidnapping, and legally abducted by ("Defendants") GOP Political Government continue scheme against (Hamilton) (Pro Se) "Federal Complaint" on or about July 15th 2005 throughout 2013 Feb. 6th ongoing crimes against humanity, crimes against children inhumane (RICO) Genocide population ethnic cleansing "Overt acts", crimes aggression, conspire, collusion, complicity (Plaintiffs) (Exhibit A) (Unpublished) Order of the (8th Cir.) attached herein, (Defendants) Confederate State of Mississippi was not a party to the (Plaintiffs United States of America Union Government

9.

(Defendants) (8th Cir) Citing case laws * Whitmore v. Harrington, 204 F.3d 784, 784 (8th Cir. 2000) (per curiam) (Fed. R. Civ. P. 12(b) (6) dismissal); Burton v. Central Interstate Low-Level Radioactive Wate Compact Comm'n, 23 F. 3d 208, 209 (8th Cir.) (dismissal for lack of standing), cert. denied, 513 U.S.,951(1994) Lujan v. Defenders of Wildlife, 504 U.S. 555,560-61 (1992) (requirement for standing) Will v. Michigan Dep't of State Police, 491 U.S. 58, 70-71 (1989) Treleven v. University of Minnesota, 73 F.3d 816, 818 (8th Cir.)

Hereby (Plaintiffs) collective Notice of Motion to strike all false slavery data, and outdate Colonial America case laws further Motion to Strike (Defendants) State of North Dakota; North Dakota Department of Labor; Disciplinary Board of the Supreme Court of the State of North Dakota; Governor John Hoeven )

Answer as Nonresponsive ORDERED that defendants shall file an amended answer consistent with case 3:16-mc-00016 (Exhibit B) attached herein on or about the 7th Day of February 2013 (Defendants) Confederate States of Mississippi ratified the 13th Amendment freeing (all)

10.

(Plaintiffs) Negro Slaves entire population for captivity, some (10) years delinquent in the fraud of the court submitted by "Three White Supremacy Wiseman" from the Great North" before (Defendants) (8th Cir.) McMillian, Bowman, and BYE committed to their own" criminal dismissal against undersigned "proceeding Pro Se" (Hamilton) 42 U.S.C. 42 U.S. Code § 1983. Civil action for deprivation of rights

(Defendant) Judge Carl E. Stewart, (Defendant) Judge Alfred H. Bennett, Defendant U.S. Slave Negro Judge Vanessa D. Gilmore, (Defendant) Judge Ron Clark, (Defendant) Judge Keith F. Giblin, (Defendant) David Hittner, (Defendant) Judge James E. Boasberg, (Defendant) Judge Melinda Harmon

06/15/2020 01:04PM 4097446627 GALVMAILRM PAGE 10/99
Case 1:20-cv-00266-MJT-KFG Document 1 Filed 06/15/20 Page 7 of 104 PageID #: 7

7

Defendant U.S. Judge Slave Negro George C. Hanks, Jr., Defendant Judge Kenneth Michael Hoyt, Defendant James Earl Graves Jr., Defendant David Hittner Defendant(s) Circuit Judges Davis, Defendant(s) Circuit Judges Prado, Defendant(s) Circuit Judges, Costta (Defendants) Circuit Judges Reavley, Defendant(s) Circuit Judges Dennis, Defendant(s) Circuit Judges Higginson "knowing and willing" conspire producing False judicial statements (18 U.S.C. § 1001), with other Federal Judges listed herein "wire, mail, computer, internet, made against undersign council of record (Hamilton) "Pro Se" (Civil Complaints) on or about the dates of July 2002 – throughout 2019 continue pattern and practice of (RICO) enterprise

11.

As continue described in (97) page (Amend Petition) filed before the (ICC) (International Criminal Court) Office of the Prosecutor USPS Tracking 9470111699000485484233 (copy) and Proof of service attached herein to (Plaintiffs) Motion for Recusal (Defendant) Judge Alfred H. Bennett, Defendant Judge Vanessa D. Gilmore, (Defendant) Judge David Hittner, (Defendant) Judge Melinda Harmon, Defendant George C. Hanks, Jr., Defendant Judge Kenneth Michael Hoyt, (Southern District of Texas Federal Court)

12.

(Plaintiffs) filing Notice Motion for recusal of (Defendant) Judge James E. Boasberg (Defendant) Judge Beryl A. Howell (25) pages (attached herein) with joining Motion change of Venue to the United States District Court for District of Columbia

1.  (Plaintiffs) (United Kingdom) notice motion for change of venue et al, Notice of Filing General Allegations (April 9th 2019) Motion for Material Witness "Willie M. Zanders, Rosemary Dennis, Walter Dennis and ($90,000) FEMA fraud evidence still missing (attached exhibit A) Writ of Mandamus (Hamilton vs. Trump et al)

2.  (Plaintiffs) (United Kingdom) June 18th 2019 notice motion for United States District Court for District of Columbia "Strike The Geneva Convention"

3.  (Plaintiffs) (United Kingdom) April 17th 2019 (38 pages) notice motion for United States District Court for District of Columbia Material Witness Doctor Samuel Benjamin Magnus-Lawson M.D.

4.  (Plaintiffs) (United Kingdom) May 30th 2019 (104 pages) notice motion for United States District Court for District of Columbia Preliminary Injunction (Defendant) Mark Zuckerberg and (Defendant) FaceBook "Protective Orders" with attached exhibit (A Mississippi Join USA Feb. 7th 2013 & B 13th Confederate States of America Map)

5.  (Plaintiffs) (United Kingdom) April 17th 2019 (20 pages) notice motion for United States District Court for District of Columbia Material Witness Doctor Dinesh Chandra Khare with exhibits (a,b,c and d)

6. (Plaintiffs) (United Kingdom) March 14th 2019 (12 pages) notice motion for United States District Court for District of Columbia Material Witness Seddique Mateen

7. (Plaintiffs) (United Kingdom) March 25th (14 pages) notice motion for United States District Court for District of Columbia Material Witness Robert Swan Mueller III

8. (Plaintiffs) (United Kingdom) April 23rd 2019 (38 pages) notice motion for "Strike and Vacate USDC No. 4:2016-mc01633 Hamilton v. Trump RAGEPATH Overview (Exhibit A Hamilton vs. Trump 4:2016-mc-01633) (Exhibit B) "entire copy of Report of Special Counsel Robert S. Mueller (Exhibit C) (State of New York vs. Trump et al) (Exhibit D) (Civil Rights Attorney Deadria Farmer-Paellmann) Federal Complaint Case.(Exhibit E) (Confederate State of Mississippi Join USA Feb 7th 2013) (Exhibit F) (Confederate 13 State Map)(Exhibit G) (Hamilton Cyber Attack)(Exhibit H) (Plaintiff UK TOP SECRET STRAP3 SIGINIT UK EYES ON LY

9. (Plaintiffs) (United Kingdom) April 13th 2019 (23 pages) notice motion for United States District Court for District of Columbia "Strike and Vacate" Judgment Hamilton vs. USDC No. 3:16-mc-16 USDC No. 3:17_MC_003, (5th Cir.) 17-40804 (with exhibits a- h)

10. (Plaintiffs) (United Kingdom) April 9th 2019 (10 pages) notice motion for United States District Court for District of Columbia Notice of Motion (TRO) Temporary Injunction, Temporary restraining order, Military Protective order for protective relief of "Office of Commander in Chief" (exhibit a and b) Top Secret Strap (UK) (ICC) International Court,

11. (Plaintiffs) (United Kingdom) March 28th 2019 (16 pages) notice motion for United States District Court for District of Columbia Notice of Motion (TRO) Temporary Injunction, Temporary restraining order, exhibits (a, b and c)

12. (Plaintiffs) (United Kingdom) March 26th 2019 (8 pages) notice motion for United States District Court for District of Columbia Notice of Motion for Production of Files Rev. Dr. Martin Luther King Jr.

13. (Plaintiffs) (United Kingdom) March 26th 2019 (8 pages) notice motion for United States District Court for District of Columbia Notice of Motion for Production of Files President J F. Kennedy

14. (Plaintiffs) (United Kingdom) March 26th 2019 (8 pages) notice motion for United States District Court for District of Columbia Notice of Cease and Desist to (Defendants United Nations) and (Defendants NATO) proof of service thereof

15. (Plaintiffs) (United Kingdom) April 17th 2019 (20 pages) notice motion for United States District Court for District of Columbia Material Witness, William Pelham Barr, Matthew George Whitaker, Rod J. Rosenstien and Jefferson Beaureguard Sessions III, with exhibits (a,b,c ,d,e and f)

16. (Plaintiffs) (United Kingdom) March 20th 2019 (209 pages) notice motion for United States District Court for District of Columbia General Allegation (Defendant FACEBOOK,

06/15/2020 01:04PM 4097446627                    GALVMAILRM                        PAGE  12/99
Case 1:20-cv-00266-MJT-KFG    Document 1    Filed 06/15/20    Page 9 of 104 PageID #:
9

9

17. (Plaintiffs) (United Kingdom) March 15th 2019 (45 pages) notice motion for United States District Court for District of Columbia (Mandatory International History Recall) false slavery data 1776 ~ 2013 Feb. 6th

18. (Plaintiffs) (United Kingdom) March 19th 2019 (91 pages) notice motion for United States District Court for District of Columbia General Allegation (Defendants) The 13 Confederate States of America Illegal existences

19. (Plaintiffs) (United Kingdom) March 18th 2019 (10 pages) notice motion for United States District Court for District of Columbia Material Witness Christopher Paul Hasson

20. (Plaintiffs) (United Kingdom) March 18th 2019 (6 pages) notice motion for United States District Court for District of Columbia "Strike and Vacate "United States of America Constitution

21. (Plaintiffs) (United Kingdom) March 16th 2019 (9 pages) notice motion for United States District Court for District of Columbia Material Witness Dimitrios Pagourtizis

22. (Plaintiffs) (United Kingdom) March 16th 2019 (9 pages) notice motion for United States District Court for District of Columbia Material Witness Brenton Harrison Tarrant (Temporary Stay Execution).

23. (Plaintiffs) (United Kingdom) March 22nd 2019 (11 pages) notice motion for United States District Court for District of Columbia Material Witness Lynnette Hardaway and Rochelle Richardson

24. (Plaintiffs) (United Kingdom) March 16th 2019 (9 pages) notice motion for United States District Court for District of Columbia Material Witness Robert Swan Mueller III

25. (Plaintiffs) (United Kingdom) March 16th 2019 (8 pages) notice motion for United States District Court for District of Columbia Motion for "Removal of Statue of Liberty".

26. (Plaintiffs) (United Kingdom) March 19th 2019 (26 pages) notice motion for United States District Court for District of Columbia General Allegation (page 1-26) "Aggravated Identity Theft".

27. (Plaintiffs) (United Kingdom) notice motion for change of venue et al, Notice of Filing General Allegations (April 15th 2019) Motion for Material Witness Harry C. Arthur et al

28. (Plaintiffs) (United Kingdom) April 17th 2019 (20 pages) notice motion for United States District Court for District of Columbia Material Witness Robert Gregory Bower, Travis Jeffery Reinking, Nikolas Cruz, Gaberiel Ross Parker

13.

(Plaintiffs) collective realleges and incorporates fully set forth all facts, cause of actions Criminal obstructing of justices ORDER NO 3915-2017 APPOINTMENT OF SPECIAL COUNSEL TO INVESTIGATE RUSSIAN INTERFERENCE WITH THE 2016

06/15/2020 01:04PM 4097446627          GALVMAILRM                    PAGE 13/99
Case 1:20-cv-00266-MJT-KFG     Document 1     Filed 06/15/20     Page 10 of 104 PageID #:
                                          10

10

PRESIDENTIAL ELECTION AND RELATED MATTERS - (Defendant) Judge Carl E. Stewart, (Defendant) Judge Alfred H. Bennett, Defendant U.S. Slave Negro Judge Vanessa D. Gilmore, Defendant U.S. Judge Slave Negro George C. Hanks, Jr., Defendant Judge Kenneth Michael Hoyt, Defendant James Earl Graves Jr., Defendant David Hittner Defendant(s) Circuit Judges Davis, Defendant(s) Circuit Judges Prado,

Defendant(s) Circuit Judges, Costta (Defendants) Circuit Judges Reavley, Defendant(s) Circuit Judges Dennis, Defendant(s) Circuit Judges Higginson "knowing and willing" conspire producing False judicial statements (18 U.S.C. § 1001), made against undersign council of record (Hamilton) (Civil Complaints) on behalf of (Defendant) Trump et al,. Did so Conspire, aid and abetting with direct concealing (all) (Defendant) Trump et al,. (RICO) enterprise criminal scheme...

14.

The Racketeer Influenced and Corrupt Organizations Act acting under color of law (Defendants) Federal Judges" knowing and willing "conspired to money launder the equivalent of more than (5.4 Billion) US Dollars on behalf of (Defendant) DONALD JOHN TRUMP, SR. being described in US (5th Cir.) Appeal Case Number: 16-20552 filed August 17, 2016 herein

Co-(Defendants) Deutsche Bank et al possession of legal banking records being "foreign offshore wealth" of (Russia Federation) in the custody of the (Defendant) Trump et al — illegal proceed in "Criminal International Money launderings loans" to (Defendant) Trump et al from the (Unknowing) (Unwilling) (Unsuspecting) execution thereof 18 U.S. Code § 2381 - TREASON, SEDITION, AND SUBVERSIVE ACTIVITIES by

(Defendant) Deutsche bank" (RICO) international banking fraud scheme includes being "underwritten" money by the (Plaintiff) Russian state bank VTB., (among other illegal transferring) by (GRU) (KGB) National Security direct (military) infiltration of the (Defendants) Trump et al all occurred within the (Jurisdiction) of (Plaintiffs) United States of America Union government, among other "Fraudulent International holdings"...

15.

(Plaintiffs) collective realleges and incorporates fully set forth all facts, cause of actions (Defendants) (Trump et al) singularly and collectively conspire, entice, and execution thereof 18 U.S. Code § 2381 - TREASON, SEDITION, AND SUBVERSIVE ACTIVITIES against the (Plaintiffs) United Kingdom government committed by "among others" (Defendant) (Trump et al) direct violation 18 U.S. Code § 1343 engaging in "International Fraud by wire, radio, television internet (Social Media) computer fraud to maintain ongoing RICO enterprise Crimes included but not limited to:

06/15/2020 01:04PM 4097446627 GALVMAILRM PAGE 14/99
Case 1:20-cv-00266-MJT-KFG Document 1 Filed 06/15/20 Page 11 of 104 PageID #: 11

11

a. (Defendant) (Trump et al) conspire against (Plaintiffs) United Kingdom The Trading with the Enemy Act 1914, Espionage Act of 1917,under international TOP SECRET STRAP SIGINT UK EYES ONLY Dated 17th November 2016 GCHQ Reference: A/7238/6547/12 (US National Security) {Project FULSOME} {Request of the US President} "Intelligence gathering into (Trump) "Renewal 15th September 2016"

b. (Defendant) (Trump et al) conspire on or about the dates 2016 – 2020 (December) against (Plaintiffs) (UK) The Trading with the Enemy Act 1914, Espionage Act of 1917, The Trading with the Enemy Amendment Act 1914 (5 & 6 Geo 5 c 12) The Trading with the Enemy Amendment Act 1915 (5 & 6 Geo 5 c 79) The Trading with the Enemy (Extension of Powers) Act 1915 (5 & 6 Geo 5 c 98) The Trading with the Enemy Amendment Act 1916 (5 & 6 Geo 5 c 105) The Trading with the Enemy (Copyright) Act 1916 (6 & 7 Geo 5 c 32) The Trading with the Enemy and Export of Prohibited Goods Act 1916 (6 & 7 Geo 5 c 52) The Trading with the Enemy (Amendment) Act 1918 (8 & 9 Geo 5 c 31) The Trading with the Enemy Act 1939 (2 & 3 Geo 6 c 89)

16.

- (Defendant) Judge Carl E. Stewart, (Defendant) Judge Alfred H. Bennett, Defendant U.S. Slave Negro Judge Vanessa D. Gilmore, Defendant U.S. Judge Slave Negro George C. Hanks, Jr., Defendant Judge Kenneth Michael Hoyt, Defendant James Earl Graves Jr., Defendant David Hittner Defendant(s) Circuit Judges Davis, Defendant(s) Circuit Judges Prado,

Defendant(s) Circuit Judges, Costta (Defendants) Circuit Judges Reavley, Defendant(s) Circuit Judges Dennis, Defendant(s) Circuit Judges Higginson "knowing and willing" conspire producing False judicial statements (18 U.S.C. § 1001), against paragrapha 15 above (a-b) against (Plaintiffs) United Kingdom, committed "Obstruction of Justice", made against undersign council of record (Hamilton) (Civil Complaints) on behalf of (Defendants) (Trump et al)

17.

(Plaintiffs) collective realleges and incorporates fully set forth all facts, cause of actions (Defendant) Judge Carl E. Stewart, (Defendant) Judge Alfred H. Bennett, Defendant U.S. Slave Negro Judge Vanessa D. Gilmore, Defendant U.S. Judge Slave Negro George C. Hanks, Jr., Defendant Judge Kenneth Michael Hoyt, Defendant James Earl Graves Jr., Defendant David Hittner Defendant(s) Circuit Judges Davis, Defendant(s) Circuit Judges Prado,

Defendant(s) Circuit Judges, Costta (Defendants) Circuit Judges Reavley, Defendant(s) Circuit Judges Dennis, Defendant(s) Circuit Judges Higginson (Defendants) (Trump et al) singularly and collectively conspire, entice, and execution thereof:

06/15/2020 01:04PM 4097446627 GALVMAILRM PAGE 15/99
Case 1:20-cv-00266-MJT-KFG Document 1 Filed 06/15/20 Page 12 of 104 PageID #: 12

12

(RICO) Criminal obstructing of justices ORDER NO 3915-2017 APPOINTMENT OF SPECIAL COUNSEL TO INVESTIGATE RUSSIAN INTERFERENCE WITH THE 2016 PRESIDENTIAL ELECTION AND RELATED MATTERS

FBI investigative Federal Bureau Investigation special counsel - Robert Swan Mueller III, et al, Mueller FBI investigation team "Having Special interest" against (all) the fraud "Federal Court records involving "Undersigned Counsel in Texas Southern District Court, Case No. 4:16-mc-01633,

Louis Hamilton, II v. Donald Trump, Sr., 17-40068 (5th Cir. 2017), Hamilton vs. Trump et al Filed: December 22, 2016 as 3:2016mc00016 as outline "Obstruction of Justice" against ("Plaintiff") United States Government, ("Plaintiffs") the British Empire, and ("Plaintiffs") thirty-seven allied countries

   a.  (RICO) Criminal obstructing of justices of (MSS) Military Secret Service, FBI, NCIS, NSA, MI6 other (usually allies government) officials, in regards to "National Security".

   b.  (RICO) Criminal obstructing of justices of (Plaintiffs) United States of America Union government Executive Order 12331—President's Foreign Intelligence Advisory Board October 20, 1981, Re: CASE NO. 17- 40804 Donald John Trump, Sr., 45th President of the United States of America UNITED STATES COURT OF APPEALS FIFTH CIRCUIT, Texas Southern District Court, Case No. 4:16-mc-01633, Louis Hamilton, II v. Donald Trump, Sr., 17-40068 (5th Cir. 2017), Hamilton vs. Trump et al Filed: December 22, 2016 as 3:2016mc00016

   c.  (RICO) Criminal obstructing of justices of (Plaintiffs) United Kingdom National Security (Defendant) (Trump et al) TOP SECRET STRAP SIGINT UK EYES ONLY Dated 17th November 2016 GCHQ Reference: A/7238/6547/12 (US National Security) {Project FULSOME} {Request of the US President} "Intelligence gathering into (Trump) "Renewal 15th September 2016"

   d.  (RICO) Criminal obstructing of justices of undersigned (Hamilton) civil rights, refusal all protective orders against the rights, peace, dignity, and international safety of all (Plaintiffs) (Defendants) UNITED STATES COURT OF APPEALS FIFTH CIRCUIT, Texas Southern District Court, Case No. 4:16-mc-01633, Louis Hamilton, II v. Donald Trump, Sr., 17-40068 (5th Cir. 2017), Hamilton vs. Trump et al Filed: December 22, 2016 as 3:2016mc00016, common plan or **conspiracy** embraced the commission of Crimes against Peace, in that the defendants planned, prepared, initiated, and waged wars of Nazi Conspiracy and Aggression since 2016 "Election Fraud" as described against (Defendant) Trump et al conspired against 18 U.S. Code § 951 - Agents of foreign governments of the (Plaintiff)

06/15/2020 01:04PM 4097446627                  GALVMAILRM                              PAGE 16/99
Case 1:20-cv-00266-MJT-KFG    Document 1    Filed 06/15/20    Page 13 of 104 PageID #:
13

13

e.      (Plaintiff) Vladimir Vladimirvich Putin being "Official "President of Russia"
        As described against (Defendants) Federal District Court of Texas collusion
        with (Defendants) "Fifth Circuit Court of Appeals" committed consciously,
        mocking, intimidation, ridicule, belittle, humiliation "pro se plaintiff and
        (Plaintiff) Vladimir Vladimirvich Putin with official fraudulent "Published"
        RICO Tampering with Government Records of Court Corruption that
        "VLADIMIR VLADIMIRVICH PUTIN" is list as a official Defendants –
        Appellees before the "Fifth Circuit Court of Appeal No. 16 – 20559 (Civil
        Case) No. A. H-16-1354 Signed by (Defendant) Judge Melinda Harmon,
        criminal dismissal of the entire "Civil Complaint" against (Plaintiffs) Negro
        Military Slaves et al

f.      (Plaintiffs) collective realleges and incorporates fully set forth all facts, cause of
        actions (Defendant) Judge Carl E. Stewart, (Defendant) Judge Alfred H.
        Bennett, Defendant U.S. Slave Negro Judge Vanessa D. Gilmore, Defendant
        U.S. Judge Slave Negro George C. Hanks, Jr., Defendant Judge Kenneth
        Michael Hoyt, Defendant James Earl Graves Jr., Defendant David Hittner
        Defendant(s) Circuit Judges Davis, Defendant(s) Circuit Judges Prado,
        Defendant(s) Circuit Judges, Costta (Defendants) Circuit Judges Reavley,
        Defendant(s) Circuit Judges Dennis, Defendant(s) Circuit Judges Higginson,
        continue "Fraud of The Court" against National Security of (Plaintiffs) United
        Kingdom, (Plaintiffs) United States of America Union government,
        undersigned council of record (Hamilton) with official fraudulent "Published"
        RICO Tampering with Government Records of Court Corruption that
        "VLADIMIR VLADIMIRVICH PUTIN" is list as a official Defendants –
        Appellees before the "Fifth Circuit Court of Appeal No. 16 – 20559 (Civil
        Case) No. A. H-16-1354 Signed by (Defendant) Judge Melinda Harmon,
        criminal dismissal of the entire "Civil Complaint" against (Plaintiffs) Negro
        Military Slaves et al as described before (ICC) Office of the International
        Prosecutor "International Criminal Court (copy) attached to the file.

18.

(Plaintiffs) collective realleges and incorporates fully set forth all facts, cause of actions
(Defendants) singularly and collectively while in charge of the (Judicial & Congressional)
government "acting under color of law" conspired Seditious conspiracy (18 U.S.C. § 2384)
charged conspiring with (Defendant) Trump et al "forcibly attempting to overthrow the
(Plaintiffs) Union Government of the United States from 2016 – 2020 continuance by such
extreme and outrageously overt acts, which included being "elusive on the lamb"

19.

(Defendant) fraud of the court engaged against suppressing acts of violence and restoring
law and order other than assisting (Defendant) Trump et al,. criminal cover-up overt acts "among

06/15/2020 01:04PM 4097446627                   GALVMAILRM                           PAGE 17/99
Case 1:20-cv-00266-MJT-KFG    Document 1    Filed 06/15/20    Page 14 of 104 PageID #: 14

14

charges" being un-registries agent of the (Plaintiffs) Russia Federation, and all assets thereof being "Offshore wealth proceeds" thereby (Defendants) Trump et al, engaging in (RICO) international ongoing wire fraud scheme, for proposed his own scheme in illegal tactical political fraud scheme by producing endless criminal and civil disorder on part against the (Plaintiffs) Negro race civilian population targeting non-existing "civil rights" opposing

"being targeting" for indefinitely slavery" held status, this included forced by several (Defendants) "people of white race" conspire with (Defendants) Negro race person(s) acting under color of law in securing all false slavery data (RICO) enterprise in unjust enrichments happy engaging in the execution of (all) inhumane acts to maintain "international human Traficant fraud scheme of things against (Plaintiffs) Negro Slaves entire population

20.

Being Negro 34, 658,190 Million Captive Slaves, as described by undersigned council of record 1:2010-CV-00808 Hamilton vs. United States of America "as of dates continue" UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS GALVESTON DIVISION Jan 5, 2017 MISCELLANEOUS ACTION NO. 3:16-MC-16 (S.D. Tex. Jan. 5, 2017) Hamilton brought this suit on behalf of, inter alia, approximately fifty black celebrities (living and dead), 42.7 million Negro slaves, the British Empire, and thirty-seven allied countries

Included but not limited to (Plaintiffs) / Victims Estate of Louis Charles Hamilton II Cmdr. US Navy (MSS), Estate of Rachel Ann Hamilton II, Estate of Chandra D. Hamilton, Estate of Natasha C. Hamilton

(Plaintiffs) / Victims Louis Charles Hamilton II Ancestry ethnic origin, descent, "roots," entire heritage, at time of the place of birth of the person or the person's parents Louis Charles Hamilton II Ancestry (i.e., a grandparent, great-grandparent, great-great-grandparent, and so forth), and your collateral relatives are cousins, nieces, nephews, aunts, uncles, siblings, etc.

21.

(Plaintiffs)/ Victims The House of Windsor reigning royal house of the United Kingdom and the other Commonwealth realms, Prince William, Duke of Cambridge, KG, KT, PC, ADC, Catherine, Duchess of Cambridge, GCVO, Prince George, Princess Charlotte, and Prince Louis of Cambridge, Prince Harry, Duke of Sussex, KCVO ADC, Meghan, Duchess of Sussex, Archie Harrison Mountbatten-Windsor. TOP SECRET STRAP SIGINT UK EYES ONLY Dated 17th November 2016 GCHQ Reference: A/7238/6547/12 (US National Security) {Project FULSOME} {Request of the US President} "Intelligence gathering into (Trump) "Renewal 15th September 2016"

Executive Order 12331—President's Foreign Intelligence Advisory Board October 20, 1981, Re: CASE NO. 17- 40804 Donald John Trump, Sr., 45th President of the United States of America UNITED STATES COURT OF APPEALS FIFTH CIRCUIT,

06/15/2020 01:04PM 4097446627 GALVMAILRM PAGE 18/99
Case 1:20-cv-00266-MJT-KFG Document 1 Filed 06/15/20 Page 15 of 104 PageID #:
15

15

22.

(Defendants) acting under color of law committed knowing and willing 42 U.S.C. 42 U.S. Code § 1983. Civil action for deprivation of rights, cover-up all wrong criminal doing described by (Hamilton) including laundering (Billions) (US Dollars) for (Defendant) Trump et al criminal ongoing conspires against (Plaintiffs)

23.

(UK) The Trading with the Enemy Act 1914, Espionage Act of 1917, The Trading with the Enemy Amendment Act 1914 (5 & 6 Geo 5 c 12) The Trading with the Enemy Amendment Act 1915 (5 & 6 Geo 5 c 79) The Trading with the Enemy (Extension of Powers) Act 1915 (5 & 6 Geo 5 c 98) The Trading with the Enemy Amendment Act 1916 (5 & 6 Geo 5 c 105) The Trading with the Enemy (Copyright) Act 1916 (6 & 7 Geo 5 c 32) The Trading with the Enemy and Export of Prohibited Goods Act 1916 (6 & 7 Geo 5 c 52) The Trading with the Enemy (Amendment) Act 1918 (8 & 9 Geo 5 c 31) The Trading with the Enemy Act 1939 (2 & 3 Geo 6 c 89)

24.

(Defendants) acting under color of law committed knowing and willing false statements, mail, wire computer, internet fraud, fraud by non-disclosure against (Plaintiffs)/Victims Roman Catholic Church, Founder: Jesus, according to; sacred tradition, Pope Francis, Vatican City, independent city-state enclave. First built in 1521, the Cathedral of San Juan Bautista is the oldest church in America San Miguel Mission, in Santa Fe, New Mexico, established in 1610, is the oldest catholic church in the United States, Mail, wire computer fraud engaging in "international public teaching "false slavery data" described herein As of 2011,

25.

(Plaintiffs) Catholic Church operates the world's largest non-governmental school system, being infiltrated by "white supremacy" false school books, against H.R. 40 propounded and produced such fraudulent artifacts on or about the dates of IN THE HOUSE OF REPRESENTATIVES JANUARY 3, 2013 Mr. CONYERS introduced the following bill; which was referred to the Committee on the Judiciary, thereby "False slavery data made into government records stated as follows:

26.

(a) FINDINGS.—(Defendants) The Congress false slavery data finds that— 8 (1) approximately 4,000,000 Africans and their 9 descendants were enslaved in the United States and 10 colonies that became the United States from 1619 to 11 1865; 12 (2) the institution of slavery was constitutionally and statutorily sanctioned by the Government of the United States from 1789 through 1865;

06/15/2020 01:04PM 4097446627 GALVMAILRM PAGE 19/99
Case 1:20-cv-00266-MJT-KFG Document 1 Filed 06/15/20 Page 16 of 104 PageID #:
16

16

27.

Being all false slavery data as the slavery that flourished by the "elusive defendant "The Confederate States of America "effective July 1st 2002 being the normal bully political paramilitary infiltration of all government actions constituted an ongoing immoral and inhumane deprivation 2020 ongoing cause of action and criminal crimes of modern human Traficant "knowing and willing by the (Supreme Court) Chief of Staff engaging, leadership of world-wide (race cleansing) whites supremacy conservatism fundamental records "mail, wire, computer fraud,

28.

with all aspect of concealing international fraud of all slavery school of high education false data since 1619 being this "epic biblical RICO ungodly world-wide effects of the ongoing secret "white supremacy continue producing at will their never ending institution of slavery by simple fraud of all "international school books to date", effective dates July 1st 2002 – 2020 (December)

(Defendants) Judicial Government "knowing and willing" RICO corruption and its criminal actions of crimes against humanity, children, being their ongoing "scheme RICO against the (Plaintiffs) Catholic Church Holy Schools upon which operates "among the (Defendants) United Nations" (Plaintiffs") Catholic Church world's largest non-governmental school system, subject to continue RICO "wire, mail, computer, TV fraud international scheme by the "elusive whites supremacy" defendants (GOP) Republican Party overt crimes against humanity "even" In 2016 – 2020 (December)

29.

Engaging in international published school books for "white supremacy" false international slavery data teaching against (Slaves) never international set free under such disguise of mass international criminal "false school teaching" of higher education government trap by the illegal operating (Defendants) The Confederate States of America, against all Slavery records, data to be precisely from this scheme on or about the dates 1619 to date 2020 "December" criminal funded false slavery data (published) upon all international records of the (Defendants) United Nations

30.

(Defendant) NATO "unknowing and unwilling (stupid) subject to such fraud the same as propounded and produced acting under color of law in 2011 Hamilton vs. United States of America et al, such RICO on criminal approval, government actions of the Judicial Government of the "Supreme Court" false slavery data "propounded and produced effective 1st July 2002 – 2013 February 7th "false teaching" by the illegal operating

06/15/2020 01:04PM 4097446627 GALVMAILRM PAGE 20/99
Case 1:20-cv-00266-MJT-KFG Document 1 Filed 06/15/20 Page 17 of 104 PageID #:
17

17

(Defendants) The Confederate States of America effective July 1st 2002 – 2013 (February) engaging in "white supremacy false government records acting under color law against the (Plaintiffs) "Holy Catholic International church own finical supported 43,800 secondary catholic schools, and 95,200 primary catholic schools, all upon (Defendants) RICO July 1st 2002 – till present

31.

Overt Criminal "False Slavery Data" usage in a international mail, wire, TV, computer fraud scheme as this included but not limited to "Fraud false slavery data school books with the (Elusive) defendant "The Confederate States of America, being imposter, posing as (Plaintiffs" The United States which a had 7,498 (Plaintiffs) Catholic schools in 2006-07, including 6,288 (Plaintiffs) elementary Catholic schools and 1,210 (Plaintiffs) secondary Catholic schools. In total there were 2,320,651 (Plaintiffs) Catholic students, including 1,682,412 (Plaintiffs) Catholic students in the elementary/middle schools and 638,239 in (Plaintiffs) Catholic high schools, "learning false slavery data public records

"white supremacy witchcraft in all aspect of school teaching mass public brain-washing distortion, while systematic destroyed, such fake government records of (USA) that don't exist, throughout the date knowing engaging, TV, Radio, Mail, Wire, Computer fraud "epic overt crimes committed both "National and International" effective 1st July 2002 – (Defendants) 107th Congress – January 3rd 2013 (against) (Plaintiffs) rules of governing laws The Racketeer Influenced and Corrupt Organizations (RICO) Act criminal penalties and a civil cause of action for

32.

(Defendants) each listed acting under color of law overt acts performed as part of an ongoing criminal political and private RICO organization, (defendants) legal experts "higher education's" to criminal continue engaging in RICO Coordination of Criminal and Civil Fraud Against the Government of the "United States of America Union government " by mass wire, mail, TV, Computer fraud in maintaining July 1st 2002 – 2020 (December) international "False Slavery data" being produced from the dates of July 1st 2002 to continue being "False Court Records" before the Jurisdiction of the (ICC) International Criminal Court, hereby submitted (all)

records of the undersign (Hamilton) proceeding "Pro Se" has established conclusive (Plaintiffs)(USA) union government don't exist after (July 1st 2002) throughout the dates February 6th 2013 being the ultimate crime (Defendants) Judicial Judges each individually "propounded and produced international false slavery data, conspire with (all) false school records, false birth records, all under RICO international crimes of white supremacy keeping ongoing slave false birth records, human

33.

Traficant scheme "effective July 1st 2002 – 2013 (February) 6th day until (Plaintiffs)(USA) union government hereby charging legally being all (50) states established in "law and equity" of "International Law" that school books did so state (50) States of The Union Government per school teaching, only occurred on February 7th 2013 being this criminal false International slavery data, fraudulent artifacts, being the "cause of continue criminal international actions, fully on the correct legal actions to set (USA) History Slavery data schools books on the correct path (Hamilton) herein continue being subject to ongoing hostile preferred acting under color of law (RICO) 2020 fraudulent international false slavery records, destruction of government court records, against "undersign

34.

Plaintiff" (Hamilton) acting "Pro Se" finally concluding from both "civil and criminal court" fraudulent acts acting under color of law", to deprive (Plaintiffs) class actions thereby (Defendants) knowing and willing execute misinformation, false statements, obstructions of justice, conspire in criminal conduct, to produce false government slavery records, mass deception, to even produce an "illusion of on or about the dates July 1st 2002 "United States of America entire 50 States was a Union Government being international fraud, false wire, mail, TV, radio, Computer false slavery data that never occurred

35.

(Plaintiffs) United States of America union government established all (50) States union government on or about the exact dates 2013 Feb 7th as established "Exhibit proof thereof attached herein) before (ICC) International Criminal Court (Justices) all occurred within the dates of July 1st 2002 and continue (RICO) brain wash fraud complex wire, TV, Mail, international fraudulent Banking, "fraud by over 500 Corporations continue manipulation international false international "published school books" to maintain such false white supremacy overt acts, (Plaintiffs) negro population be free slaves, which is false slavery data to have criminally internationally occurred

36.

Cause of actions, includes such scheme under international computer fraud crimes (now) in 2013 February 7th "Plaintiffs entire 50 states United States of America Union government established by undersigned "Pro Se Council of Record" on the exact date of Februarys 7th 2013 "Upon each defendants" judicial judges criminal fraudulent scheme since 2009 described in all court records of inquiry before the (jurisdiction) ICC "International Criminal Court" Being the "elusive defendants The Confederate States of America" July 1st 2002 – 2013 Feb 6th illegal existences concealed and ongoing effective "under disguise of color of law"

06/15/2020 01:04PM 4097446627 GALVMAILRM PAGE 22/99
Case 1:20-cv-00266-MJT-KFG Document 1 Filed 06/15/20 Page 19 of 104 PageID #: 19

19

Being (Defendants) GOP Political party "knowing and willing" crimes against humanity enslavement of the (Plaintiffs) negro entire populations thereby (defendants) each member of the entire 107th United States Congress committed RICO conspire to maintain false slavery data (Defendant) Mississippi joined the Union as the 20th state epic "international false slavery school published data" against (Plaintiffs still Captive Slaves) charging continue cause of actions

37.

(Defendants) conspire further RICO to the same fraud against the united states ucmj against all "Captive Military Slaves" of negro DNA race, being ongoing international fraud in all "slavery records of the "infamous H.R. 40" IN THE HOUSE OF REPRESENTATIVES JANUARY 3, 2013, thereby such international fraud records of ("Defendants") Justices Supreme Court, Federal Court Judges "False Statements" against "International Trans-Atlantic Slave Trade Database (18 U.S.C. 1001), Concealing all information about related activities (33) Hamilton vs. North Texas State Hospital et al US Case No. 7:2012-CV-00053 Defendant "State of Mississippi" was not in the

38.

Union Join fraudulent after "Appellate Results" dismissal case load entry (52) Hamilton vs. USA et al, (5th Cir.) Appeal 12-40403 Including defendant (America) hidden massive "enslaved in (Millions) Negros, and others similarly situated the same forced famine, destitution, pauperism, medical neglect, (Medical Profiteering of enforcing famine, destitution, pauperism) making on basics of "International crimes against humanity foreseeable, premeditated, exerting ecological or genetic dominance of countenance teaching of

(1865) Colonial Rule of Laws, fully ungodly, illegal, but continued criminal actions of the (Judicial) Justice listed herein enforceable "whites supremacy" claimed "genetic dominance", against the ("Plaintiffs") continue freedom hereby charges cause of actions before the (ICC) International Criminal Courts, "obstruction of justice" against the "infamous H.R. 40"

39

According to the Rome Statute, IN THE MATTER EO 12331(MSS) undersigned council of record "Proceeding Pro Se" Louis Charles Hamilton II Cmdr. US Navy (Secret Service) Bluefin Inc. vs. Donald John Trump, Sr., 45th President of the United States ...United States of America (Union Est. February 7th 2013) According to the Rome Statute, (Defendants) United Nations et al

Afghanistan Albania Algeria Andorra Angola Antigua and Barbuda Argentina Armenia Australia Austria

40.

06/15/2020 01:04PM 4097446627                    GALVMAILRM                              PAGE 23/99
Case 1:20-cv-00266-MJT-KFG    Document 1    Filed 06/15/20    Page 20 of 104 PageID #:
20

20

Azerbaijan Bahamas Bahrain Bangladesh Barbados Belarus Belgium Belize Benin
Bhutan Bolivia (Plurinational State of) Bosnia and Herzegovina Botswana Brazil Brunei
Darussalam Bulgaria Burkina Faso Burundi Cabo Verde Cambodia Cameroon Canada Central
African Republic Chad Chile China Colombia Comoros

Congo Costa Rica Côte D'Ivoire Croatia Cuba Cyprus Czech Republic Democratic
People's Republic of Korea Democratic Republic of the Congo Denmark Djibouti Dominica
Dominican Republic Ecuador Egypt El Salvador Equatorial Guinea Eritrea Estonia Eswatini
Ethiopia Fiji Finland France Gabon Gambia (Republic of The) Georgia Germany Ghana Greece
Grenada Guatemala Guinea Guinea Bissau Guyana Haiti Honduras Hungary Iceland India
Indonesia

Iran (Islamic Republic of) Iraq Ireland Israel Italy Jamaica Japan Jordan Kazakhstan
Kenya Kiribati Kuwait Kyrgyzstan Lao People's Democratic Republic Latvia Lebanon Lesotho
Liberia Libya Liechtenstein Lithuania Luxembourg Madagascar Malawi Malaysia Maldives
Mali Malta Marshall Islands Mauritania Mauritius Mexico Micronesia (Federated States of)
Monaco Mongolia Montenegro Morocco

41.

Mozambique Myanmar Namibia Nauru Nepal Netherlands New Zealand Nicaragua
Niger Nigeria North Macedonia Norway Oman Pakistan Palau Panama Papua New Guinea
Paraguay Peru Philippines Poland Portugal Qatar Republic of Korea Republic of Moldova
Romania

Russian Federation Rwanda Saint Kitts and Nevis Saint Lucia Saint Vincent and the
Grenadines Samoa San Marino Sao Tome and Principe Saudi Arabia Senegal Serbia Seychelles
Sierra Leone Singapore Slovakia Slovenia Solomon Islands Somalia South Africa South Sudan
Spain Sri Lanka Sudan Suriname Sweden Switzerland Syrian Arab Republic Tajikistan Thailand
Timor-Leste Togo Tonga Trinidad and Tobago

42.

Tunisia Turkey Turkmenistan Tuvalu Uganda Ukraine United Arab Emirates United
Kingdom of Great Britain and Northern Ireland United Republic of Tanzania Uruguay
Uzbekistan Vanuatu Venezuela, Bolivarian Republic of, Viet Nam Yemen Zambia party to the
"wire, mail, computer, internet, false slavery data, RICO enterprise as

(Plaintiffs) (MSS) up linking INTERPOL: Red Notices simultaneously herein "alert all
international police" issued for following fugitives: Donald John Trump (born June 14, 1946)
45th and current president of the United States ("fanatical," "unprincipled & cruel") Chief
Defendant 45th President Donald John Trump Sr. being directly involved in violated (Plaintiffs)
US and "Plaintiff United Kingdom, The Trading with the Enemy Act 1914

06/15/2020 01:04PM 4097446627                    GALVMAILRM                              PAGE 24/99
Case 1:20-cv-00266-MJT-KFG    Document 1    Filed 06/15/20    Page 21 of 104 PageID #:
21

21

43.

(Defendants)Donald John Trump Sr. Fraud against ("Plaintiffs") British Empire the
Trading with the Enemy Amendment Act 1914 (5 & 6 Geo 5 c 12), Donald John Trump Sr.
Fraud against ("Plaintiffs") British Empire the Trading with the Enemy Amendment Act 1915 (5
& 6 Geo 5 c 79)

Donald John Trump Sr. Fraud against ("Plaintiffs") British Empire the Trading with the
Enemy (Extension of Powers) Act 1915 (5 & 6 Geo 5 c 98), Donald John Trump Sr. Fraud
against ("Plaintiffs") British Empire the Trading with the Enemy Amendment Act 1916 (5 & 6
Geo 5 c 105)

44.

Donald John Trump Sr. Fraud against ("Plaintiffs") British Empire the Trading with the
Enemy (Copyright) Act 1916 (6 & 7 Geo 5 c 32),Donald John Trump Sr. Fraud against
("Plaintiffs") British Empire the Trading with the Enemy and Export of Prohibited Goods Act
1916 (6 & 7 Geo 5 c 52),Donald John Trump Sr. Fraud against ("Plaintiffs") British Empire the
Trading with the Enemy (Amendment) Act 1918 (8 & 9 Geo 5 c 31)

(Defendants) (Trump) being under "Federal RICO Complaints" Case No. 3: 17- MC –
00003, against (Defendants) (Donald John Trump Sr.) with (5th Cir.) Writ of Mandamus No. 17
– 40280 USDC No. 3: 16-MC-16 with exhibit filed #cyber-spying did occurred, in the
"Jurisdiction of (Plaintiff) "United States of America Union Government et al", to include
"cyber-spying [PL-413132] "phishing site found "operational" and targeting

undersign council of record "Pro Se Plaintiff Louis Charles Hamilton II in his both
person (Cmdr. US Navy) "party to same attempted file Breach dated attack same time of +NSA
Agent copy hot line mark September 16, 2016 2:57 (PM) foreign "cyber weapons"
192.185.30.211 - ns344 (Secured Codes) this Cyber Attack being "Mark" official (MSS)
Military Secret Service breach as the same

45.

Direct attack target upon (Plaintiffs) United State NSA/CSS Fort Meade, MD 20755-
6248"United States of America Union Government (HQ) "The National Security Agency (NSA)
and "Defendants Court" criminal overt acts includes concealing such National security Breach
under obstruction of Justice TOP SECRET STRAP SIGINT UK EYES ONLY Dated 17th
November 2016 GCHQ Reference: A/7238/6547/12 (US National Security) {Project
FULSOME} {Request of the US President}

"Intelligence gathering into (Trump) "Renewal 15th September 2016" Executive Order
12331—President's Foreign Intelligence Advisory Board October 20, 1981, Re: CASE NO. 17-
40804 Donald John Trump, Sr., 45th President of the United States of America UNITED

06/15/2020  01:04PM  4097446627                    GALVMAILRM                              PAGE  25/99
Case 1:20-cv-00266-MJT-KFG    Document 1    Filed 06/15/20    Page 22 of 104 PageID #:
22

22

STATES COURT OF APPEALS FIFTH CIRCUIT, by

46.

"Civil Judges" criminal error in dismissal against the (Plaintiffs) Department of Defense, and (all) International Parties "Involved" herein (TOP ECRERT) in Favor of (Defendant) Donald John Trump Sr., listed in court filing as "unregistered agent of foreign government of (USSR) (RUSSIA Federation) et al "among others" with outstanding international warrant for arrest on file "Collectively" conspire, complicity, concealing the "actual correct slavery data, being the criminal tool of deception, thereby

(Plaintiffs) Victims, Vladimir Vladimirovich Putin, President of Russia, Prime Minister of Russia, First Deputy Prime Minister of Russia, Secretary of the Security Council, First Chief Directorate, (counter-intelligence), KGB, False statements by the Judicial Court against (Hamilton vs. United States of America) (Putin) being named "official" Defendants – Appellees before the "Fifth Circuit Court of Appeal No. 16 – 20559 with (Defendants) United States of America Congress, (Defendants) Supreme Court, (Defendants) United States of America, combine

47.

Making false statements (18 U.S.C. § 1001), in direct violation of 18 U.S. Code § 3056 - Powers, authorities, and duties of ("Plaintiffs") United States Secret Service being Louis Charles Hamilton II Cmdr. US Navy # 2712 being Plaintiff – Appellant, (records) UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS and all case files, namely Case 3:17-mc-0003 Black Lives Matter vs. President Donald John Trump Sr. Hamilton et al v. United States of America et al Filed: May 11, 2016 as 4:2016-mc- 01057,

Plaintiff: Louis Charles Hamilton, II, Jeffery Tavery, Robert Vaughan and others Defendant: United States of America et al "Chief Defendant, United States of America Congress, United States of America Supreme Court, Cause Of Action: Civil Miscellaneous Case, Court: Fifth Circuit › Texas › Texas Southern District Court Type: Other Statutes › Other

48.

"Knowing and willing (Defendants) The Supreme Court of the United States, Chief Justice John Roberts., Associate Justice Brett Kavanaugh., Associate Justice Samuel A. Alito, Jr.,Associate Justice Stephen Breyer., Associate Justice Ruth Bader Ginsburg., Associate Justice Neil Gorsuch., Associate Justice Elena Kagan., Associate Justice Sonia Sotomayor.

Chief Judge of the United States Court of Appeals for the Fifth Circuit, Slave Negro Carl E. Stewart, Slave Negro James Earl Graves Jr., US Federal Judge Priscilla Richman Owen, "Circuit Judge Stephen A. Higginson, Circuit Judge Gregg Costa, Circuit Judge Edward C. Prado, Circuit Judges, James L. Dennis, Circuit Judge W. Eugene Davis and Circuit Judge

06/15/2020 01:04PM 4097446627                    GALVMAILRM                              PAGE 26/99
Case 1:20-cv-00266-MJT-KFG    Document 1    Filed 06/15/20    Page 23 of 104 PageID #:
23

23

Thomas Morrow Reavley, Circuit Judges of the United States Court of Appeals for the Fifth
Circuit,

49.

United States Texas District Judge Slave Negro Alfred Homer Bennett, United States
District Texas Judge Slave Negro Vanessa Diane Gilmore, United States District Texas Judge
Slave Negro George Carol Hanks, Jr.,United States District Texas Senior Status Judge Slave
Negro Kenneth Michael Hoyt,

U.S. District Chief Judge Ron Clark U.S. District Judge Marcia A. Crone, U.S. District
Judge Zack Hawthorn, U.S. District Judge David Hittner, U. S. District Judge Charles R. Norgle,
Sr., U.S. District Judge James E. "Jeb" Boasberg, U.S. District Judge Keith F. Giblin, U.S.
District Judge Melinda Sue (Furche) Harmon,

U.S. District Judge Patrick A. Conmy U.S Appeal Chief Judge Frank Hoover
Easterbrook, U.S Appeal Circuit Judge Richard Allen Posner and U.S Appeal Circuit Senior
Judge Daniel Anthony Manion

50

Addison Mitchell McConnell Jr.,,Rafael Edward "Ted" Cruz ,James Richard "Rick"
Perry ,Michael T. Flynn, George Papadopoulos ,Richard W. Gates III, Jefferson Beauregard
Sessions III, Julian Assange, Jerome Robert Corsi, Stephen Kevin Bannon, Newton Leroy
Gingrich, Mark Zuckerberg

51.

Lowell Walker" (Father in Law) of Salt Lake City Utah, Helena Walker (Mother –in-
Law) of Salt Lake City Utah, LaMont H. Walker and wife, Lori, Murray, Utah;, Nico J. Walker
and wife, Michelle; Nathan A. Walker and wife, Lynette, Salt Lake City, Utah;, Mrs. Frank
(Luana Joy) Sawatzki, (Walker) Farmington, Utah;, Mrs. Douglas (Corry Sue) Cutler (Walker),
Mrs. Curtis (Faith) Ryan, (Walker), Mrs. Preston (Melissa) Christensen, (Walker) Salt Lake
City.,

52.

Among 1-889 wanted for civil and criminal prosecution, "among charges", (ICC)
International Criminal Court Genocide, Crimes against humanity, crimes against children, (ICC)
International War Crimes Court", for "international war crimes, actual enslavement, of entire
(Plaintiff) Negro Population as "Slaves Never Freed since capture year 1619 RICO enterprise
committed to such "criminal high tech modern day "slavery human Traficant system" crimes
against humanity that did so occurred continue on the date of 1st of July 2002 throughout Feb.
6th 2013 before are so identified being criminal party to this

06/15/2020 01:04PM 4097446627            GALVMAILRM              PAGE 27/99
Case 1:20-cv-00266-MJT-KFG   Document 1   Filed 06/15/20   Page 24 of 104 PageID #: 24

**24**

### 53.

RICO Enterprise Colonial America crime ongoing scheme of things continuance being in the dates of 2002 1st of July under epic false slavery data non-disclosure criminal international RICO enterprise "racket" in human Traffic, against the entire population DNA ("Plaintiffs") negro race born to be Slaves Denied all international freedom, dignity, well-being will, peace, correct informed knowledge, in all published public and private school books, in the time frame 1st of July 2002 - 2020 (December) being this ongoing criminal deception false slavery data "common mail, wire, computer, TV, Radio, Internet fraud design.

### 53.

(Plaintiffs) collective realleges and incorporates fully set forth all facts, cause of actions (Defendants) political GOP government RICO slave owners elite white supremacy conspirer to maintain all aspect "whites supremacy "endless" rule of laws acting under color of law to illegally-gained acquisitions in unjust enrichments, from the (Plaintiffs) DNA Negro race, stripped of all legal citizenship, held to the standards of a "white man" criminal overt acts living off of fraud by such "criminal false wire access computer usage" upon they each

(Defendants) listed herein acting under color of law "have not been convicted" and "should be considered innocent until proven guilty", being "submitted crimes of genocide, crimes against humanity, war crimes, and the crime of aggression each overt document, acts, omissions, false statement, false slavery data past, present and future RICO computer mail and wire fraud International scheme being fraud, false statement, false social media data, false slavery data singularly and collective against

### 54.

The (Defendants) United Nations Protocol against Trafficking in Plaintiff Negro DNA International Race Persons entire population — against peace, dignity, will, informed correct knowledge and direct international freedom, in having informed correct slavery data of all persons of (Plaintiffs) United States of America Union Government, (Plaintiffs) British Empire, (Plaintiffs) thirty-seven allied countries

### 55.

("Plaintiffs Slaves") for estate of wealthy slave owner realleges and incorporates fully set forth all facts ("Defendants") UN "Fraudulent Artifacts" false statements (18 U.S.C. § 1001) hereby (General Assembly resolution 217 A) direct International "RICO racket trap" being "Unknowing and Unwilling (stupid) Criminal party to the ("Defendants") The Confederated States of America illegal existences with the dates of July 1st 2002 - endless

knowing and willing producing criminal "Fraudulent Artifacts against the international records contain "Modern global slavery statistics data timeline hereby, being subject to false

06/15/2020  01:04PM  4097446627                         GALVMAILRM                                    PAGE  28/99
Case 1:20-cv-00266-MJT-KFG      Document 1      Filed 06/15/20      Page 25 of 104 PageID #:
25

25

slavery data, with criminal intent upon each submitting, records, documents, wire usage thereof
being RICO "whites supremacy" ethnic cleansing against the

56.

"Captive" ("Plaintiffs") Negro Immigrants, Civilian, and Military Slaves Negro (DNA)
Slave further assert RICO "whites supremacy" ethnic cleansing Continuing false statements (18
U.S.C. § 1001) wire, computer, mail, fraud ongoing in 2020 made against the entire Global
slavery index, false statements (18 U.S.C. § 1001) made against the entire global estimates of
modern day slavery, false statements (18 U.S.C. § 1001) made against the entire trafficking
global slavery index, false statements (18 U.S.C. § 1001) made against the entire The Global
Modern Slavery Directory globalmodernslavery.org

False statements (18 U.S.C. § 1001) made against the entire the Convention of 25
October 1980 on the Civil Aspects of International Child Abduction. b) to ensure that rights of
custody and of access under the law of one Contracting State are effectively respected in the
other Contracting States false statements (18 U.S.C. § 1001) made against the entire The
(Plaintiffs) Modern Slavery Act 2015 is an Act of the Parliament of the United Kingdom It is
designed to combat modern slavery in the UK and consolidates previous offences relating to
trafficking and slavery false statements (18 U.S.C. § 1001) made against the entire

57.

The Directory, a Clinton Global Initiative 2014 "Commitment to Action," is the most
comprehensive database of modern slavery organizations ever compiled for the public, with
more than (Defendants) United Nations 120 countries represented criminal RICO false slavery
data wire fraud False statements (18 U.S.C. § 1001) made against the entire The last country to
abolish slavery was the African state of Mauritania, where a 1981 presidential decree abolished
the practice; thereby "Knowing and willing" each Judicial Judges

"Conspiracy Common Design" against "unknowing and unwilling ("Defendants") United
Nations whom though out such fraud "carry over, and execute to conspires committed, and did
so "illegally publishes and utter as true all false slavery data of the Defendant (The Confederate
states of America criminal enterprise in unjust enrichments "Hillbilly Slave Owners" in 2002 -
2020 Making international false statements (18 U.S.C. § 1001) against the peace, will, dignity
international freedom ("Plaintiffs") Negro Slaves in which the rights and freedoms are not
enforced as set forth by

58.

("Defendants") UN "Fraudulent Artifacts" (General Assembly resolution 217 A) from the
exact time frame f the undersigned council f record proceeding "Pro Se" since December 15,
2010 as 1:2010-CV-00808 realleges and incorporates fully set forth all facts, "Complaint of the

06/15/2020 01:04PM 4097446627                     GALVMAILRM                          PAGE 29/99
Case 1:20-cv-00266-MJT-KFG     Document 1     Filed 06/15/20     Page 26 of 104 PageID #:
                                            26

26

undersigned council of record "Counterfeiting and forgery artifacts" - KFG Hamilton v. United
States of America et al Doc. 23 LOUIS CHARLES HAMILTON, II, Plaintiff UNITED STATES
OF AMERICA, § PRESIDENT ANDREW JOHNSON, § and PRESIDENT RUTHERFORD B.
§ HAYES, Defendants CIVIL ACTION NO. 1:10-CV-808

59.

Being absolute false statements (18 U.S.C. § 1001) made against the entire manipulation
OF ("Defendants") GOP Political whites supremacy RICO Slave Trade GOVERNMENT
RECORDS continuance denies of the "Plaintiffs slaves freedom by facts retain by PRODUCING
fraud slavery data in each "International Modern Slave records data, computer records, etc. being
internationally published contained systematic "Fraudulent Artifacts" in 2002 1st of July - 2020
"Modern Day Actual Timeline" having been established by the Actions of the

("Defendants") Confederate GOP actions Destroying the actual Ratification of the 13th
Amendment claimed to be completed in the past 1865 "Civil War" scheme which this never
occurred until on or about the 7th Day of February 2013 – thereby established 7th Day of
February 2013 "timeline" throughout ("December") 31st 2020 is the Factual Modern slavery
Data Actual Timeline", being under international manipulation, and additional direct cause of
action

60.

("Defendants") acting under color of law committed to overt acts of Criminal RICO
persons Knowingly and Willfully Concealment, cover-up, fraud of the court involving
(Hamilton) whom also being "kidnapping" false arrest as cited Hamilton vs. State of Texas et al
Civil Action H-11-4256 Dismissed on or about the 9th day of October 2012 by (Defendant) Judge
David Hittner, concealing the "illegal occupation of the (Defendants) Confederate States of
Mississippi never was part of (Plaintiff) United States of America Union government hereby
(Defendant) Judge David Hittner with others engaging in said criminal abduction of (Hamilton)
while acting under color of law

to maintain criminal scheme of human Traficant enslavement of 34, 658,190 Million
negro slaves on or about the dates 1:2010-CV-00808 Hamilton vs. United States of America"
until Feb 7th 2013 by such Judicial Fraud of The Government Courts, this includes all (crimes)
committed in (Defendants) State of Utah, (Hamilton) Missing dead white wife since 1994, all
destroyed, marriage, birth records, wedding records, in this scheme of "child abduction of
(Hamilton) missing children and religious prosecution thereof as described in all court filing
dismissed under direct

18 U.S. Code § 1343. Fraud by wire, radio, or television or computer to maintain all fraud
overt acts against (Hamilton) et al further concealing (Defendants) GOP Political inhumane acts
acting under color of law knowing and willing engaging in Crimes against humanity or the basic

06/15/2020 01:04PM 4097446627 GALVMAILRM PAGE 30/99
Case 1:20-cv-00266-MJT-KFG Document 1 Filed 06/15/20 Page 27 of 104 PageID #: 27

27

aspects of modern day slavery", concealing the correct slavery data as described in (all) committed to false statements, conspiracy to destroyed all record excerpts Original Record for 17-40068 [USCA5]

61.

Original Record created 1/27/2017 containing material facts surrounding crimes against humanity, aggression, conspire, collusion, overt actions conspiracy Psychological warfare (PSYWAR) to producing false slavery data Original Record for all record excerpts Original Record created 9/5/20173:17-MC-3 Hamilton v. Trump its circumstances with criminal ("Defendant") Donald John Trump Sr.,

Docket Sheet pp. 1 - 3

Pleadings (334 pages) pp. 4 - 337

Pleadings, vol. 2 (367 pages) pp. 338 - 704

Pleadings, vol. 3 (395 pages) pp. 705 - 1099

Pleadings, vol. 4 (399 pages) pp. 1100 - 1498

Pleadings, vol. 5 (308 pages) pp. 1499 - 1806

Pleadings, vol. 6 (398 pages) pp. 1807 - 2204

Pleadings, vol. 7 (361 pages) pp. 2205 - 2565

Pleadings, vol. 8 (255 pages) pp. 2566 - 2820

62.

3:16-MC-16 Docket Sheet pp. 1 - 3

Pleadings (289 pages) pp. 4 - 292

Pleadings, vol. 2 (392 pages) pp. 293 - 684

Pleadings, vol. 3 (364 pages) pp. 685 - 1048

Pleadings, vol. 4 (369 pages) pp. 1049 - 1417

Pleadings, vol. 5 (263 pages) pp. 1418 - 1680

Pleadings, vol. 6 (271 pages) pp. 1681 - 1951

Pleadings, vol. 7 (374 pages) pp. 1952 - 2325

06/15/2020 01:04PM 4097446627                    GALVMAILRM                        PAGE 31/99
Case 1:20-cv-00266-MJT-KFG    Document 1    Filed 06/15/20    Page 28 of 104 PageID #:
28

28

Pleadings, vol. 8 (314 pages) pp. 2326 - 2639

Pleadings, vol. 9 (261 pages) pp. 2640 - 2900

Pleadings, vol. 10 (396 pages) pp. 2901 - 3296

Pleadings, vol. 11 (380 pages) pp. 3297 - 3676

Pleadings, vol. 12 (386 pages) pp. 3677 - 4062

Pleadings, vol. 13 (362 pages) pp. 4063 - 4424

Pleadings, vol. 14 (358 pages) pp. 4425 – 4782

Pleadings, vol. 15 (300 pages) pp. 4783 - 5082

Pleadings, vol. 16 (390 pages) pp. 5083 - 5472

Original Record created 1/27/2017

63.

(Defendant) acting under color of law against (Hamilton) complaints did so conspire, collusion, facilitation aid and abetting imposed "Black Codes Laws" "Vagrancy Laws" "Jim Crow Laws" and never ending Slavery being a "long uncivilized history" in the process processing "Unjust enrichment" by criminal acts of intimidate, murder, discrimination, segregation, violence, voting disfranchisement, and force deaths thereof to directed and fully coerce all negro military and civilian slave population "Plaintiffs Black Lives Matter" as these; widespread and systematic attack directed crimes against humanity at the

"Plaintiffs Black Live Matter" herein as various inhumane acts, i.e., "murder", extermination, torture, enslavement, persecution on political control, "racial ethnic" grounds of false imprisonment and mass institutionalized discrimination intimidate, murder, discrimination, segregation, racial terrorization violence, voting disfranchisement, and millions being force deaths thereof involved being "slave subjects"

64.

Common Conspire in International GDP Monetary "Fraudulent Artifacts" continuance false statements submitted crimes Strictly defined, RICO Enterprise "racket" officially engaging in "Cooking The Books on its GDP sum of the market values, or prices, of all final goods and services produced in an illegal operating slave trade economy "whites supremacy" ongoing "Slavery" against the ("Plaintiffs") being captive slaves, gross crimes against humanity ungodly continuance

"scheme of things" in human Traficant, stolen land, properties', boundaries, territories,

06/15/2020 01:04PM 4097446627 GALVMAILRM PAGE 32/99
Case 1:20-cv-00266-MJT-KFG Document 1 Filed 06/15/20 Page 29 of 104 PageID #: 29

29

business, obtain by (means) of international conspirer to committed fraudulent embezzlement, insider trading, and money laundering of all(Slavery) proceeds in this (International) conversion scheme of things with (World Bank) further Grand international deception, consciously "public servant", RICO enterprise "racket" in human Traficant,

Being fraudulent in (all) things "Published and Utter" and factual true freedom of the ("Plaintiffs") Negro DNA Slaves being "false statements, omission, forgery and counterfeit committed to criminal/civil fraud, fraud by non-disclosure as in international law and equity false statements against

65.

Trans-Atlantic Slave Trade Database (18 U.S.C. 1001), "Confederate White Only Jurisdiction Colonial America Continuances illegal operation "1800s Fraudulent International Registration Nation "as defined the "complaint of the undersigned council of record -KFG Hamilton v. United States of America et al Doc. 23 LOUIS CHARLES HAMILTON, II, Plaintiff UNITED STATES OF AMERICA § PRESIDENT ANDREW JOHNSON, § and PRESIDENT RUTHERFORD B. § HAYES, Defendants CIVIL ACTION NO 1:10-CV-808

66.

(Plaintiffs) As legally so mention herein via "Fraudulent artifacts mass (international) production in all books, legal international transcripts, records, documents, courts records, (all) held systematic to international, internet, TV, media, suppression, censorship, and actual destroying, (Plaintiffs) (Hamilton) legal files by acting of (Defendants) Federal Court with intent to obscuring true slavery data, and all discovery thereof such "false slavery data" produced by the (Defendants) with intent fully consciously of these criminal actions, and crimes against humanity since, (February 6th 2013) throughout (December 2020)

67.

Fraud of the Courts" acting under color of law committed "even by" (Defendants 5th Cir.) Appeals Court of United States of America against undersign council proceeding "Pro Se" (Hamilton) subject to the Fraud of The Courts acting under color of law producing Judicial decrees in false statements (18 U.S.C. § 1001) made against the entire keeping "possession, custody and control of illegal overt acts of whites supremacy 1st of July 2002 throughout - 2010 December 10th false imprisonment of (Plaintiffs) be "enslavement of 34, 658,190 Million negro slaves "Citing 1:2010-CV-00808 Hamilton vs. United States of America" on

68.

The legal basis " Code § 1343. Fraud by wire, radio, or television, computer, internet, school publications against the complaint defined 1:2010-CV-00808 Grand Collusion, Conspire, Complicity Government producing False slavery data statements (18 U.S.C. § 1001) ongoing

06/15/2020 01:04PM 4097446627 GALVMAILRM PAGE 33/99
Case 1:20-cv-00266-MJT-KFG Document 1 Filed 06/15/20 Page 30 of 104 PageID #: 30

30

against the international freedom of (Plaintiffs) Negro population being under actual manipulation of slavery freedom records, with all inhumane acts having occurred Genocide, "Captivity Crimes against humanity "enslavement of 34, 658,190 Million negro (Plaintiffs) slaves" as described by undersigned (Hamilton) council of record proceeding

69.

"Pro Se" 1:2010-CV-00808 Hamilton vs. United States of America" undergoing false court records, direct destroyed thereof and fully censorship (Plaintiffs) (Hamilton) entire Negro Family, among (Missing) to included being never free on or about July 1st 2002 throughout Feb 6th 2013 "Crimes includes conspire two government book keeping in "Hidden the actual Confederate government records" illegal existences from July 1st 2002 - 2013 Feb. 6th under such fraudulent criminal intent of deceit and still ongoing 2020 (December) against (Plaintiffs) Negro race population, peace, will, dignity, and international right of freedom, as described by committed false slavery data against

70.

"International Modern global slavery statistics data "hereby further each (Defendants) "knowing and willing Continuing producing mass false slavery data (Defendants) The United States Government Publishing Office, (Defendant) The Joint Committee on Printing AAP Associated of America Publishers "(DEFENDANTS) INTERNATIONAL PUBLISHERS DOES NOS. 1-100,000 RICO international enterprise false slavery data ongoing 2010 ("December") RICO crimes against humanity false statement of criminal overt acts "enslavement of 34, 658,190 Million negro (Plaintiffs) slaves" as described by undersigned council of record 1:2010-CV-00808 Hamilton vs. United States of America" Being fraudulent artifacts

71.

Conspire to be maintained in production in all international published public and private school books, false Judicial decrees, records among other false document to mask this (RICO) conspire international false statements (18 U.S.C. § 1001) made against the entire Global slavery index, since 1861 - 2020 ongoing scheme in false statements (18 U.S.C. § 1001) made against the entire global estimates of modern day slavery, false statements (18 U.S.C. § 1001) made against the entire trafficking global slavery index, false statements (18 U.S.C. § 1001) made against the entire The Global Modern Slavery Directory globalmodernslavery.org

False statements (18 U.S.C. § 1001) made against the entire the Convention of 25 October 1980 on the Civil Aspects of International Child Abduction Contracting States false statements (18 U.S.C. § 1001) made against the entire The Modern Slavery Act 2015 false statements (18 U.S.C. § 1001) made against the entire The Directory, a Clinton Global Initiative 2014 "Commitment to Action," by (Defendants (GOP) Political fraud

06/15/2020 01:04PM 4097446627          GALVMAILRM                    PAGE 34/99
Case 1:20-cv-00266-MJT-KFG    Document 1    Filed 06/15/20    Page 31 of 104 PageID #:
31

31

72.

18 U.S.C. § 371—Conspiracy to Defraud the (Plaintiff) United States of America Union government against undersign (Hamilton) to committed overt acts, of concealing even premediate, kidnapping, abusing, events of rioting to commit, mass murder, against 34, 658,190 Million negro slaves against will, as 1:2010-CV-00808 Hamilton vs. United States of America" ("Plaintiffs") Negro Immigrants, Civilian, and Military Slaves Negro Slave assert Continuing Injury being slave, and not descendant of being set free after 1865 Civil War"

Thereof in there (Defendants) acting under color of law (Federal Judges) against (Hamilton) knowing and willing conspire mail, wire, TV, Radio, Computer fraud in making "Plaintiff freedom Classification to being actual false international slavery data submitted by defendants (5th Cir.) Court of Appeals in this

73.

Conspiracy against the (Plaintiff) United States, by undersigned (Hamilton) Federal Complaint subject to fraud in dismissal to continue (Defendants) GOP Political government conspiracy to defraud the (Plaintiffs) United States of America Union Government, S.Res.547 - A resolution designating June 19, 2018, as

"Juneteenth Independence Day" in recognition of June 19, 1865, the date on which slavery legally came to an end in the United States under 18 U.S.C. § 371, 9-42.160 False Statements to a (MSS) Military Naval Cmdr. et al Federal Criminal Investigator, 9-42.010 "Premeditated Coordination of Criminal and Civil Fraud Against the ("Plaintiffs") United States of America Union Government Cases of

74

"Undersigned council of records (Hamilton) court case dismissed wrongfully in crimes against humanity in keeping "possession, custody and control of illegal overt acts of whites supremacy 1865 - 2010 December 10th "enslavement of 34, 658,190 Million negro slaves 1:2010-CV-00808 Hamilton vs. United States of America" on The legal basis "Senate Resolution Number 547 "Adopted by the (Defendants) "Confederate Senate State of Mississippi" on 16th 1995 and Resolution Number 547 "Adopted by the

(Defendant) "Confederate House of Representative on March 16th 1995 State of Mississippi" RICO being Knowingly and Willfully Concealment "enslavement of 34, 658,190 Million negro slaves 1:2010-CV-00808 Hamilton vs. United States of America—Failure to Disclose 13th Amendment was never fully ratified freeing (Plaintiff) Negro Slaves on "Dec. 10th 2010 1:2010-CV-00808 Hamilton vs. United States of America" until Feb 7th 2013 by such Judicial Fraud of The Government Courts

06/15/2020 01:04PM 4097446627                          GALVMAILRM                              PAGE 35/99
Case 1:20-cv-00266-MJT-KFG    Document 1    Filed 06/15/20    Page 32 of 104 PageID #:
                                          32

32

18 U.S. Code § 1343 Fraud by wire, radio, or television or computer to maintain Crimes against humanity hidden "enslavement of 34, 658,190 Million slaves against the undersigned council of record "access to the courts" 1:2010-CV-00808 Hamilton vs. United States of America dismissed against the true abolition of "white supremacy" slavery fraud artifacts claimed to achieved ending of "enslavement of a entire (Plaintiff) negro population when the fraudulent introducing Thirteenth Amendment was fraudulent ratified on December 6, 1865 against all fraudulent published false slavery data in

75.

RICO, conspirer collections of the (Defendants) 100 Public Schools, listed herein never disclosed on or about the dates of (April) (1865) throughout the 6th day of Feb 2013 the (Defendants) 13th Confederate States of America, (Defendant) Mississippi Never ratified the 13th amendment collective (Defendants) GOP Political governed persons acting under color of law conspire together criminally being illegal in existences, in this international mail, wire, computer, internet, conspirer

76.

(RICO) enterprise producing "false slavery data" by teaching educational fraud committed to the peace, will, dignity, international freedom, civil rights (Plaintiffs) Negro entire population "captive slaves" by false statements produced by (Defendants) Public Schools:

Boston Latin School (1635), Boston, Massachusetts

Hartford Public High School (1638), Hartford, Connecticut

Cambridge Rindge and Latin School (1648), Cambridge, Massachusetts

Hopkins School (1660), New Haven, Connecticut

Hopkins Academy (1664), Hadley, Massachusetts

Academy of Richmond County (1783), Augusta, Georgia

Glynn Academy (1788), Brunswick, Georgia

Canandaigua Academy (1791), Canandaigua, New York

Westford Academy (1792), Westford, Massachusetts

Oxford Academy and Central Schools (1794), Oxford, New York

New London Academy (1795), Lynchburg, Virginia

Newburgh Free Academy (1796), Newburgh, New York

06/15/2020 01:04PM 4097446627 GALVMAILRM PAGE 36/99
Case 1:20-cv-00266-MJT-KFG Document 1 Filed 06/15/20 Page 33 of 104 PageID #: 33

33

Woodstock Academy (1801), Woodstock, Connecticut ("a quasi-private, independent school")

Bacon Academy (1803), Colchester, Connecticut

Hampden Academy (1803), Hampden, Maine

Pinkerton Academy (1814), Derry, New Hampshire (not strictly public, yet not private)

Columbia High School (1814), Maplewood, New Jersey

Cony High School (1815), Augusta, Maine

Delaware Academy (1819), Delhi, New York

English High School of Boston (1821), Boston, Massachusetts

Portland High School (1821), Portland, Maine

Kentucky School for the Deaf (1823), Danville, Kentucky

Prattsburgh Central School (1823), Prattsburgh, New York

New Bedford High School (1827), New Bedford, Massachusetts

Norcross High School (1827), Norcross, Georgia

Keene High School (1828), Keene, New Hampshire

Elyria High School (1830), Elyria, Ohio

Lahainaluna High School (1831), Maui, Hawaii

Leon High School (1831), Tallahassee, Florida

Lowell High School (1831), Lowell, Massachusetts

Newburyport High School (1831), Newburyport, Massachusetts

Woodward High School (1831), Cincinnati, Ohio

Cambridge High School (1834), Cambridge, Illinois

Medford High School (1835), Medford, Massachusetts

Bellevue High School (1836), Bellevue, Michigan

Central High School (1836), Philadelphia, Pennsylvania

Auburn High School (1837), Auburn, Alabama

06/15/2020 01:04PM 4097446627 GALVMAILRM PAGE 37/99
Case 1:20-cv-00266-MJT-KFG Document 1 Filed 06/15/20 Page 34 of 104 PageID #:
34

34

Windsor High School (1837), Windsor, New York

Barringer High School (1838), Newark, New Jersey

Cohasset High School (1838), Cohasset, Massachusetts

Nantucket High School (1838), Nantucket, Massachusetts

Taunton High School (1838), Taunton, Massachusetts

Virginia School for the Deaf and Blind (1838), Staunton, Virginia

Baltimore City College (1839), Baltimore, Maryland

Gloucester High School (1839), Gloucester, Massachusetts

Middletown High School (1840), Middletown, Connecticut

Brighton High School (1841), Boston, Massachusetts

Haverhill High School (1841), Haverhill, Massachusetts

Warren Easton Charter High School, formerly known as Boys High School (1843), New Orleans, Louisiana

Brookline High School (1843), Brookline, Massachusetts

Classical High School (1843), Providence, Rhode Island

Drury High School (1843), North Adams, Massachusetts

Tennessee School for the Deaf (1844), Knoxville, Tennessee

Western High School (1844), Baltimore, Maryland

Charlestown High School (1845), Boston, Massachusetts

Lyons High School (1845), Lyons, New York

Mary D. Bradford High School (1845), Kenosha, Wisconsin

New Braunfels High School (1845), New Braunfels, Texas

Windsor High School (1845), Windsor, Vermont

Chelsea High School (1846), Chelsea, Massachusetts

Concord High School (1846), Concord, New Hampshire

Georgia School for the Deaf (1846), Cave Spring, Georgia

Manchester Central High School (1846), Manchester, New Hampshire

Pine Tree High School (1847), Longview, Texas

Biddeford High School (1848), Biddeford, Maine

Lockport High School (1848), Lockport, New York

Philadelphia High School for Girls (1848), Philadelphia, Pennsylvania

B.M.C. Durfee High School (1849), Fall River, Massachusetts

Charlotte High School (1849), Charlotte, Michigan

Fitchburg High School (1849), Fitchburg, Massachusetts

Lawrence High School (1849), Lawrence, Massachusetts

Rockport High School (1849), Rockport, Massachusetts

Waltham High School (1849), Waltham, Massachusetts

Ypsilanti High School (1849), Ypsilanti, Michigan

Pottsville Area High School (1853), Pottsville, Pennsylvania

New Albany High School (1853), New Albany, Indiana

Arundel High School (1854), Gambrills, Maryland

Norwich Free Academy (1854), Norwich, Connecticut (a "quasi-private school,

"privately governed, independent secondary school

Andover High School (1856), Andover, Massachusetts

Louisville Male High School (1856), Louisville, Kentucky

Lowell High School (1856), San Francisco, California

Pioneer High School (1856), Ann Arbor, Michigan

Peoria High School (1856), Peoria, Illinois

Texas School for the Deaf (1856), Austin, Texas

University High School (1857), Normal, Illinois

06/15/2020 01:04PM 4097446627 GALVMAILRM PAGE 39/99
Case 1:20-cv-00266-MJT-KFG Document 1 Filed 06/15/20 Page 36 of 104 PageID #: 36

36

Braintree High School (1858), Braintree, Massachusetts

Ravenna High School (1858), Ravenna, Ohio

Hillhouse High School (1859), New Haven, Connecticut

San Jose High School (1863), San Jose, California

Shortridge High School (1864), Indianapolis, Indiana

Saint Paul Central High School (1866), Saint Paul, Minnesota

Hastings Senior High School (1866), Hastings, Minnesota

Parkersburg High School (1867), Parkersburg, West Virginia

Round Rock High School (1867), Round Rock, Texas

Holly High School (1868), Holly, Michigan

Theodore Roosevelt High School (1868), Kent, Ohio

Morristown High School (1869), Morristown, New Jersey

Lincoln High School (1869), Portland, Oregon

Hunter College High School (1869), New York, New York

Elgin High School (1869); Elgin, Illinois

## 77.

Hereby (Defendants) GOP Political "whites supremacy" government knowing and willing conspire published since established in "Colonial America well into the 6[th] day of Feb years – 2013 "Mail, Wire, TV, Radio, Internet Computer fraud in all slavery data since 1776 against the ("Plaintiffs") entire Negro Population having actual freedom, which such false slavery being committed to the actual International "Trans-Atlantic Slave Trade Database" in all (Defendants) GOP Political Government public and private Schools et al listed herein and

## 78.

"International Schools" (Unsuspecting) and (Unwilling) conspirer to violations ("Plaintiffs") United States of America Union Government Code § 1343 Fraud by wire, radio, or television producing international false slavery data, against the actual freedom, civil rights of all (Plaintiffs) Negro DNA entire population held indefinitely as captive slaves, under direct deception of the

06/15/2020 01:04PM 4097446627                GALVMAILRM                              PAGE 40/99
Case 1:20-cv-00266-MJT-KFG    Document 1   Filed 06/15/20   Page 37 of 104 PageID #:
37

37

(Defendants) GOP Political Party, crimes against humanity, crimes against children, committed to the same against the undersign being Dec. 10th 2010 - 2020 "continue cause of (International Action) before the (ICC) International Criminal Court Jurisdiction as well, charging each defendant acting under color of law,

79.

Common conspirers RICO Mail, Wire, TV, Radio, Computer since established - 10th of December 2010 undersign council of record proceeding (Pro Se) - 2020 (May5th) engaging in overt acts, acting under color of law, supporting past, present, conspire Obstruction of Justice, "fraud of the Judicial decrees of the Court records, "Knowing and Willing RICO party to Criminal ongoing hostile modern day Slave Owners

(Defendants) GOP Political gang "committed ungodly to forever criminal overt acts in all public records, in all false school published records devised in deceiving ("Plaintiffs") Negro DNA entire population, among others, people of color in overt acts as co defined

Code § 1343. Fraud by wire, radio, or television international false slavery data school, conspirer in all manuscripts published international schools to committed, conspire to same overt acts RICO crimes against humanity in such "epic RICO false slavery data — by such Failure to Disclose 13th Amendment was never fully ratified after 1865 Civil War - Feb 6th 2013 officially in law and equity

80.

"Physically freeing all (Plaintiff) Negro Slaves on "Dec. 10th 2010 1:2010-CV-00808 Citing (Undersigned) Hamilton vs. United States of America" being a free slave until Feb 7th 2013 "held captive slave" by such "hostile criminal continuance Judicial White Supremacy RICO Code § 1343. Fraud by wire, radio, or television Fraud of The Government Courts, Judicial Decrees,

With (Defendants) "Confederate Library of Congress" continuing 1800s - 2013 Feb 6th 18 U.S. Code § 1343. Fraud by wire, radio, or television Crimes against humanity "enslavement of 34, 658,190 Million negro slaves 1:2010-CV-00808 Hamilton vs. United States of America" false court records, destroyed and fully censorship "Hidden in government records" include (Plaintiffs") Negro Slaves hidden by the overt acts of "Confederate Congress whites only scheme of "white washing" whites supremacy, custody control, possession of (Plaintiffs") in 2010 fully against informed will of being physically

81.

Epic biblical destruction of enslavement of 34, 658,190 Million negro slaves in more than 32 million cataloged books and other print materials in 470 languages; more than 61 million manuscripts; the largest rare book collection in North America, including the rough draft of the

06/15/2020 01:04PM 4097446627 GALVMAILRM PAGE 41/99
Case 1:20-cv-00266-MJT-KFG Document 1 Filed 06/15/20 Page 38 of 104 PageID #: 38

38

Declaration of Independence, a Gutenberg Bible (originating from the St. Blaise Abbey, Black Forest) (one of only three perfect vellum copies known to exist);over 1 million U.S. government publications; 1 million issues of world newspapers spanning the past three centuries; 33,000 bound newspaper volumes; 500,000 microfilm reels; over 6,000 titles in all,

totaling more than 120,000 issues comic book titles; films; 5.3 million maps; 6 million works of sheet music; 3 million sound recordings; more than 14.7 million prints and photographic images including fine and popular art pieces and architectural drawings "Citing Continuing Injury 18 U.S. Code § 1343. Fraud by wire, radio, or television Crimes against humanity "enslavement of 34, 658,190 Million slaves to remain "captive" by "premeditated "whites supremacy " producing "endless government records false slavery data to maintain on or about the 1st of July 2002 same false slavery data even against

82.

Brown vs. Board of Education's of Topeka, 347 U.S. 483 (1954) on The legal basis "Senate Resolution Number 547 "Adopted by the "Confederate Senate State of Mississippi" on 16th 1995 and Resolution Number 547 "Adopted by the "Confederate House of Representative on March 16th 1995 State of Mississippi" as the government records are fraud in citing

(1954) Brown vs. Board of Education's of Topeka, 347 U.S. 483 "United States of America" did not existed in (1954) and not official records of whites supremacy "Confederate Library of Congress" the "Confederate States of Mississippi" "Only" crimes of human traffic continuing 1800 - 2013 Feb 6th, maintaining "captivity" of the "entire" "Plaintiffs Negro population of 34, 658,190 Million slaves to remain "captive", past, 1865 "Civil War" well being criminal actions present

US Docket No. 1:2010-CV-00808 Hamilton vs. United States of America" "subject to endless whites supremacy Fraud of the "white courts" to dismissed with prejudice, to denied "Actual Damages" against "Still captive human property of a Nasty White man" United States of America (Union Est. February 7th 2013) against

83.

("Defendants") The Confederate States of America U.S. Code § 2 – Principals, Co-conspirators and accessories after the fact — Articles of Impeachment RICO (refusal) of ("Defendants") GOP Political Congress for the removal of 45th President of The United States of America, being the "Leadership" of ("Defendants") Paramilitary "Whites Supremacy" The Knights of the Klu Klux Klansman (Dynasty) 1865- 2019 (December) 45th President Donald John Trump Sr. continue leadership RICO endeavor "directly responsible" an offense in international criminal law, for the Crimes against humanity,

06/15/2020 01:04PM 4097446627          GALVMAILRM                          PAGE 42/99
Case 1:20-cv-00266-MJT-KFG   Document 1   Filed 06/15/20   Page 39 of 104 PageID #: 39

39

Crimes against immigrant children, continue criminal acts of aggression instance of a imposed scheme surrounding 1865 continual whites supremacy world-wide overt war crimes paramilitary hostile acts engaging "endless" by primarily ("Defendants") The Confederate States of America "illegal existences" 1861 - 2013th Feb 6 engaging Global war crimes

84.

(Plaintiff) application upon (United Kingdom) Queens Highest Court, on complaint to (Defendants United Nations), (Defendants NATO) unknowing and unwilling (Idiots) defendants official parties in this (Defendant) GOP Political ongoing 2020 Modern Day Slavery ungodly acts, uncouth, extremely illegal, committed collectively by (Defendants) (5th Cir.) Court of Appeals, (Defendants) Texas Federal Court System, against all records of undersigns council of record, (Hamilton) in all "attorney-work" production, evidence, exhibits, simply destroyed... "Forced Slavery Servitude" of an "entire populating" to remain

Captured since Pursuant to Dred Scott v. Sandford, 60 US 393 1857 under imposed criminal actions of "Genocide" by design of a "nasty white man" criminal international intent knowing and willing international "Epic biblical crimes" "white man" being Godly happy clandestine paramilitary "Civil War Hillbillies' uneducated goons of "Colonial America 1865 blast from the "slave trade racist past" official criminal mass

85.

"Property owner of 44.5 Million Negro "Captive Slaves", Common Design or Conspiracy to commit and did commit continue 1865 Civil War Crimes well into (Februarys 6th 2013) hold captivity an "entire race of negro humans" intended Crimes against Humanity, These crimes included murders, brutalities, cruelties, tortures, atrocities, and other inhumane acts, well into 2019 (December)

86.

as defined by the "complaint of the undersigned (Hamilton) "Pro Se" council of record - KFG Hamilton v. United States of America et al Doc. 23 LOUIS CHARLES HAMILTON, II, Plaintiff, UNITED STATES OF AMERICA, § PRESIDENT ANDREW JOHNSON, § and PRESIDENT RUTHERFORD B. § HAYES, Defendants CIVIL ACTION NO. 1:10-CV-808 As described by the undersign council of record UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS:

U.S. Docket No. 3:1999-CV-00011

• U.S. Docket No. 4:2011-CV-04420

• U. S. Docket No. 4: 1998-CV-00110

06/15/2020  01:04PM  4097446627                GALVMAILRM                                    PAGE  43/99
Case 1:20-cv-00266-MJT-KFG    Document 1    Filed 06/15/20    Page 40 of 104 PageID #:
40

40

- U. S. Docket No. 2010-CV-02709

- U. S. Docket No. 2011-CV-00510

- U. S. Docket No. 2011-CV-04256

- U. S. Docket No. 2001-CV-00095

- U. S. Docket No. 2011-CV-00240

- U. S. Docket No. 2001-CV-00036

- U. S. Docket No. 2011-CV-00005

- U. S. Docket No. 2002-CV-00034

- U. S. Docket No. 2010-CV-02220

- U. S. Docket No. 2009-CV-00496

- U. S. Docket No. 2009-CV-07029

- U. S. Docket No. 2010-CV-00055

- U. S. Docket No. 2001-CV-00100

- U. S. Docket No. 2011-CV-00442

- U. S. Docket No. 2007-CV-01510

- U. S. Docket No. 2009-CV-00954

- U. S. Docket No. 2009-CV-00289

- U. S. Docket No. 2012-CV-01014

- U. S. Docket No. 1999-CV-00011

- U. S. Docket No. 2010-CV-00808

- U. S. Docket No. 2001-CV-00069

- U. S. Docket No. 2011-CV-00122

- U. S. Docket No. 2012-CV-00053

- U. S. Docket No. 2012-CV- 00038

- U. S. Docket No. 2012-CV-00977

06/15/2020 01:04PM 4097446627 GALVMAILRM PAGE 44/99
Case 1:20-cv-00266-MJT-KFG Document 1 Filed 06/15/20 Page 41 of 104 PageID #: 41

41

88.

All slavery data RICO obstruction of justice committed to each "evidence and complaint criminal acts to dismissed by conspire, collusion "wire, mail, computer, internet, public school books being all "actual fraud international false slavery data statements, common design Individual and collective actions of each ("Defendants") Justices of the Supreme Court, (Defendants) Federal Judges:

("Defendants") The United States Government Publishing Office, Defendant the United States Department of Education, (Defendant) The Joint Committee on Printing (Defendants) AAP Associated of America Publishers, listed herein and Defendant (United Nations)

89.

"(DEFENDANTS) INTERNATIONAL PUBLISHERS DOES NOS. 1-100,000 COLLECTIVE, concealing, false slavery data statements, direct omissions, (Plaintiffs) realleages, all set-forth above, in conspirers against the (Plaintiffs) United Kingdom, (Plaintiffs) Vacitan City Catholic Church since on or about July 1st 2002, all that what's printed being false slavery data, against (Plaintiff) Hamilton undersigned council of records, such fraud and deceit of each (Identified School of Higher Education)

90.

Hereby (Defendants) GOP Political "whites supremacy" government knowing and willing conspire published maintain and teaching in claimed (Defendants) schools of higher education's continue "false slavery data", false international history being subject to misinformation, direct actual fraud, in the authorship, and production of material facts, completely fabricated to achieve infiltration of "white supremacy" false international slavery data, to maintain this "modern day slavery" scheme which is nothing more than "Fraudulent Artifacts, misusing the

"International wire conspire to the same (RICO) enterprise (Defendants) The United States Government Publishing Office, (Defendant) The Joint Committee on Printing AAP Associated of America Publishers (Unsuspecting) (Unknowing) and (Unwilling) "(DEFENDANTS) INTERNATIONAL PUBLISHERS DOES NOS. 1-100,000,

91.

Committed to conspire on or about 10th of December 2010 producing Judicial decrees contain "international false slavery data" and direct false statement against the "will, peace, dignity, civil rights, international freedom rights "willfully criminally concealed against the undersigned (Hamilton) "Proceeding Pro Se" "Federal Complaint"

Citing 1:2010-CV-00808 Hamilton vs. United States of America", (RICO) enterprise to conceal the "elusive defendant 13th Confederate States of America illegal existences on

06/15/2020 01:04PM 4097446627 GALVMAILRM PAGE 45/99
Case 1:20-cv-00266-MJT-KFG Document 1 Filed 06/15/20 Page 42 of 104 PageID #: 42

42

"falsifying all records, appeals records, scheme by fraud of the courts, dismissing a honest complaint "among many others" the court claims of having a higher education's standards in each ruling against the "undersigned

92

Pro Se" (Hamilton) being defeated simply by criminal bully "Fraud of The Courts", false recorded international wire usage of the (Judges) publishing falsifying judicial decree against (Hamilton) among others similarly the same situated denied access to the "Federal Court" to busy further submitting criminal "international false slavery data" scheming to concealed, (Plaintiffs) Negro DNA entire population correct classification of being a "Slave at birth on or about 1865 continue 2013 Feb 6th and cause of action being denied rights simply (Slaves have not civil rights) under a fraudulent "descendant" classification scheme thereof in this

93.

To include but not limited to (Defendants) Judges acting under color of law each individually "knowing and willing" producing false slavery data, against (Hamilton) Civil Complaint criminally further held to "criminal scheme of false learning" in slavery data freedom rights, civil rights, committed by (Defendants) State of Texas entire fraudulent schools system having false educational documents statement on or about 1965 throughout Feb. 12th 1982 (plaintiff) Hamilton Military discharge documents, produced, both national and international false slavery data thereof (Plaintiffs) (Hamilton) entire "negro family" at birth are "free slaves" on or about 1965 throughout Feb. 12th 1982 being "false statements" by devise of criminal mail, wire, computer, internet, TV, radio, fraud by all parties conspire

94.

Against (Defendants) educational schools listed above herein of older historical value before the 1865 "Colonial America Civil War" – throughout Feb. 6th 2013 being infiltrated with the (Defendants) Schools listed (below) described by the (Defendants Court) attendances of having Higher Education's Schools et al educational values vs. (Pro Se") Plaintiff (Hamilton) not having such luxury of said "Higher education" thereby resulting in absolute dismissal base upon this fraudulent scheme included (Defendants) Judges

"Knowing and willing" committed to "actual fraud of the judicial proceeding , to keeping all false slavery data, hidden in such false incorrect "higher education teaching" committed by (Defendants) GOP political "white supremacy" direct lies" manipulation of all public records, direct censorship", concealing all material facts on or about the creation of the 13[th] amendment of the (Plaintiffs) United States of America Union government

95.

(Plaintiffs) Negro DNA entire population held captive ongoing after 1865 Civil War, well

06/15/2020 01:04PM 4097446627                    GALVMAILRM                       PAGE 46/99
Case 1:20-cv-00266-MJT-KFG    Document 1    Filed 06/15/20    Page 43 of 104 PageID #:
43

43

into 2013 Feb. 6th criminal wire, mail, computer, internet, TV, radio "direct manipulation to maintain fraudulent alternative historical facts (Plaintiffs) are still slaves, under criminal scheme which includes "direct RICO wire & mail fraud infiltration against "innocents" unknowing, unwilling, unsuspecting, (Plaintiffs) Sacred Heart Catholic School in Port Arthur Texas 77640 and (Plaintiffs) St. Mary Catholic Schools, Port Arthur Texas 77640, which the undersigned (Hamilton) attended Pre-K, Kindergarten until going to

96.

(Defendants) (PAISD) false teaching against (Plaintiffs) (Hamilton) having a "correct national education in "among other things" (Defendant) Confederate States of Mississippi was not in (Plaintiffs) United States of America Union government on or about November 8[th] 1961 day of (Hamilton) birth throughout March 12[th] 1980 (Hamilton) graduated early (Defendant) Abraham Lincoln High School 1023 Abe Lincoln Ave, (Port Arthur Texas) with (Defendants) (DOD) Department of Defense (US Navy) Military entrance processing command 701 South San Jacinto Street Houston Texas, "collective" fraud by non-disclosure (Defendant) Confederate State of Mississippi was not even attached to "claimed"

97.

(Plaintiffs) United States of America Union government of all (50) States being enacted in freeing (Plaintiffs) Negro entire population from "white man" captivity which was included in teaching requirement upon graduation, to "Never the case" but absolute "Defendants Colonial America International Wire Fraud scheme against the (Unsuspecting) (Unknowing) and (Unwilling) (Defendants) United Nations, (Defendants) NATO criminal RICO party to all overt acts for "unjust monetary personal greed, by overt bad nasty cruel criminal political white man actors "among others" party to actual thievery, scheming in human Traficant in producing endless international fraudulent artifacts false slavery data by

(Defendants) 13th confederate states government illegal existences on or about 1861 throughout 2013 Feb. 6th engaging in producing counterfeit monetary instruments, fraudulent judicial decrees, fraudulent school public and private books,

98.

"Citing civil asset forfeiture and criminal civil judicial forfeiture, being imposed on behalf of (Plaintiffs) Negro DNA slaves "contraband committed" by mail, wire, computer, internet, international false statements by a "illegal operating confederate government" having achieved to physically "Premeditated aggravated identity theft of (Plaintiffs) United States of America Union government, since March 4th 1861 (Defendants) Confederate States of America "infiltrated "United States Government Publishing Office" criminal acquired to maintain (Confederate Government)

06/15/2020 01:04PM 4097446627                          GALVMAILRM                                    PAGE 47/99
Case 1:20-cv-00266-MJT-KFG     Document 1     Filed 06/15/20     Page 44 of 104 PageID #:
44

44

(RICO) dominance by maintain world-wide disorder, destabilization, underhanded international fraud, dishonorable persons acting under color of law, against among others (Plaintiffs) United Kingdom, legal international rights to a "proper international educations, safety national security "absolutely free from such criminal intent producing fraudulent "false slavery data"

99.

(Plaintiffs) Negro population is set free having civil rights and citizenship, by passage of the 13th amendment which is forever "contaminated" in false statements hereby (Defendant) (Confederate State of Mississippi) engaging in fraudulent false slavery data. with (Defendants) Schools et al listed herein:

Pace University
New York (NY) Richmond Private
Pacific College of Oriental Medicine
San Diego (CA) San Diego Private
Pacific College of Oriental Medicine
New York (NY) Richmond Private
Pacific College of Oriental Medicine
Chicago (IL) Cook Private
Pacific Lutheran Theological Seminary
Berkeley (CA) Alameda Private
Pacific Lutheran University
Tacoma (WA) Pierce Private
Pacific Northwest College of Art
Portland (OR) Washington Private
Pacific Northwest University of Health Sciences
Yakima (WA) Yakima Private
Pacific Oaks College
Pasadena (CA) Los Angeles Private
Pacific School of Religion
Berkeley (CA) Alameda Private
Pacific Union College
Angwin (CA) Napa Private
Pacific University
Forest Grove (OR) Washington Private
Paine College
Augusta (GA) Richmond Private
Palm Beach Atlantic University
West Palm Beach (FL) Palm Beach Private
Palm Beach State College

Lake Worth (FL) Palm Beach Community College
Palmer College of Chiropractic
Davenport (IA) Scott Private
Palmer College of Chiropractic Florida
Port Orange (FL) Volusia Private
Palmer College of Chiropractic West
San Jose (CA) Santa Clara Private
Palmer Theological Seminary
Wynnewood (PA) Montgomery Private
Palo Alto College
San Antonio (TX) Bexar Community College
Palo Alto University
Palo Alto (CA) Santa Clara Private
Palo Verde College
Blythe (CA) Riverside Community College
Palomar College
San Marcos (CA) San Diego Community College
Pamlico Community College
Grantsboro (NC) Pamlico Community College
Panola College
Carthage (TX) Panola Community College
Paradise Valley Community College
Phoenix (AZ) Maricopa Community College
Pardee RAND Graduate School
Santa Monica (CA) Los Angeles Private
Paris Junior College
Paris (TX) Lamar Community College
Park University
Parkville (MO) Platte Private
Parker University
Dallas (TX) Denton Private
Parkland College
Champaign (IL) Champaign Community College
Parsons The New School for Design
New York (NY) Richmond Private
Pasadena City College
Pasadena (CA) Los Angeles Community College
Pasco-Hernando Community College
New Port Richey (FL) n/a Community College
Passaic County Community College

Paterson (NJ) Passaic Community College
Patrick Henry College
Purcellville (VA) Loudoun Private
Patrick Henry Community College
Martinsville (VA) Martinsville Community College
Patten University
Oakland (CA) Alameda Private
Paul D. Camp Community College
Franklin (VA) Franklin Community College
Paul Quinn College
Dallas (TX) Denton Private
Paul Smiths College
Paul Smiths (NY) Franklin Private
Payne Theological Seminary
Wilberforce (OH) Greene Private
PCI Health Training Center
Dallas (TX) Denton Private
Peace College
Raleigh (NC) Wake Private
Pearl River Community College
Poplarville (MS) Pearl River Community College
Peirce College
Philadelphia (PA) Philadelphia Private
Pellissippi State Technical Community College
Knoxville (TN) Knox Community College
Peninsula College
Port Angeles (WA) Clallam Public
Penn State Abington
Abington (PA) Montgomery Public
Penn State Altoona
Altoona (PA) Blair Public
Penn State Beaver
Monaca (PA) Beaver Public
Penn State Berks
Reading (PA) Berks Public
Penn State Brandywine
Media (PA) Delaware Public
Penn State College of Medicine
Hershey (PA) Dauphin Public
Penn State DuBois

DuBois (PA) Clearfield Public
Penn State Erie, The Behrend College
Erie (PA) Erie Public
Penn State Fayette
Uniontown (PA) Fayette Public
Penn State Great Valley
Malvern (PA) Chester Public
Penn State Greater Allegheny
McKeesport (PA) Allegheny Public
Penn State Harrisburg
Middletown (PA) Northampton Public
Penn State Hazleton
Hazleton (PA) Luzerne Public
Penn State Lehigh Valley
Center Valley (PA) Lehigh Public
Penn State Mont Alto
Mont Alto (PA) Franklin Public
Penn State New Kensington
New Kensington (PA) n/a Public
Penn State Schuylkill
Schuylkill Haven (PA) Schuylkill Public
Penn State Shenango
Sharon (PA) Mercer Public
Penn State Wilkes-Barre
Lehman (PA) Pike Public
Penn State Worthington Scranton
Dunmore (PA) Lackawanna Public
Penn State York
York (PA) York Public
Penn State's Dickinson Law
Carlisle (PA) Cumberland Public
Pennsylvania Academy of the Fine Arts
Philadelphia (PA) Philadelphia Private
Pennsylvania College of Art & Design
Lancaster (PA) Lancaster Private
Pennsylvania College of Technology
Williamsport (PA) Lycoming Public
Pennsylvania Highlands Community College
Johnstown (PA) Cambria Community College
Pennsylvania Institute of Technology

06/15/2020 01:04PM 4097446627          GALVMAILRM                    PAGE 51/99
Case 1:20-cv-00266-MJT-KFG    Document 1    Filed 06/15/20    Page 48 of 104 PageID #:
48

48

Media (PA) Delaware Private
Pennsylvania State University
University Park (PA) Centre Public
Pensacola Christian College
Pensacola (FL) Escambia Private
Pensacola State College
Pensacola (FL) Escambia Community College
Pentecostal Theological Seminary
Cleveland (TN) Bradley Private
Pepperdine University
Malibu (CA) Los Angeles Private
Peru State College
Peru (NE) Nemaha Public
Pfeiffer University
Misenheimer (NC) Stanly Private
Philadelphia Biblical University
Langhorne (PA) Bucks Private
Philadelphia College of Osteopathic Medicine
Philadelphia (PA) Philadelphia Private
Philadelphia University
Philadelphia (PA) Philadelphia Private
Philander Smith College
Little Rock (AR) Pulaski Private
Phillips Community College
Helena (AR) Phillips Community College
Phillips Graduate Institute
Chatsworth (CA) Los Angeles Private
Phillips Theological Seminary
Tulsa (OK) Tulsa Private
Phoenix College
Phoenix (AZ) Maricopa Community College
Phoenix School of Law
Phoenix (AZ) Maricopa Private
Phoenix Seminary
Scottsdale (AZ) Maricopa Private
Photographic Center Northwest
Seattle (WA) King
Pickens Technical College
Aurora (CO) Arapahoe Community College
Piedmont Baptist College

06/15/2020 01:04PM 4097446627 GALVMAILRM PAGE 52/99
Case 1:20-cv-00266-MJT-KFG Document 1 Filed 06/15/20 Page 49 of 104 PageID #: 49

49

Winston-Salem (NC) Forsyth Private
Piedmont College
Demorest (GA) Habersham Private
Piedmont Community College
Roxboro (NC) Person Community College
Piedmont Technical College
Greenwood (SC) Greenwood Community College
Piedmont Virginia Community College
Charlottesville (VA) Charlottesville Community College
Pierce College
Lakewood (WA) Pierce Community College
Pierpont Community and Technical College
Fairmont (WV) Marion Public
Pikes Peak Community College
Colorado Springs (CO) El Paso Community College
Pima Community College
Tucson (AZ) Pima Community College
Pine Manor College
Chestnut Hill (MA) Middlesex Private
Pine Technical College
Pine City (MN) Pine Community College
Pinnacle Career Institute
Kansas City (KS) Wyandotte Private
Pitt Community College
Greenville (NC) Pitt Community College
Pittsburg State University
Pittsburg (KS) Crawford Public
Pittsburgh Filmmakers
Pittsburgh (PA) Allegheny Private
Pittsburgh Technical Institute
Oakdale (PA) Allegheny Community College
Pittsburgh Theological Seminary
Pittsburgh (PA) Allegheny Private
Pitzer College
Claremont (CA) Los Angeles Private
PJA School, The
Upper Darby (PA) Delaware Community College
Platt College
Aurora (CO) Arapahoe Private
Plymouth State University

Plymouth (NH) Grafton Public

Point Loma Nazarene University

San Diego (CA) San Diego Private

Point Park University

Pittsburgh (PA) Allegheny Private

Point University

East Point (GA) Fulton Private

Polk State College

Lakeland (FL) Polk Community College

Polytechnic Institute of New York University

Brooklyn (NY) Kings Private

Polytechnic University of Puerto Rico

Hato Rey (PR) n/a

Pomona College

Claremont (CA) Los Angeles Private

Ponce School of Medicine and Health Sciences

Ponce (PR) n/a Private

Pontifical Catholic University of Puerto Rico in Arecibo

Arecibo (PR) n/a Private

Pontifical College Josephinum

Columbus (OH) Franklin Private

Porterville College

Porterville (CA) Tulare Community College

Portland Actors Conservatory

Portland (OR) Washington Private

Portland Community College

Portland (OR) Washington Community College

Portland State University

Portland (OR) Washington Public

Post University

Waterbury (CT) New Haven Private

Potomac College

Washington, DC (DC) n/a Private

Potomac State College

Keyser (WV) Mineral Community College

Prairie State College

Chicago Heights (IL) Cook Community College

Prairie View A&M University

Prairie View (TX) Waller Public

Pratt Community College

06/15/2020 01:04PM 4097446627 GALVMAILRM PAGE 54/99
Case 1:20-cv-00266-MJT-KFG Document 1 Filed 06/15/20 Page 51 of 104 PageID #: 51

51

Pratt (KS) Pratt Community College
Pratt Institute
Brooklyn (NY) Kings Private
Presbyterian College
Clinton (SC) Laurens Private
Prescott College
Prescott (AZ) Yavapai Private
Presentation College
Aberdeen (SD) Brown Private
Prince George's Community College
Largo (MD) Prince George's Community College
Prince William Sound Community College
Valdez (AK) Valdez Cordova Community College
Princeton Theological Seminary
Princeton (NJ) Mercer Private
Princeton University
Princeton (NJ) Mercer Private
Principia College
Elsah (IL) Jersey Private
Providence College
Providence (RI) Providence Private
Pueblo Community College
Pueblo (CO) Pueblo Community College
Pulaski Technical College
North Little Rock (AR) Pulaski Community College
Purdue University
West Lafayette (IN) Tippecanoe Public
Purdue University Calumet
Hammond (IN) Lake Public
Purdue University North Central
Westville (IN) LaPorte Public

Queens College of CUNY
Flushing (NY) Queens Public
Queens University of Charlotte
Charlotte (NC) Mecklenburg Private
Queensborough Community College
Bayside (NY) Queens Community College
Quincy College
Quincy (MA) Norfolk Community College

06/15/2020 01:04PM 4097446627 GALVMAILRM PAGE 55/99
Case 1:20-cv-00266-MJT-KFG Document 1 Filed 06/15/20 Page 52 of 104 PageID #: 52

52

Quincy University
Quincy (IL) Adams Private
Quinebaug Valley Community College
Danielson (CT) Windham Community College
Quinnipiac University
Hamden (CT) New Haven Private
Quinsigamond Community College
Worcester (MA) Worcester Community College

Radford University
Radford (VA) Radford Public
Rainy River Community College
International Falls (MN) Koochiching Community College
Ramapo College of New Jersey
Mahwah (NJ) Bergen Public
Randolph College
Lynchburg (VA) Lynchburg Private
Randolph Community College
Asheboro (NC) Randolph Community College
Randolph-Macon College
Ashland (VA) Hanover Private
Ranger College
Ranger (TX) Eastland Community College
Rappahannock Community College
Glenns (VA) Gloucester Community College
Raritan Valley Community College
North Branch (NJ) Somerset Community College
Reading Area Community College
Reading (PA) Berks Community College

Reconstructionist Rabbinical College
Wyncote (PA) Montgomery Private
Red Lake Nation College
Red Lake (MN) Beltrami Community College
Red Rocks Community College
Lakewood (CO) Jefferson Community College
Redlands Community College
El Reno (OK) Canadian Community College
Reed College
Portland (OR) Washington Private

06/15/2020 01:04PM 4097446627 GALVMAILRM PAGE 56/99
Case 1:20-cv-00266-MJT-KFG Document 1 Filed 06/15/20 Page 53 of 104 PageID #: 53

53

Reedley College
Reedley (CA) Fresno Community College
Reformed Episcopal Seminary
Blue Bell (PA) Montgomery Private
Reformed Presbyterian Theological Seminary
Pittsburgh (PA) Allegheny Private
Reformed Theological Seminary
Jackson (MS) Hinds Private
Regent University
Virginia Beach (VA) Virginia Beach Private
Regis College
Weston (MA) Middlesex Private
Regis University
Denver (CO) Denver Private
Reid State Technical College
Evergreen (AL) Conecuh Community College
Reinhardt University
Waleska (GA) Cherokee Private
Rend Lake College
Ina (IL) Jefferson Community College
Rensselaer at Hartford
Hartford (CT) Hartford Private
Rensselaer Polytechnic Institute
Troy (NY) Rensselaer Private
Renton Technical College
Renton (WA) King Community College
Resurrection University
Oak Park (IL) Cook Private
Rhode Island College
Providence (RI) Providence Public
Rhode Island School of Design
Providence (RI) Providence Private
Rhodes College
Memphis (TN) Shelby Private
Rice University
Houston (TX) Montgomery Private
Rich Mountain Community College
Mena (AR) Polk Community College
Richard Bland College
Petersburg (VA) Petersburg Public

06/15/2020 01:04PM 4097446627                    GALVMAILRM                            PAGE 57/99
Case 1:20-cv-00266-MJT-KFG    Document 1    Filed 06/15/20    Page 54 of 104 PageID #:
54

54

Richard Stockton College of New Jersey, The

Pomona (NJ) Atlantic Public

Richland College

Dallas (TX) Denton Community College

Richland Community College

Decatur (IL) Macon Community College

Richmond Community College

Hamlet (NC) Richmond Community College

Rider University

Lawrenceville (NJ) Mercer Private

Ridgewater College

Willmar (MN) Kandiyohi Community College

Ringling School of Art & Design

Sarasota (FL) Sarasota Private

Rio Hondo College

Whittier (CA) Los Angeles Community College

Rio Salado College

Tempe (AZ) Maricopa Community College

Ripon College

Ripon (WI) Fond du Lac Private

River Parishes Community College

Sorrento (LA) Ascension Community College

Riverland Community College

Austin (MN) Mower Community College

Riverside City College

Riverside (CA) Riverside Community College

Rivier College

Nashua (NH) Hillsborough Private

Roane State Community College

Harriman (TN) Roane Community College

Roanoke College

Salem (VA) Salem Private

Roanoke-Chowan Community College

Ahoskie (NC) Hertford Community College

Robert Morris College

Chicago (IL) Cook Private

Robert Morris University

Moon Township (PA) Allegheny Private

Roberts Wesleyan College

Rochester (NY) Monroe Private

06/15/2020 01:04PM 4097446627 GALVMAILRM PAGE 58/99
Case 1:20-cv-00266-MJT-KFG Document 1 Filed 06/15/20 Page 55 of 104 PageID #: 55

55

Robeson Community College
Lumberton (NC) Robeson Community College
Rochester College
Rochester Hills (MI) Oakland Private
Rochester Community & Technical College
Rochester (MN) Olmsted Community College
Rochester Institute of Technology
Rochester (NY) Monroe Private
Rock Valley College
Rockford (IL) Winnebago Community College
Rockefeller University
New York (NY) Richmond Private
Rockford College
Rockford (IL) Winnebago Private
Rockhurst University
Kansas City (MO) Platte Private
Rockingham Community College
Wentworth (NC) Rockingham Community College
Rockland Community College
Suffern (NY) Rockland Community College
Rocky Mountain College
Billings (MT) Yellowstone Private
Rocky Vista University College of Osteopathic Medicine
Parker (CO) Douglas Private
Roger Williams University
Bristol (RI) Bristol Private
Rogers State University
Claremore (OK) Rogers Public
Rogue Community College
Grants Pass (OR) Josephine Community College
Rollins College
Winter Park (FL) Orange Private
Roosevelt University
Chicago (IL) Cook Private
Rosalind Franklin University of Medicine & Science
North Chicago (IL) Lake Private
Rose State College
Midwest City (OK) Oklahoma Community College
Rose-Hulman Institute of Technology
Terre Haute (IN) Vigo Private

06/15/2020 01:04PM 4097446627 GALVMAILRM PAGE 59/99
Case 1:20-cv-00266-MJT-KFG Document 1 Filed 06/15/20 Page 56 of 104 PageID #: 56

56

Roseman University of Health Sciences

South Jordan (UT) Salt Lake Private

Roseman University of Health Sciences

Henderson (NV) Clark Private

Rosemont College

Rosemont (PA) Montgomery Private

Rowan University

Glassboro (NJ) Gloucester Public

Rowan-Cabarrus Community College

Salisbury (NC) Rowan Community College

Roxbury Community College

Roxbury Crossing (MA) Suffolk Community College

Rudolf Steiner College

Fair Oaks (CA) Sacramento Private

Rush University

Chicago (IL) Cook Private

Russell Sage College of The Sage Colleges

Troy (NY) Rensselaer Private

Rust College

Holly Springs (MS) Marshall Private

Rutgers University

New Brunswick (NJ) Middlesex Public

Rutgers University - Camden

Camden (NJ) Camden Public

Rutgers University - Newark

Newark (NJ) Essex Public

Ryokan College

Los Angeles (CA) Los Angeles Private

Sacramento City College

Sacramento (CA) Sacramento Community College

Sacred Heart Major Seminary

Detroit (MI) Wayne Private

Sacred Heart School of Theology

Hales Corners (WI) Milwaukee Private

Sacred Heart University

Fairfield (CT) Fairfield Private

Saddleback College

Mission Viejo (CA) Orange Community College

Sage College of Albany

Albany (NY) Albany Private

06/15/2020 01:04PM 4097446627 GALVMAILRM PAGE 60/99
Case 1:20-cv-00266-MJT-KFG Document 1 Filed 06/15/20 Page 57 of 104 PageID #: 57

57

Saginaw Chippewa Tribal College
Mount Pleasant (MN) Wabasha Community College
Saginaw Valley State University
University Center (MI) Bay Public
Saint Ambrose University
Davenport (IA) Scott Private
Saint Anselm College
Manchester (NH) Hillsborough Private
Saint Anthony College of Nursing
Rockford (IL) Winnebago Private
Saint Augustine's College
Raleigh (NC) Wake Private
Saint Catharine College
St Catharine (KY) Washington Private
Saint Charles Borromeo Seminary
Wynnewood (PA) Montgomery Private
Saint Charles Community College
St Peters (MO) St Charles Community College
Saint Edward's University
Austin (TX) Williamson Private
Saint Francis de Sales Seminary
St Francis (WI) Milwaukee Private
Saint Francis Medical Center College of Nursing
Peoria (IL) Peoria Private
Saint Francis University
Loretto (PA) Cambria Private
Saint Gregory's University
Shawnee (OK) Pottawatomie Private
Saint John Vianney College Seminary
St Paul (MN) Ramsey Private
Saint John Vianney College Seminary
Miami (FL) Miami Dade Private
Saint John's Seminary
Brighton (MA) Suffolk Private
Saint John's Seminary
Camarillo (CA) Ventura Private
Saint John's University
Collegeville (MN) Stearns Private
Saint Johns River State College
Palatka (FL) Putnam Community College

06/15/2020 01:04PM 4097446627 GALVMAILRM PAGE 61/99
Case 1:20-cv-00266-MJT-KFG Document 1 Filed 06/15/20 Page 58 of 104 PageID #: 58

58

Saint Joseph's College
Rensselaer (IN) Jasper Private
Saint Joseph's College of Maine
Standish (ME) Cumberland Private
Saint Joseph's University
Philadelphia (PA) Philadelphia Private
Saint Leo University
St Leo (FL) Pasco Private
Saint Louis Christian College
Florissant (MO) St Louis Private
Saint Louis College of Pharmacy
St Louis (MO) n/a Private
Saint Louis Community College - Florissant Valley
Ferguson (MO) St Louis Community College
Saint Louis Community College - Forest Park
St Louis (MO) n/a Community College
Saint Louis Community College - Meramec
St Louis (MO) n/a Community College
Saint Louis Community College - Wildwood
Wildwood (MO) St Louis Community College
Saint Louis University
St Louis (MO) n/a Private
Saint Martin's University
Lacey (WA) Thurston Private
Saint Mary Seminary & Graduate School of Theology
Wickliffe (OH) Lake Private
Saint Mary's College
Notre Dame (IN) St Joseph Private
Saint Mary's College of California
Moraga (CA) Contra Costa Private
Saint Mary's Seminary & University
Baltimore (MD) n/a Private
Saint Mary's University
San Antonio (TX) Bexar Private
Saint Mary's University of Minnesota
Winona (MN) Winona Private
Saint Mary-of-the-Woods College
St Mary-of-the-Woods (IN) Vigo Private
Saint Meinrad School of Theology
St Meinrad (IN) Spencer Private

06/15/2020 01:04PM 4097446627 GALVMAILRM PAGE 62/99
Case 1:20-cv-00266-MJT-KFG Document 1 Filed 06/15/20 Page 59 of 104 PageID #: 59

59

Saint Michael's College
Colchester (VT) Chittenden Private
Saint Norbert College
De Pere (WI) Brown Private
Saint Olaf College
Northfield (MN) Rice Private
Saint Patrick's Seminary and University
Menlo Park (CA) San Mateo Private
Saint Paul College
St Paul (MN) Ramsey Community College
Saint Paul School of Theology
Kansas City (MO) Platte Private
Saint Paul's College
Lawrenceville (VA) Brunswick Private
Saint Peter's College
Jersey City (NJ) Hudson Private
Saint Petersburg College
St. Petersburg (FL) Pinellas Community College
Saint Thomas University
Miami (FL) Miami Dade Private
Saint Tikhon's Orthodox Theological Seminary
South Canaan (PA) Wayne Private
Saint Vincent College
Latrobe (PA) Westmoreland Private
Saint Vincent de Paul Regional Seminary
Boynton Beach (FL) Palm Beach Private
Saint Xavier University
Chicago (IL) Cook Private
Salem College
Winston-Salem (NC) Forsyth Private
Salem Community College
Carneys Point (NJ) Salem Community College
Salem International University
Salem (WV) Harrison Private
Salem State University
Salem (MA) Essex Public
Salisbury University
Salisbury (MD) Wicomico Public
Salish Kootenai College
Pablo (MT) Lake Private

Salt Lake Community College

Salt Lake City (UT) Salt Lake Community College

Salus University

Elkins Park (PA) Montgomery Private

Salve Regina University

Newport (RI) Newport Private

Sam Houston State University

Huntsville (TX) Walker Public .

Samford University

Birmingham (AL) Jefferson Private

Sampson Community College

Clinton (NC) Sampson Community College

Samra University of Oriental Medicine

Los Angeles (CA) Los Angeles Private

Samuel Merritt University

Oakland (CA) Alameda Private

San Antonio College

San Antonio (TX) Bexar Community College

San Bernardino Valley College

San Bernardino (CA) San Bernardino Community College

San Diego Christian College

El Cajon (CA) San Diego Private

San Diego City College

San Diego (CA) San Diego Community College

San Diego Mesa College

San Diego (CA) San Diego Community College

San Diego Miramar College

San Diego (CA) San Diego Community College

San Diego State University

San Diego (CA) San Diego Public

San Francisco Art Institute

San Francisco (CA) San Francisco Private

San Francisco Conservatory of Music

San Francisco (CA) San Francisco Private

San Francisco State University

San Francisco (CA) San Francisco Public

San Francisco Theological Seminary

San Anselmo (CA) Marin Private

San Jacinto College District

Pasadena (TX) Harris Community College

06/15/2020 01:04PM 4097446627 GALVMAILRM PAGE 64/99
Case 1:20-cv-00266-MJT-KFG Document 1 Filed 06/15/20 Page 61 of 104 PageID #: 61

61

San Joaquin College of Law
Clovis (CA) Fresno Private
San Joaquin Delta College
Stockton (CA) San Joaquin Community College
San Joaquin Valley College
Visalia (CA) Tulare Private
San Jose City College
San Jose (CA) Santa Clara Community College
San Jose State University
San Jose (CA) Santa Clara Public
San Juan Bautista School of Medicine
Caguas (PR) n/a Private
San Juan College
Farmington (NM) San Juan Community College
Sandhills Community College
Pinehurst (NC) Moore Community College
Sanford-Brown College
Farmington (CT) Hartford Private
Santa Ana College
Santa Ana (CA) Orange Community College
Santa Barbara & Ventura Colleges of Law
Santa Barbara (CA) Santa Barbara Private
Santa Barbara Business College
Santa Barbara (CA) Santa Barbara Community College
Santa Barbara City College
Santa Barbara (CA) Santa Barbara Community College
Santa Clara University
Santa Clara (CA) Santa Clara Private
Santa Fe College
Gainesville (FL) Alachua Community College
Santa Fe Community College
Santa Fe (NM) Santa Fe Community College
Santa Fe University of Art and Design
Santa Fe (NM) Santa Fe Private
Santa Monica College
Santa Monica (CA) Los Angeles Community College
Santa Rosa Junior College
Santa Rosa (CA) Sonoma Community College
Santiago Canyon College
Orange (CA) Orange Community College

Sarah Lawrence College
Bronxville (NY) Westchester Private
Sauk Valley Community College
Dixon (IL) Lee Community College
Savannah College of Art & Design
Savannah (GA) Chatham Private
Savannah State University
Savannah (GA) Chatham Public
Savannah Technical College
Savannah (GA) Chatham Community College
Saybrook University
San Francisco (CA) San Francisco Private
Schenectady County Community College
Schenectady (NY) Schenectady Community College
Schiller International University
Largo (FL) Prince George's Private
School for International Training
Brattleboro (VT) Windham Private
School of the Art Institute of Chicago, The
Chicago (IL) Cook Private
School of the Museum of Fine Arts
Boston (MA) Suffolk Private
School of Visual Arts
New York (NY) Richmond Private
Schoolcraft College
Livonia (MI) Wayne Community College
Schreiner University
Kerrville (TX) Kerr Private
Schuylkill Technology Center
Marlin (PA) Schuylkill Community College
Scott Community College
Bettendorf (IA) Scott Community College
Scottsdale Community College
Scottsdale (AZ) Maricopa Community College
Scripps College
Claremont (CA) Los Angeles Private
Scripps Research Institute, The
La Jolla (CA) San Diego Private
Seabury-Western Theological Seminary
Evanston (IL) Cook Private

Seattle Central Community College
Seattle (WA) King Community College
Seattle Institute of Oriental Medicine
Seattle (WA) King Private
Seattle Pacific University
Seattle (WA) King Private
Seattle University
Seattle (WA) King Private
Selma University
Selma (AL) Dallas Private
Seminario Evangelico de Puerto Rico
San Juan (PR) n/a Private
Seminary of the Immaculate Conception
Huntington (NY) Suffolk Private
Seminary of the Southwest
Austin (TX) Williamson Private
Seminole State College
Seminole (OK) Seminole Community College
Seminole State College
Sanford (FL) Seminole Community College
Seton Hall University
South Orange (NJ) Essex Private
Seton Hill University
Greensburg (PA) Westmoreland Private
Seventh-day Adventist Church Inter-American Division
Miami (FL) Miami Dade Private
Sewanee-The University of the South
Sewanee (TN) Franklin Private
Seward County Community College
Liberal (KS) Seward Community College
Shasta Bible College
Redding (CA) Shasta Private
Shasta College
Redding (CA) Shasta Community College
Shaw University
Raleigh (NC) Wake Private
Shawnee Community College
Ullin (IL) Pulaski Community College
Shawnee State University
Portsmouth (OH) Scioto Public

06/15/2020 01:04PM 4097446627 GALVMAILRM PAGE 67/99
Case 1:20-cv-00266-MJT-KFG Document 1 Filed 06/15/20 Page 64 of 104 PageID #: 64

64

Shelton State Community College
Tuscaloosa (AL) Tuscaloosa Community College
Shenandoah University
Winchester (VA) Winchester Private
Shepherd University
Shepherdstown (WV) Jefferson Public
Sheridan College
Sheridan (WY) Sheridan Community College
Sherman College of Chiropractic
Spartanburg (SC) Spartanburg Private
Shimer College
Chicago (IL) Cook Private
Shippensburg University
Shippensburg (PA) Franklin Public
Shoreline Community College
Shoreline (WA) King Community College
Shorter University
Rome (GA) Floyd Private
Siena College
Loudonville (NY) Albany Private
Siena Heights University
Adrian (MI) Lenawee Private
Sierra College
Rocklin (CA) Placer Community College
Sierra Nevada College
Incline Village (NV) Washoe Private
Silicon Valley University
Sanjose (CA) Santa Clara Private
Silicon Valley University Law School
Fermont (CA) Alameda Private
Silver Lake College
Manitowoc (WI) Manitowoc Private
Simmons College
Boston (MA) Suffolk Private
Simmons College of Kentucky
Louisville (KY) Jefferson Private
Simpson College
Indianola (IA) Warren Private
Simpson University
Redding (CA) Shasta Private

06/15/2020 01:04PM 4097446627 GALVMAILRM PAGE 68/99
Case 1:20-cv-00266-MJT-KFG Document 1 Filed 06/15/20 Page 65 of 104 PageID #:
65

65

Sinclair Community College
Dayton (OH) Montgomery Community College
Sinte Gleska University
Rosebud (SD) Todd Private
Sioux Falls Seminary
Sioux Falls (SD) Minnehaha Private
Sisseton Wahpeton College
Agency Village (SD) Roberts Community College
Sitting Bull College
Fort Yates (ND) Sioux Public
Skagit Valley College
Mount Vernon (WA) Skagit Community College
Skidmore College
Saratoga Springs (NY) Saratoga Private
Skyline College
San Bruno (CA) San Mateo Community College
Slippery Rock University
Slippery Rock (PA) Butler Public
Smith College
Northampton (MA) Hampshire Private
Snead State Community College
Boaz (AL) Marshall Community College
Snow College
Ephraim (UT) Sanpete Community College
Sojourner-Douglass College
Baltimore (MD) n/a Private
Soka University of America
Aliso Viejo (CA) Orange Private
Solano Community College
Fairfield (CA) Solano Community College
Somerset Community College
Somerset (KY) Pulaski Community College
Sonoma State University
Rohnert Park (CA) Sonoma Public
South Arkansas Community College
El Dorado (AR) Union Community College
South Carolina State University
Orangeburg (SC) Orangeburg Public
South Central College
Faribault (MN) Rice Community College

06/15/2020 01:04PM 4097446627 GALVMAILRM PAGE 69/99
Case 1:20-cv-00266-MJT-KFG Document 1 Filed 06/15/20 Page 66 of 104 PageID #:
66

66

South College
Knoxville (TN) Knox Private
South Dakota School of Mines & Technology
Rapid City (SD) Pennington Public
South Dakota State University
Brookings (SD) Brookings Public
South Florida Bible College
Deerfield Beach (FL) Broward Private
South Florida Community College
Avon Park (FL) Highlands Community College
South Georgia College
Douglas (GA) Coffee Community College
South Louisiana Community College
Lafayette (LA) Lafayette Community College
South Mountain Community College
Phoenix (AZ) Maricopa Community College
South Piedmont Community College
Polkton (NC) Anson Community College
South Plains College
Levelland (TX) Hockley Community College
South Puget Sound Community College
Olympia (WA) Thurston Community College
South Seattle Community College
Seattle (WA) King Community College
South Suburban College
South Holland (IL) Cook Community College
South Texas College
McAllen (TX) Hidalgo Community College
South Texas College of Law
Houston (TX) Montgomery Private
South University
Savannah (GA) Chatham Private
South University - Montgomery
Montgomery (AL) Montgomery Private
South University - Tampa
Tampa (FL) Hillsborough Private
Southeast Arkansas College
Pine Bluff (AR) Jefferson Community College
Southeast Community College
Lincoln (NE) Lancaster Community College

06/15/2020 01:04PM 4097446627 GALVMAILRM PAGE 70/99
Case 1:20-cv-00266-MJT-KFG Document 1 Filed 06/15/20 Page 67 of 104 PageID #:
67

67

Southeast Hospital College of Nursing & Health Sciences
Cape Girardeau (MO) Cape Girardeau Community College
Southeast Kentucky Community and Technical College
Cumberland (KY) Harlan Community College
Southeast Missouri State University
Cape Girardeau (MO) Cape Girardeau Public
Southeast Technical Institute
Sioux Falls (SD) Minnehaha Community College
Southeastern Baptist Theological Seminary
Wake Forest (NC) Wake Private
Southeastern Bible College
Birmingham (AL) Jefferson Private
Southeastern Community College
Whiteville (NC) Columbus Community College
Southeastern Community College
West Burlington (IA) Des Moines Community College
Southeastern Free Will Baptist College
Wendell (NC) Wake Private
Southeastern Illinois College
Harrisburg (IL) Saline Community College
Southeastern Louisiana University
Hammond (LA) Tangipahoa Public
Southeastern Oklahoma State University
Durant (OK) Bryan Public
Southeastern University
Lakeland (FL) Polk Private
Southern Adventist University
Collegedale (TN) Hamilton Private
Southern Arkansas University
Magnolia (AR) Columbia Public
Southern Arkansas University Tech
Camden (AR) Ouachita Community College
Southern Baptist Theological Seminary
Louisville (KY) Jefferson Private
Southern California College of Optometry
Fullerton (CA) Orange Private
Southern California Institute of Architecture
Los Angeles (CA) Los Angeles Private
Southern California University of Health Sciences
Whittier (CA) Los Angeles Private

06/15/2020 01:04PM 4097446627 GALVMAILRM PAGE 71/99
Case 1:20-cv-00266-MJT-KFG Document 1 Filed 06/15/20 Page 68 of 104 PageID #:
68

68

Southern College of Optometry
Memphis (TN) Shelby Private
Southern Connecticut State University
New Haven (CT) New Haven Public
Southern Crescent Technical College
Griffin (GA) Spalding Community College
Southern Evangelical Seminary
Matthews (NC) Mecklenburg Private
Southern Illinois University - Carbondale
Carbondale (IL) Jackson Public
Southern Illinois University - Edwardsville
Edwardsville (IL) Madison Public
Southern Illinois University School of Medicine
Springfield (IL) Sangamon Public
Southern Maine Community College
South Portland (ME) Cumberland Community College
Southern Methodist College
Orangeburg (SC) Orangeburg Private
Southern Methodist University
Dallas (TX) Denton Private
Southern Nazarene University
Bethany (OK) Oklahoma Private
Southern New Hampshire University
Colchester (VT) Chittenden Private
Southern New Hampshire University
Manchester (NH) Hillsborough Private
Southern Oregon University
Ashland (OR) Jackson Public
Southern Polytechnic State University
Marietta (GA) Cobb Public
Southern State Community College
Hillsboro (OH) Highland Community College
Southern Union State Community College
Wadley (AL) Randolph Community College
Southern University - New Orleans
New Orleans (LA) Orleans Public
Southern University - Shreveport
Shreveport (LA) Caddo Public
Southern University and A&M College
Baton Rouge (LA) East Baton Rouge Public

06/15/2020 01:04PM 4097446627                    GALVMAILRM                         PAGE 72/99
Case 1:20-cv-00266-MJT-KFG    Document 1    Filed 06/15/20    Page 69 of 104 PageID #:
69

69

Southern University Law Center
Baton Rouge (LA) East Baton Rouge Public
Southern Utah University
Cedar City (UT) Iron Public
Southern Vermont College
Bennington (VT) Bennington Private
Southern Virginia University
Buena Vista (VA) Buena Vista Private
Southern Wesleyan University
Central (SC) Pickens Private
Southern West Virginia Comm. & Tech. College
Mount Gay (WV) Logan Public
Southside Virginia Community College
Alberta (VA) Brunswick Community College
Southwest Baptist University
Bolivar (MO) Polk Private
Southwest College of Naturopathic Medicine & Health Sciences
Tempe (AZ) Maricopa Private
Southwest Florida College
Fort Myers (FL) Lee Private
Southwest Georgia Technical College
Thomasville (GA) Thomas Community College
Southwest International University
Arcadia (CA) Los Angeles Private
Southwest Minnesota State University
Marshall (MN) Lyon Public
Southwest Mississippi Community College
Summit (MS) Pike Community College
Southwest Missouri State University - West Plains
West Plains (MO) Howell Community College
Southwest Tennessee Community College
Memphis (TN) Shelby Community College
Southwest Texas Junior College
Uvalde (TX) Uvalde Community College
Southwest University
Kenner (LA) Jefferson Private
Southwest University of Visual Arts
Tucson (AZ) Pima Private
Southwest Virginia Community College
Richlands (VA) Tazewell Community College

06/15/2020 01:04PM 4097446627    GALVMAILRM    PAGE 73/99
Case 1:20-cv-00266-MJT-KFG    Document 1    Filed 06/15/20    Page 70 of 104 PageID #:
70

70

Southwest Wisconsin Technical College
Fennimore (WI) Grant Community College
Southwestern Adventist University
Keene (TX) Johnson Private
Southwestern Assemblies of God University
Waxahachie (TX) Ellis Private
Southwestern Baptist Theological Seminary
Fort Worth (TX) Tarrant Private
Southwestern Christian College
Terrell (TX) Kaufman Private
Southwestern Christian University
Bethany (OK) Oklahoma Private
Southwestern College
Winfield (KS) Cowley Private
Southwestern College
Chula Vista (CA) San Diego Community College
Southwestern College
Santa Fe (NM) Santa Fe Private
Southwestern Community College
Sylva (NC) Jackson Community College
Southwestern Community College
Creston (IA) Union Community College
Southwestern Illinois College
Belleville (IL) St Clair Community College
Southwestern Indian Polytechnic Institute
Albuquerque (NM) Bernalillo Community College
Southwestern Law School
Los Angeles (CA) Los Angeles Private
Southwestern Michigan College
Dowagiac (MI) Cass Community College
Southwestern Oklahoma State University
Weatherford (OK) Custer Public
Southwestern Oregon Community College
Coos Bay (OR) Coos Community College
Southwestern University
Georgetown (TX) Williamson Private
Sowela Technical Community College
Lake Charles (LA) Calcasieu Community College
Spalding University
Louisville (KY) Jefferson Private

06/15/2020 01:04PM 4097446627          GALVMAILRM                         PAGE 74/99
Case 1:20-cv-00266-MJT-KFG      Document 1    Filed 06/15/20    Page 71 of 104 PageID #:
71

71

Spartan College of Aeronautics & Technology
Tulsa (OK) Tulsa Private
Spartanburg Community College
Spartanburg (SC) Spartanburg Community College
Spartanburg Methodist College
Spartanburg (SC) Spartanburg Private
Spelman College
Atlanta (GA) Fulton Private
Spencerian College
Louisville (KY) Jefferson Community College
Spertus College
Chicago (IL) Cook Private
Spokane Community College
Spokane (WA) Spokane Community College
Spokane Falls Community College
Spokane (WA) Spokane Community College
Spoon River College
Canton (IL) Fulton Community College
Spring Arbor University
Spring Arbor (MI) Jackson Private
Spring Hill College
Mobile (AL) Mobile Private
Springfield College
Springfield (MA) Hampden Private
Springfield College in Illinois
Springfield (IL) Sangamon Private
Springfield Technical Community College
Springfield (MA) Hampden Community College
SS. Cyril & Methodius Seminary
Orchard Lake (MI) Oakland Private
St. Andrews University
Laurinburg (NC) Scotland Private
St. Augustine College
Chicago (IL) Cook Private
St. Bernard's School of Theology & Ministry
Rochester (NY) Monroe Private
St. Bonaventure University
St Bonaventure (NY) Cattaraugus Private
St. Catherine University
St Paul (MN) Ramsey Private

06/15/2020 01:04PM 4097446627                    GALVMAILRM                              PAGE 75/99
Case 1:20-cv-00266-MJT-KFG    Document 1    Filed 06/15/20    Page 72 of 104 PageID #:
72

72

St. Clair County Community College
Port Huron (MI) St Clair Community College
St. Cloud State University
St Cloud (MN) Stearns Public
St. Cloud Technical & Community College
St Cloud (MN) Stearns Community College
St. Francis College
Brooklyn Heights (NY) Kings Private
St. John Fisher College
Rochester (NY) Monroe Private
St. John Vianney Theological Seminary
Denver (CO) Denver Private
St. John's College
Annapolis (NM) n/a Private
St. John's College
Springfield (IL) Sangamon Private
St. John's University
Jamaica (NY) Queens Private
St. Joseph's Seminary
Yonkers (NY) Westchester Private
St. Lawrence University
Canton (NY) St Lawrence Private
St. Mary's Academy & College
St. Marys (KS) Pottawatomie Private
St. Philip's College
San Antonio (TX) Bexar Community College
St. Thomas Aquinas College
Sparkill (NY) Rockland Private
St. Vladimir's Orthodox Theological Seminary
Crestwood (NY) Westchester Private
Stanford University
Palo Alto (CA) Santa Clara Private
Stanly Community College
Albemarle (NC) Stanly Community College
Stark State College of Technology
Canton (OH) Stark Community College
Starr King School for the Ministry
Berkeley (CA) Alameda Private
State College of Florida - Manatee-Sarasota
Bradenton (FL) Manatee Community College

06/15/2020 01:04PM 4097446627 GALVMAILRM PAGE 76/99
Case 1:20-cv-00266-MJT-KFG Document 1 Filed 06/15/20 Page 73 of 104 PageID #:
73

73

State Fair Community College
Sedalia (MO) Pettis Community College
Stella Adler Studio of Acting
New York (NY) Richmond Private
Stephen F. Austin State University
Nacogdoches (TX) Nacogdoches Public
Stephens College
Columbia (MO) Boone Private
Sterling College
Craftsbury Common (VT) Orleans Private
Sterling College
Sterling (KS) Rice Private
Stetson University
DeLand (FL) Volusia Private
Stevens Institute of Technology
Hoboken (NJ) Hudson Private
Stevenson University
Stevenson (MD) Baltimore Private
Stillman College
Tuscaloosa (AL) Tuscaloosa Private
Stone Child College
Box Elder (MT) Hill Community College
Stonehill College
Easton (MA) Bristol Private
Stony Brook Southampton
Southampton (NY) Suffolk Private
Stony Brook University
Stony Brook (NY) Suffolk Public
Stratford University
Falls Church (VA) Falls Church Private
Strayer University
Alexandria (VA) Alexandria Private
Studio Art Centers International
New York (NY) Richmond
Suffolk County Community College
Selden (NY) Suffolk Community College
Suffolk University
Boston (MA) Suffolk Private
Sul Ross State University
Alpine (TX) Brewster Public

06/15/2020 01:04PM 4097446627                          GALVMAILRM                          PAGE 77/99
Case 1:20-cv-00266-MJT-KFG     Document 1     Filed 06/15/20     Page 74 of 104 PageID #:
74

74

Sullivan County Community College
Loch Sheldrake (NY) Sullivan Community College
Sullivan University
Louisville (KY) Jefferson Private
SUNY - Cortland
Cortland (NY) Cortland Public
SUNY - Delhi
Delhi (NY) Delaware Public
SUNY - Fredonia
Fredonia (NY) Chautauqua Public
SUNY - Geneseo
Geneseo (NY) Livingston Public
SUNY - New Paltz
New Paltz (NY) Ulster Public
SUNY - Oneonta
Oneonta (NY) Otsego Public
SUNY - Oswego
Oswego (NY) Oswego Public
SUNY - Plattsburgh
Plattsburgh (NY) Clinton Public
SUNY - Potsdam
Potsdam (NY) St Lawrence Public
SUNY - Purchase College
Purchase (NY) Westchester Public
SUNY Canton
Canton (NY) St Lawrence Public
SUNY College of Environmental Science & Forestry
Syracuse (NY) Onondaga Public
SUNY Downstate Medical Center
Brooklyn (NY) Kings Public
SUNY Institute of Technology
Utica (NY) Oneida Public
SUNY Morrisville College of Ag & Tech
Morrisville (NY) Madison Public
SUNY State College of Optometry
New York (NY) Richmond Public
SUNY Upstate Medical University
Syracuse (NY) Onondaga Public
Surry Community College
Dobson (NC) Surry Community College

06/15/2020 01:04PM 4097446627 GALVMAILRM PAGE 78/99
Case 1:20-cv-00266-MJT-KFG Document 1 Filed 06/15/20 Page 75 of 104 PageID #: 75

75

Susquehanna University
Selinsgrove (PA) Snyder Private
Sussex County Community College
Newton (NJ) Sussex Community College
Swarthmore College
Swarthmore (PA) Delaware Private
Sweet Briar College
Sweet Briar (VA) Amherst Private
Syracuse University
Syracuse (NY) Onondaga Private

100.

"Each schools above continue "actual submitting "international wire, mail, computer, internet producing false statement and direct submitting criminal fraudulent slavery data against the ("Plaintiffs") Negro DNA entire population having actual freedom being committed to the actual International "Trans-Atlantic Slave Trade Database" which is false statement, false slavery data since 1776 international wire fraud scheme ongoing in all (Defendants) Schools et al listed herein (above) and (International Schools) infiltrated to same (RICO) corruption and

"International Schools" (Unsuspecting) and (Unwilling) conspirer to violations ("Plaintiffs") United States of America Union Government Code § 1343. Fraud by wire, radio, or television producing international false slavery data, against the actual freedom, civil rights of all (Plaintiffs) Negro DNA entire population held indefinitely as captive slaves, under direct deception of the

101.

(Defendants) GOP Political Party, crimes against humanity, crimes against children, committed to the same against the undersign being Dec. 10th 2010 – 2020

on "Dec. 10th 2010 1:2010-CV-00808 Citing (Undersigned) Hamilton vs. United States of America" being a free slave until Feb 7th 2013 "held captive slave" by such "hostile criminal continuance Judicial White Supremacy RICO Code § 1343. Fraud by wire, radio, or television Fraud of The Government Courts, Judicial Decrees,

With (Defendants) "Confederate Library of Congress" continuing 1800s - 2013 Feb 6th 18 U.S. Code § 1343. Fraud by wire, radio, or television Crimes against humanity "enslavement of 34, 658,190 Million negro slaves 1:2010-CV-00808 Hamilton vs. United States of America" false court records, destroyed and fully censorship "Hidden in government records" include (Plaintiffs") Negro Slaves hidden by the overt acts of "Confederate Congress whites only scheme of "white washing" whites supremacy, custody control, possession of (Plaintiffs") in 2010 fully against informed will of being physically

06/15/2020  01:04PM  4097446627                          GALVMAILRM                                    PAGE  79/99
Case 1:20-cv-00266-MJT-KFG      Document 1      Filed 06/15/20      Page 76 of 104 PageID #:
76

76

102.

Epic biblical destruction of enslavement of 34, 658,190 Million negro slaves in more than 32 million cataloged books and other print materials in 470 languages; more than 61 million manuscripts; the largest rare book collection in North America, including the rough draft of the Declaration of Independence, a Gutenberg Bible (originating from the St. Blaise Abbey, Black Forest) (one of only three perfect vellum copies known to exist);over 1 million U.S. government publications; 1 million issues of world newspapers spanning the past three centuries; 33,000 bound newspaper volumes; 500,000 microfilm reels; over 6,000 titles in all,

totaling more than 120,000 issues comic book titles; films; 5.3 million maps; 6 million works of sheet music; 3 million sound recordings; more than 14.7 million prints and photographic images including fine and popular art pieces and architectural drawings

103.

"Citing Continuing Injury 18 U.S. Code § 1343. Fraud by wire, radio, or television Crimes against humanity "enslavement of 34, 658,190 Million slaves to remain "captive" by "premeditated "whites supremacy " producing "endless government records false slavery data to maintain on or about the 1ˢᵗ of July 2002 same false slavery data even against Brown vs. Board of Education's of Topeka, 347 U.S. 483 (1954) on The legal basis "Senate Resolution Number 547 "Adopted by the "Confederate Senate State of Mississippi" on 16th 1995 and Resolution Number 547 "Adopted by the "Confederate House of Representative on March 16th 1995 State of Mississippi" as the government records are fraud in citing

(1954) Brown vs. Board of Education's of Topeka, 347 U.S. 483 "United States of America" did not existed in (1954) and only fraudulent artifacts (RICO) records of whites supremacy (Defendants) "Library of Congress" conspire with (Defendant) "Confederate States of Mississippi" to conceal all fraudulent false slavery data "crimes of human traffic" in (Plaintiffs) Negro DNA entire populations continuing "April 24ᵗʰ 1800 - 2013 Feb 6th, maintaining by (Defendants) Library of Congress "false slavery data in captivity" of the "entire" "Plaintiffs Negro population of 34, 658,190 Million slaves to remain "as captive slaves ", past, 1865 "Civil War" well to present time frame

104.

US Docket No. 1:2010-CV-00808 Hamilton vs. United States of America" direct fraud of the courts (Plaintiffs) being slaves "subject to endless whites supremacy Fraud of the "white courts" criminal dismissed with prejudice, against held captive slaves further fraud to denied "Actual Damages" of slaves not being descendants false classifications against "Still captive human property of a "Nasty White Man" —**TREASON, SEDITION, AND SUBVERSIVE ACTIVITIES, against**

06/15/2020 01:04PM 4097446627          GALVMAILRM                          PAGE 80/99
Case 1:20-cv-00266-MJT-KFG    Document 1    Filed 06/15/20    Page 77 of 104 PageID #:
                                    77

                                                                                    77

**(Plaintiffs)** United States of America (Union Est. February 7th 2013) fully established by (Hamilton) proceeding "Pro Se" (Hamilton v. North Texas State Hospital) US Docket No. 7:2012-cv-00053 hereby the "courts" aid in hiding the elusive

105.

("Defendants") The Confederate States of America by ("Defendants") GOP Political Congress on or about the dates of 1865- 2013 Feb. 6th continue leadership RICO endeavor "directly responsible" an offense in international criminal law, for the Crimes against humanity,

Crimes against immigrant children, continue criminal acts of aggression instance of a imposed scheme surrounding 1865 continual whites supremacy world-wide overt war crimes paramilitary hostile acts engaging "endless" by primarily ("Defendants") The Confederate States of America "illegal existences" 1861 - 2013th Feb 6 engaging Global war crimes further having "petitions" taken to the International Criminal Court (ICC, (ICJ) International Court Justices,

106.

(Plaintiff) et al on complaint to (Defendants United Nations), (Defendants NATO) unknowing and unwilling (Idiots) defendants official parties in this (Defendant) GOP Political ongoing 2020 Modern Day Slavery ungodly acts, uncouth, extremely illegal, committed collectively by (Defendants) (5th Cir.) Court of Appeals, (Defendants) Texas Federal Court System, against all records of undersigns council of record, (Hamilton) in all "attorney-work" production, evidence, exhibits, simply destroyed... "Forced Slavery Servitude" of an "entire populating" to remain

Captured since Pursuant to Dred Scott v. Sandford, 60 US 393 1857 under imposed criminal actions of "Genocide" by design of a "nasty white man" criminal international intent knowing and willing international "Epic biblical crimes" "white man" being Godly happy clandestine paramilitary "Civil War Hillbillies' uneducated goons of "Colonial America 1865 blast from the "slave trade racist past" official criminal mass

"Property owner of 44.5 Million Negro "Captive Slaves", Common Design or Conspiracy to commit and did commit continue 1865 Civil War Crimes well into (Februarys 6th 2013) hold captivity an "entire race of negro humans" intended Crimes against Humanity, These crimes included murders, brutalities, cruelties, tortures, atrocities, and other inhumane acts, well into 2019 (December)

107.

as defined the "complaint of the undersigned council of record -KFG Hamilton v. United States of America et al Doc. 23 LOUIS CHARLES HAMILTON, II, Plaintiff, UNITED STATES OF AMERICA, § PRESIDENT ANDREW JOHNSON, § and PRESIDENT RUTHERFORD B. § HAYES, Defendants CIVIL ACTION NO. 1:10-CV-808 As described by

06/15/2020 01:04PM 4097446627                          GALVMAILRM                              PAGE 81/99
Case 1:20-cv-00266-MJT-KFG    Document 1   Filed 06/15/20   Page 78 of 104 PageID #:
                                          78

                                                                                        78

the undersign council of record UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF TEXAS:

All slavery data RICO obstruction of justice committed to each "evidence and complaint
criminal acts to dismissed by conspire, collusion "wire, mail, computer, internet, public school
books being all "actual fraud international false slavery data statements, common design
Individual and collective actions of each ("Defendants") Justices of the Supreme Court,
(Defendants) Federal Judges:

108.

("Defendants") The United States Government Publishing Office, Defendant the United
States Department of Education, (Defendant) The Joint Committee on Printing (Defendants)
AAP Associated of America Publishers, listed herein and Defendant (United Nations)

"(DEFENDANTS) INTERNATIONAL PUBLISHERS DOES NOS. 1-100,000
COLLECTIVE, concealing, false slavery data statements, direct omissions, (Plaintiffs)
realleages, all set-forth above, in conspirers against the (Plaintiffs) United Kingdom, since on or
about July 1st 2002, all that what's printed being false slavery data, against (Plaintiff) Hamilton
undersigned council of record, such fraud and deceit of each (Identified School of Higher
Education) continuing on or about the 1st of July 2002 - 2013 Feb 6th

109.

18 U.S. Code § 1343. Fraud by wire, radio, or television Crimes against humanity
"enslavement of 34, 658,190 Million negro slaves 1:2010-CV-00808 Collusion, Conspire,
Complicity False statements (18 U.S.C. § 1001) ongoing "Captivity Crimes against humanity
"enslavement of 34, 658,190 Million negro slaves" as described by undersigned council of
record 1:2010-CV-00808 Hamilton vs. United States of America" false court records, destroyed
and fully censorship

"Hidden in government records" against "International Modern global slavery statistics
data further "knowing and willing Continuing false statements (18 U.S.C. § 1001) made against
the entire Global slavery index, false statements (18 U.S.C. § 1001) made against the entire
global estimates of modern day slavery, false statements (18 U.S.C. § 1001) made against the
entire trafficking global slavery index, false statements (18 U.S.C. § 1001) made against the
entire The Global Modern Slavery Directory globalmodernslavery.org

False statements (18 U.S.C. § 1001) made against the entire the Convention of 25
October 1980 on the Civil Aspects of International Child Abduction Contracting States false
statements (18 U.S.C. § 1001) made against the entire The Modern Slavery Act 2015 false
statements (18 U.S.C. § 1001) made against the entire The Directory, a Clinton Global Initiative
2014 "Commitment to Action,"

06/15/2020 01:04PM 4097446627                          GALVMAILRM                               PAGE 82/99
Case 1:20-cv-00266-MJT-KFG    Document 1    Filed 06/15/20    Page 79 of 104 PageID #:
                                               79

                                                                                              79

110.

18 U.S.C. § 371—Conspiracy to Defraud the United States. premeditate, mass murder,
against 34, 658,190 Million negro slaves 1:2010-CV-00808 Hamilton vs. United States of
America" ("Plaintiffs") Negro Immigrants, Civilian, and Military Slaves Negro Slave assert
Continuing Injury Conspiracy against the United States, or conspiracy to defraud the United
States,

So Criminal further pledge to support the (Defendant) The Confederate States of America
et al, illegal existences from July 1st 2002 - Feb 6th 2013 hereby (Defendants) Judges listed
herein did so, past, present and future Concealing all information about related activities
committed Fraud by non-disclosure:

111.

FRAUD BY NONDISCLOSURE the elements of fraud by nondisclosure are: (1) the
defendant failed to disclose facts to the plaintiff; IN BOOKS PUBLISED by (Defendant)
Government records "knowing consciously Conspiracy to Defraud the (Plaintiff) Union
Government of United States with (Defendants) Public Schools of Higher Education Listed
Collective :

112.

Plaintiff "Captive Negro Slaves" realleges and incorporates, cause of action 18 U.S. Code
§ 1343. Fraud by wire, radio, or television to commit or conspiracy 5 U.S. Code § 3331 -
"Judicial false Oath of office" against (Plaintiffs) Catholic Church "Holy Bible" established on or
about 1,300 B.C. herein, acting under color of law producing Judicial decrees as defined the
"complaint of the undersigned council of record KFG Hamilton v. United States of America et
al

Doc. 23 LOUIS CHARLES HAMILTON, II, Plaintiff, UNITED STATES OF
AMERICA, § PRESIDENT ANDREW JOHNSON, § and PRESIDENT RUTHERFORD B. §
HAYES, Defendants CIVIL ACTION NO. 1:10-CV-808 as described by the undersign council
of record UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS:

113.

In false statements (18 U.S.C. § 1001) Defendants, Chief Judge of the United States
Court of Appeals for the Fifth Circuit, Slave Negro Carl E. Stewart, Slave Negro James Earl
Graves Jr., "Circuit Judge Stephen A. Higginson, Circuit Judge Gregg Costa, Circuit Judge
Edward C. Prado, Circuit Judges, James L. Dennis, Circuit Judge W. Eugene Davis and Circuit
Judge Thomas Morrow Reavley, Circuit Judges of the United States Court of Appeals for the
Fifth Circuit,

06/15/2020 01:04PM 4097446627 GALVMAILRM PAGE 83/99
Case 1:20-cv-00266-MJT-KFG Document 1 Filed 06/15/20 Page 80 of 104 PageID #:
80

80

United States Texas District Judge Slave Negro Alfred Homer Bennett, United States
District Texas Judge Slave Negro Vanessa Diane Gilmore, United States District Texas Judge
Slave Negro George Carol Hanks, Jr., United States District Texas Senior Status Judge Slave
Negro Kenneth Michael Hoyt, false court records, destroyed and fully censorship (Plaintiffs)
being never free during 1865 Civil War aftermath, upon sworn oath of office against

114.

(Plaintiffs) Catholic Church "Holy Bible" established on or about 1,300 B.C. herein,
"Obstruction of Justice" among other RICO scheme of things to defraud the (Plaintiffs) United
States of America Union Government keeping "possession, custody and control of illegal overt
acts of whites supremacy July 1st 2002 - 2010 December 10th "enslavement of 34, 658,190
Million negro slaves 1:2010-CV-00808 Hamilton vs. United States of America"

Plaintiff "Captive Negro DNA Slaves" realleges and incorporates, High Court of Justice,
The Queen on the application of

(Defendant) Priscilla Richman Owen (born October 4, 1954) under international false
slavery data, under occupation of ("Defendants") The Confederate States of America
Paramilitary Knights of the Klu Klux Klansmen Aggravated Identity Theft, 18 U.S.C. § 1028A.
Of the ("Plaintiffs") United States of America Union Government from the time frame on 1861 -
2013 ("February") 6th Day, relentless Crimes against humanity Confederate, engaging, cause of
action

115.

18 U.S. Code § 1343. Fraud by wire, radio, or television State Sponsorship Psychological
warfare (PSYWAR), or the basic aspects of modern psychological operations (PSYOP) against
("Defendants") UN Charter Article 1 The Purposes of the ("Defendants") United Nations fully
direct cause of action, (Defendants) continue involving gross RICO Human Traffic System since
"July 1st 2002 committed throughout 2017 In false statements (18 U.S.C. § 1001) by

Defendants, Chief Judge of the United States Court of Appeals for the Fifth Circuit, Slave
Negro Carl E. Stewart, Slave Negro James Earl Graves Jr., "Circuit Judge Stephen A. Higginson,
Circuit Judge Gregg Costa, Circuit Judge Edward C. Prado, Circuit Judges, James L. Dennis,
Circuit Judge W. Eugene Davis and Circuit Judge Thomas Morrow Reavley, Circuit Judges of
the United States Court of Appeals for the Fifth Circuit,

United States Texas District Judge Slave Negro Alfred Homer Bennett, United States
District Texas Judge Slave Negro Vanessa Diane Gilmore, United States District Texas Judge
Slave Negro George Carol Hanks, Jr., United States District Texas Senior Status Judge Slave
Negro Kenneth Michael Hoyt, false court records, destroyed and fully censorship (Plaintiffs)
being never free during 1865 Civil War aftermath, upon sworn oath of office against

06/15/2020 01:04PM 4097446627 GALVMAILRM PAGE 84/99
Case 1:20-cv-00266-MJT-KFG Document 1 Filed 06/15/20 Page 81 of 104 PageID #: 81

81

117.

(Plaintiffs) Catholic Church "Holy Bible" established on or about 1,300 B.C. herein, "Obstruction of Justice" among other RICO scheme of things to defraud the (Plaintiffs) United States of America Union Government keeping "possession, custody and control of illegal overt acts of whites supremacy 1865 - 2010 December 10th "enslavement of 34, 658,190 Million negro slaves 1:2010-CV-00808 Hamilton vs. United States of America"

Making false statements (18 U.S.C. § 1001) knowing and willing false statements made against (Defendant) Priscilla Richman Owen acting under color of law", Chief United States Circuit Judge of the (Defendant) United States Court of Appeals for the Fifth Circuit,

Eastern District of Louisiana

Middle District of Louisiana

Western District of Louisiana

Northern District of Mississippi

Southern District of Mississippi

Eastern District of Texas

Northern District of Texas

Southern District of Texas

Western District of Texas

118.

Hereby charging (Defendant) Priscilla Richman Owen Chief United States Circuit Judge (5th Cir.) Accessory after the facts, (RICO) mail, wire, TV, radio computer fraud of all court proceeding, records, transcripts against undersign (Hamilton) in the procurement of government (Defendants") GOP political persons of "whites supremacy, engaging endless acting under color of law Federal civil servants, committed to "False Oath of Office having claim Democracy Value, of Important Historic White Supremacy Legacy completed destroyed all slavery data, at present date 2020, in conspire with

("Defendants") Donald John Trump Sr. ("Defendants") Trump et al ... "Political Crime Family" acting under color of law, (Plaintiffs) charging continue RICO cause of action 18 U.S. Code § 1343. Fraud by wire, radio, or television computer fraud (Defendants) GOP Political system, singularly, collective, knowing and willing to commit or conspiracy 5 U.S. Code § 3331 - "Judicial false Oath of office" against (Plaintiffs) Catholic Church "Holy Bible" established on or about 1,300 B.C., to commit or conspiracy 5 U.S. Code § 3331 - "Judicial false Oath of

06/15/2020 01:04PM 4097446627                    GALVMAILRM                    PAGE 85/99
Case 1:20-cv-00266-MJT-KFG    Document 1    Filed 06/15/20    Page 82 of 104 PageID #:
                                        82

                                                                                    82

office" against

119.

"United States GOP Republican Party Government engaging in "international white's supremacy slave trade" Ongoing 2020 overt acts false slavery data directly criminal in concealing, maintaining "Judicial Fraud of The US Court, against the undersigned (Hamilton) Pro Se" council of record hereby (Defendant) Priscilla Richman Owen Chief United States Circuit Judge (5th Cir.) Accessory after the facts, Graduation 1977 throughout the dates of false slavery data "obtain at (a) (Defendant) University of Texas at Austin, Established September 15, 1883 throughout the dates of Feb. 6th 2013

CAUSE OF ACTIONS false slavery data contained herein (all) of so called (Defendants) "SCHOOL OF HIGHER EDUCATION with (Defendant) Priscilla Richman Owen Chief United States Circuit Judge (5th Cir.) VS. Undersign (Hamilton) proceeding "Pro Se" under manipulations of all false confederate "Law Degrees" established on ob before the 6th day of Feb. 2013 dating all the way back to the bringing of Time of 1619 (Plaintiffs) Negro DNA held by manipulation of "white supremacy

being executed under fraud of the (Defendants) The Confederate States of America illegal existences in said time frame "such criminal intent acting under color of law" Obstruction of Justice" concealing 2020 ongoing international (RICO) mail, wire, TV, radio computer fraud committed with included but not limited to

120.

(Defendant) University of Texas at Austin, Established September 15, 1883 continue RICO cause of action 18 U.S. Code § 1343. Fraud by wire, radio, or television computer fraud with (Defendant) Priscilla Richman Owen Chief United States Circuit Judge (5th Cir.) fraud in maintain for (130) years false slavery data, against "Plaintiffs" Negro entire race, population, heritage, "knowing concealing the fraud surround, especially 1865 civil war, term of surrender, of the (Defendants) collective 13th Confederate States , being "actual false slavery data" to criminally occurred against the (Plaintiffs) Negro slaves entire population, educational teaching being "proper free from such fraud, with this informed knowledge being never free slaves, thereby in law and equity, herein 2020 subject matter continue crimes against international humanity (Plaintiffs) remain property of whites supremacy" persons, and fraud existences government of the

121.

(Defendant) Confederate States of America conspire, collusion, complicity of (Defendants) (50) States conceal such fraud to remain "cloaked and conceal in manipulation scheme intact until Feb. 7th 2013 said (Plaintiffs) United States of America became to

06/15/2020 01:04PM 4097446627                         GALVMAILRM                                    PAGE 86/99
Case 1:20-cv-00266-MJT-KFG        Document 1     Filed 06/15/20    Page 83 of 104 PageID #:
                                            83

                                                                                                    83

existences, in the Matter Hamilton vs. United States of America, all other records are being executed under to commit or conspiracy "International Fraud" continue RICO cause of action 18 U.S. Code § 1343. Fraud by wire, radio, or television computer fraud

122.

(b) (Defendant) Baylor University Established 1845 continue RICO cause of action 18 U.S. Code § 1343. Fraud by wire, radio, or television computer fraud with (Defendant) Priscilla Richman Owen Chief United States Circuit Judge (5th Cir.) fraud in maintain for (168) years "false slavery data", against "Plaintiffs" Negro entire race, population, heritage, "knowing concealing the fraud surround, especially 1865 civil war, term of surrender, of the (Defendants) collective 13th Confederate States , being "actual false slavery data" to criminally occurred against the (Plaintiffs) Negro slaves entire population, educational teaching being "proper free from such fraud, with this informed knowledge being never free slaves, thereby in law and equity,

herein 2020 subject matter continue crimes against international humanity (Plaintiffs) remain property of whites supremacy" persons, and fraud existences government of the (Defendant) Confederate States of America conspire, collusion, complicity of (Defendants) (50) States conceal such fraud to remain "cloaked and conceal in manipulation scheme intact until Feb. 7th 2013 said (Plaintiffs) United States of America became to existences, in the Matter Hamilton vs. United States of America, all other records are being executed under to commit or conspiracy "International Fraud" continue RICO cause of action 18 U.S. Code § 1343. Fraud by wire, radio, or television computer fraud

123.

(c) (Defendant) Baylor Law School Established in 1849 continue RICO cause of action 18 U.S. Code § 1343. Fraud by wire, radio, or television computer fraud with (Defendant) Priscilla Richman Owen Chief United States Circuit Judge (5th Cir.) fraud in maintain for (164) years "false slavery data", against "Plaintiffs" Negro entire race, population, heritage, "knowing concealing the fraud surround, especially 1865 civil war, term of surrender, of the

(Defendants) collective 13th Confederate States , being "actual false slavery data" to criminally occurred against the (Plaintiffs) Negro slaves entire population, educational teaching being "proper free from such fraud, with this informed knowledge being never free slaves, thereby in law and equity, herein 2020 subject matter continue crimes against international humanity (Plaintiffs) remain property of whites supremacy" persons, and fraud existences government of the (Defendant) Confederate States of America conspire, collusion, complicity of

124.

(Defendants) (50) States conceal such fraud to remain "cloaked and conceal in

06/15/2020 01:04PM 4097446627 GALVMAILRM PAGE 87/99
Case 1:20-cv-00266-MJT-KFG Document 1 Filed 06/15/20 Page 84 of 104 PageID #: 84

84

manipulation scheme intact until Feb. 7th 2013 said (Plaintiffs) United States of America became to existences, in the Matter Hamilton vs. United States of America, all other records are being executed under to commit or conspiracy "International Fraud" continue RICO cause of action 18 U.S. Code § 1343. Fraud by wire, radio, or television computer fraud,

125.

("Plaintiffs Negro Race Slaves") for estate of wealthy slave owner realleges and incorporates fully set forth all facts on or about the dates of April 1st 2020 In the (Defendants) United States Court of Appeals (5th Cir.) hereby (Defendant) Priscilla Richman Owen Chief United States Circuit Judge Accessory after the facts, (RICO) mail, wire, TV, radio fraud of all court proceeding, records, transcripts with (Exhibits) #PriortyMail #USPSSignature #TrackingNo 9410811699000893671765 "Letter of Intent"

Exhibits (A) - Exhibit (P) (Money Order) $400.00 Filing fee (Hamilton vs. Trump et al,) May 5th 2020 in the District of Colombia "New Complaint" with correct slavery data, being established (EO 12331 Military Secret Service) (Pro Se Plaintiff)

126.

facts ("Defendants") The Confederate States of America being "Impostor" of the ("Plaintiffs") United States of America Union Government upon conclusion cause of action "knowing and willing false statements", "direct omissions", "destruction of government federal court files", "manipulation", "counterfeit", and "forgery concerning" overt acts, in such crimes against humanity to "ungodly conspire", in continue criminal hostile "enslavement" against

(Plaintiffs) Negro DNA entire populations on or about the dates of 2010 - 2020 continue against undersign (Hamilton) subject to all (Judicial Judges) knowing "falsely claim" (Plaintiffs) Negro population being actual free negro race slaves in the time frame 1865 - 2013 Feb 6th day all, subject matter of false slavery data cause of action when this is not the case, upon all records of the undersign

127.

(Defendant State of Mississippi) collective criminal (Defendants) The Secession Acts of the (Defendants) 13 Confederate States was thereby not a Party to ...(Plaintiffs) United States of America (Union) US Docket No.3:16-mc-ooo16 being (Est. February 7th 2013) being officially established by undersign "Pro Se" Council of Record (Hamilton) conspire 18 U.S. Code § 1201 - Kidnapping penal code chapter 20. Kidnapping, unlawful restraint...

- Texas Statutes, 250 counts on or about the dates being kidnap by the government (Defendant) The State of Texas V Louis Charles Hamilton State ID No.:1X03162396 in the matter Case No. 132156401010 IncidentNo.TRN: 91670285XA001 In The351 District Court, Harris County, Texas

06/15/2020 01:04PM 4097446627                    GALVMAILRM                           PAGE 88/99
Case 1:20-cv-00266-MJT-KFG    Document 1    Filed 06/15/20    Page 85 of 104 PageID #:
                                    85

                                                                                        85

(Defendants) Judge Mary Lou Keel,(Defendants) Marie Primm, Assistant Harris County
DA, (Defendants) Scott C. Pope, Assistant Public Defender,(Defendants) James Richard "Rick"
Perry 47th Governor of Texas (Defendant) Gregory Wayne Abbott Attorney General of Texas,

128.

Defendants., United States District Court, District of Columbia., February 4, 2016.,
Attorney(s) appearing for the Case, LOUIS CHARLES HAMILTON, II, Plaintiff, Pro Se.,
JAMES E. BOASBERG, District Judge., hereby further Criminal conspirers in false slavery
data, concealing, obscuring, criminal overt acts, within so dates As legally so mention herein,
cover-up (two) missing children, aiding this criminal scheme via submitted upon the each sign
"Fraudulent artifacts Hamilton Vs. United States of America) to be maintain in mass
(international) production in all books, legal international transcripts, records, documents, courts
records, computer records "endless

Cyber Fraud" against (Hamilton) (all) (Defendants) being mostly "Federal Judges"
engaging in such RICO crime (Hamilton) being held systematic to fraud of the International,
internet, TV, media, being a party to false slavery data suppression, censorship, scheme by all
overt acts actual destroying, (Plaintiff Hamilton) entire legal files, subject matter wire, mail
computer, internet fraud on or about the dates of 1st of July 2002 - 2019

129.

Defendant The Department of Defense (DoD, USDOD, or DOD) Defendant the United
States Department of the Navy, Defendant the United States Department of the Army, Defendant
the United States Department of the Air Force Defendant the Defense Intelligence Agency
(DIA), Defendant the National Security Agency (NSA), Defendant the National Geospatial-
Intelligence Agency (NGA),

Defendant the National Reconnaissance Office (NRO). Defendant the Defense Advanced
Research Projects Agency (DARPA), Defendant the Defense Logistics Agency (DLA),
Defendant the Missile Defense Agency (MDA), Defendant Defense Threat Reduction Agency
(DTRA), Defendant the Defense Security Service (DSS), Defendant the Pentagon Force
Protection Agency (PFPA) such grand fraudulent intent of deceit ongoing from

130.

1st of July 2002 - 2020 (December) against (Plaintiffs) Negro DNA entire population
captive slaves peace, will, dignity, and right, correct informed knowledge as described by
"International Modern global slavery statistics data" under such fraud... hereby further herein
(Defendants) The Department of Defense (DoD, USDOD, or DOD) "knowing and willing"
Continuing conspire to the same fraud producing mass production in all public school books,
military records, Judicial decrees, among other document to mask this (RICO) conspire

06/15/2020 01:04PM 4097446627                    GALVMAILRM                        PAGE 89/99
Case 1:20-cv-00266-MJT-KFG    Document 1    Filed 06/15/20    Page 86 of 104 PageID #:
                                        86

                                                                                        86

international false statements (18 U.S.C. § 1001)

131.

Made against the entire keeping "possession, custody and control" of illegal overt acts of
whites supremacy on or about the dates 1st of July 2002 - 2010 December 10th "enslavement of
34, 658,190 Million (Plaintiffs) negro slaves "Citing under sign own case 1:2010-CV-00808
Hamilton vs. United States of America"

("Defendants") Justices Supreme Court, Federal Court Judges "False Statements" against
"International Trans-Atlantic Slave Trade Database (18 U.S.C. 1001), Concealing all information
about related activities (33) Hamilton vs. North Texas State Hospital et al US Case No. 7:2012-
CV-00053 Defendant "State of Mississippi" was not in the Union Join fraudulent after
"Appellate Results" dismissal case load entry (52) Hamilton vs. USA et al. (5th Cir.) Appeal 12-
40403

132.

Defendant "United States of America Judicial, Congress, and Executive Branch of
Government Knowingly committed to False Publication of freedom of the "Pro Se Plaintiff" in
regards to the fraud white supremacy propaganda of defendant (USA) 13th amendment as each
identified Judicial Judges herein, and a few CEO of Large Corporations,

(Defendant) Federal Reserve Bank et al imposed forever "De jure segregation" in all
legal society and Judicial Control monopoly hostile government of defendant (USA) acting
under color of law institute real by court decree manipulation destruction of material facts, in
cover up (USA) continue discrimination "hate crimes manipulation, segregation, defamation,
liable, slander, discrimination, racial terrorization, dominance, oppression with this "patter and
practices" of false publication of 13th amendment claim running current with the false statement
submitted to the same 14th amendment being "void" invalidate, annul, nullify; as time stood still
for 148 years a

133.

"Plaintiff Slave" cannot be born with 14th amendment claims while 13th amendment of
defendant (Confederate States of America) herein 18 U.S.C. § 371—Conspiracy to Defraud the
(Plaintiff) United States of America Union government et al., ("Defendants") GOP Political
"conspire scheme white's supremacy" 18 U.S.C. § 1349 - Conspiracy to Commit Finical
Banking international Wire Fraud, further scheme insuring False international banking
statements (18 U.S.C. § 1001), acting under color of law hereby being illegal existences

(Defendant) The Confederate States of America on or about the dates of "July 1st 2002
throughout Feb. 6th 2013" actual in law and equity "Fraudulent international (Rogue State)
entity" endless "RICO enterprises" engaging ongoing criminal scheme which includes

06/15/2020 01:04PM 4097446627 GALVMAILRM PAGE 90/99
Case 1:20-cv-00266-MJT-KFG Document 1 Filed 06/15/20 Page 87 of 104 PageID #: 87

87

"Undetectable Counterfeits monetary instrument" RICO enterprise " scheme of things" hereby continue "cause of action" in producing International "first" fraudulent confederate government banking currency on or about the dates of July 1st 2002 throughout the dates of Feb. 6th 2013 "Secondly" knowing and willing"

### 134.

("Defendants") GOP Political "conspire scheme white's supremacy" overt acts includes "False unlawfully appropriates" theft by deception from (Plaintiffs) United Kingdom (US. Dollars $403.4b) on or about the dates of July 1st 2002 throughout the dates of Feb. 6th 2013, (real currency) hereby (Illegal) claiming to be

("Plaintiffs") United States of America Union government while committed producing collective obviously counterfeit money on or about the dates of July 1st 2002 throughout the dates of Feb. 6th 2013 imitation currency, being Counterfeit money produced (i.e. "dirty money") under such "Obstruction of The Justice" and criminal "cover-up" on or about April 29, 2016, and August 9, 2016 in the matter of

Plaintiff: Louis Charles Hamilton, II. Defendant: Federal Reserve Bank, et al. Case Number: 4:2016mc00956. Filed: April 29, 2016. Court: US District Court and continue the same Defendant(s) U.S. Court of Appeals, Fifth Circuit, Filed: August 9, 2016, Case Number:16-20527, Plaintiff - Appellant: Louis Hamilton, II v. The Federal Reserve Bank, et al throughout February 2020, before (International Criminal Court) (ICC) herein

### 135.

("Defendants") The Federal Reserve Bank, et al, Defendant - Appellee: FEDERAL RESERVE BANK, FEDERAL RESERVE SYSTEM, FEDERAL RESERVE, FED, FEDERAL RESERVE BANK OF DALLAS, FEDERAL RESERVE BANK OF SAN FRANCISCO, FEDERAL RESERVE BANK OF KANSAS CITY, FEDERAL RESERVE BANK OF ST. LOUIS, FEDERAL RESERVE BANK OF RICHMOND, FEDERAL RESERVE BANK OF MINNEAPOLIS, FEDERAL RESERVE BANK OF CLEVELAND, FEDERAL RESERVE BANK OF CHICAGO, FEDERAL RESERVE BANK OF PHILADELPHIA, FEDERAL RESERVE BANK OF BOSTON and FEDERAL RESERVE BANK OF NEW YORK

("Defendants") The Federal Reserve Bank, et al, ("Defendants") GOP Political "conspire scheme white's supremacy" committed to each Count(s) singularly and collectively as follows: 1. Principle Co- Conspirator and assessor after the facts Theft by deception, unlawfully appropriates (Plaintiffs) United Kingdom (403.4b)being a Major Foreign Holders of (Plaintiff) United States of America Union government et al., U.S. Public Debt since on or about July 1st 2002 throughout 2020 (February)in the commission of civil/criminal crimes against The Money Laundering Control Act of 1986 (Public Law 99-570)

"long uncivilized history" in the process of making illegally-gained proceeds (i.e. "dirtymoney") appear legal (i.e. "clean") concerning (Plaintiff) United States of America Union government et al., both (Negro Slaves DNA Military and Civilian)programs receiving Federal funds from the (Plaintiffs) United States of America Union government unlawfully appropriates in excess of

136.

(a) More than $21 trillion has gone missing from the Pentagon/HUD

(b) Human trafficking modern slavery— committed to "same facilitations" RICO endeavor "Money Laundering" in the commission of civil/criminal crimes against The Money Laundering Control Act of 1986 (Public Law 99-570) Jurisdiction of (Defendant) State of Mississippi on or about the dates of July 1st 2002 - Feb. 6th 2013 THE COMMON DESIGN OR CONSPIRACY fraud false slavery data, against the

(Plaintiffs) Federal Reserve Notes Federal Reserve Act (ch. 6, 38 Stat. 251, enacted December 23,1913, 12 U.S.C. §§ 221 to 522) as (Defendants) United Nations (Defendants) UN Security Council both "unwilling and unknowing criminal party to having "white supremacy Slave holders" (Defendants) Mississippi State infiltration (Defendants) World Bank with false artifacts (Private)

137.

(Defendants) The Confederate States of America "illegal existences" on or about the dates of July 1st 2002 throughout Feb 6th 2013 ("Defendants") Federal Reserve Bank collective obviously counterfeit money imitation currency, being Counterfeit money produced (i.e. "dirtymoney") on or about the dates of

July 1st 2002 throughout Feb 6th 2013 appear legal (i.e. "clean") without the legal sanction of the (Plaintiff) United States of America Union government et al being legally established until precisely on or about the dates of Feb 7th 2013 throughout (April) 2020 herein cause of actions 18 U.S.C. § 1349 - Conspiracy to Commit International Banking Wire Fraud "Thirdly" ("Defendants") GOP Political "conspire scheme white's supremacy" knowing and willing" overt acts includes "False unlawfully appropriates" theft by deception from

("Plaintiffs") Japan owned $1.27 trillion in U.S. Treasuries, making it the largest foreign holder on or about the dates of July 1st 2002 throughout the dates of Feb. 6th 2013, (real currency) hereby (Illegal) claiming to be ("Plaintiffs") United States of America Union government while committed producing collective obviously counterfeit money imitation currency, being Counterfeit money produced (i.e. "dirtymoney") ) hereby (Illegal) claiming to be

("Plaintiffs") United States of America Union government while committed producing

06/15/2020 01:04PM 4097446627                  GALVMAILRM                           PAGE 92/99
Case 1:20-cv-00266-MJT-KFG    Document 1   Filed 06/15/20   Page 89 of 104 PageID #:
89

89

collective obviously counterfeit money  on or about the dates of July 1st 2002 throughout the dates of Feb. 6th 2013 imitation currency, being  Counterfeit money produced (i.e. "dirtymoney") under such "Obstruction of The Justice" and criminal "cover-up" on or about April 29, 2016, and August 9, 2016 in the matter of

### 138.

Plaintiff: Louis Charles Hamilton, II. Defendant: Federal Reserve Bank, et al. Case Number: 4:2016mc00956. Filed: April 29, 2016,    (Defendants) The Confederate States of America "Illegal existences" on or about the dates of July 1st 2002 throughout Feb 6th 2013 ("Defendants") Federal Reserve Bank collective obviously counterfeit money imitation currency, being  Counterfeit money produced (i.e. "dirtymoney") on or about the dates of

July 1st 2002 throughout Feb 6th 2013 appear legal (i.e. "clean")without the legal sanction of the (Plaintiff) United States of America Union government et al being legally established until precisely on or about the dates of Feb 7th 2013 throughout (April) 2020 theft by deception from ("Plaintiffs") China, which owns $1.09 trillion of ("Plaintiffs") United States of America Union government U.S. debt., on or about the dates of July 1st 2002 throughout the dates of Feb 6th 2013, (real currency) hereby (Illegal) claiming to be

### 139.

("Plaintiffs") United States of America Union government while committed producing collective obviously counterfeit money imitation currency, being  Counterfeit money produced (i.e. "dirtymoney") ) hereby (Illegal) claiming to be ("Plaintiffs") United States of America Union government while committed  producing collective obviously counterfeit money on or about the dates of July 1st 2002 throughout the dates of Feb. 6th 2013 imitation currency, being Counterfeit money produced (i.e. "dirtymoney") under such

"Obstruction of The Justice" and criminal "cover-up" on or about April 29, 2016, and August 9, 2016 in the matter of Plaintiff: Louis Charles Hamilton, II. Defendant: Federal Reserve Bank, et al. Case Number: 4:2016mc00956. Filed. April 29, 2016 (Defendants) The Confederate States of America "Illegal existences" on or about the dates of July 1st 2002 throughout Feb 6th 2013

### 140.

("Defendants") Federal Reserve Bank collective obviously counterfeit money imitation currency, being Counterfeit money produced (i.e. "dirtymoney") on or about the dates of July 1st 2002 throughout Feb 6th 2013 appear legal (i.e. "clean")without the legal sanction of the (Plaintiff) United States of America Union government et al being legally established until precisely on or about the dates of Feb 7th 2013 throughout (April) 2020

("Defendants") GOP Political "conspire scheme white's supremacy" knowing and

06/15/2020 01:04PM 4097446627                    GALVMAILRM                         PAGE 93/99
Case 1:20-cv-00266-MJT-KFG    Document 1   Filed 06/15/20   Page 90 of 104 PageID #:
                                      90

90

willing" overt acts includes "False unlawfully appropriates" theft by deception from ("Plaintiffs")
Ireland with $283 billion,

("Plaintiffs") Luxembourg at $261 billion, herein cause of actions 18 U.S.C. § 1349 -
Conspiracy to defraud the ("Plaintiffs") Negro DNA entire population(s) being captive slaves
continue by the RICO enterprise overt criminal "knowing and extremely willing" acts, being
"cause of actions "ungodly crimes against humanity", committed by the elusive leadership of the
(Defendants) The Confederate States of America "Illegal existences" on or about the dates of
July 1st 2002 throughout December 14, 2012

141.

"blatant beyond dispute, "Illegal existences" on or about the dates "December 14, 2012
propound and produced "International Fraudulent Artifacts" namely "The Magnitsky Act"
Enacted by: (Defendant) the 112th United States Congress on or about December 14, 2012
throughout Feb 6th 2013 "appear legal" before the Jurisdiction of the (ICC) and (ICJ)
International Court system criminal cause of action charging against "The Magnisky Act" which
applies globally, authorizes the

(Defendants) The Confederate States of America "Illegal existences" criminal scheme
surrounding being RICO enterprise impostors of (Plaintiffs) US government on or about the
dates of December 14, 2012 "Throughout Effective" 21 December 2017, (Defendant) US
President Donald Trump "fraudulent issued" Executive Order 13818 which was the first
implementation of the Global Magnitsky Human Rights Accountability Act under which the

(Defendant) Trump U.S. government et al, imposed sanctions against 13 individuals
described as "human rights abusers, kleptocrats, and corrupt actors, freeze their assets, and ban
them from entering the (Plaintiffs) U.S. thereby (being) charge "foreign government officials"
implicated in "human rights abuses" anywhere in the world,

142.

(Defendant) US President Donald Trump in "Federal Complaint" Filed: August 17, 2016
Louis Hamilton, II v. Donald Trump, Sr., Case Number: 16-20552 "dismissed" due to RICO
subject to "fraud of the Courts" thereby (Defendant) Trump et al, officially accused of
committing the fraud himself "among others" to include but not limited to thereby (Defendant)
Trump et al, violations of "The Foreign Agents Registration Act (FARA)" on or about the dates
July 1st 2002

"Throughout Effective" 21 December 2017, when violations of "The Foreign Agents
Registration Act (FARA)said "international criminal scheme of things" (Defendant) US
President Donald Trump "fraudulent issued" Executive Order 13818" within the Jurisdiction of
the (ICC) and (ICJ) International Court systems"....,"fraud" by non-disclosure

06/15/2020 01:04PM 4097446627 GALVMAILRM PAGE 94/99
Case 1:20-cv-00266-MJT-KFG Document 1 Filed 06/15/20 Page 91 of 104 PageID #: 91

91

143.

(Plaintiffs) Negro DNA "captive slaves" never informed of such disregards for human life in all "school educations, Judicial decrees, congressional records ect, to be "physically born slaves" on or about the dates of July 1st 2002 throughout Feb. 6th 2013 by such corruption acting under color of law criminally continue concealing the legal notifying present before the (Plaintiffs) United States of America Union government U.S. Archivist on Feb. 7, the

("Plaintiffs") Federal Register then in "law and equity" of "white man" laws of captivity, slavery, black codes, Jim crow laws all three running "connective" made the ratification official, freeing said ("Plaintiffs") Negro Slave entire population, now having legal citizenship same as the "great Whiteman".

(B) The Charter of the (Defendants) United Nations foundational treaty The Charter on or about December 14, 2012 throughout Feb 6th 2013 (Defendants) United Nations representatives Parties: 193 countries "criminally occurred under all described "false slavery data", scheme under "international mail, wire, computer fraud scheme" surrounding (Defendants) The Confederate States of America Mississippi "criminal Illegal existences" "collective" (Defendant) the 112th United States Congress

144.

("Plaintiffs") (a) FINDINGS.—The (Defendant) Congress on or about the dates of "July 1st 2002 throughout Feb. 6th 2013" actual in law and equity was engaging (RICO) enterprise, fully hostile, and bias— under each conspirators "white supremacy" person(s) criminally insuring international global Genocide against 1.8 Billion world-wide (Plaintiffs) Negro DNA under legal "captive slaves" status to be never informed of such disregards for their own human life, as (Defendant) did so imposed

"International de jure and de facto racial and economic discrimination acts against "unknowing and unwilling (Defendants) United Nations world-wide (Plaintiffs) Negro DNA "captive slaves" represent as of date (1.8) billion (Defendants) " white supremacy" GOP Political deliberately imposing living conditions that seek to "bring about (Plaintiffs) physical destruction in whole or in part"

, international fraud by non-disclosure in all government records, RICO enterprise at the "Hands of the elusive international" (Defendants) The Confederate States of America "Illegal existences" on or about the dates of July 1st 2002 throughout November 2013, "blatant beyond dispute, "Illegal existences".

145.

("Plaintiffs") (b) FINDINGS.—Following the announcement that (Defendants) The International Criminal Court (ICC or ICCt)"ICC would open any "preliminary investigations" on

06/15/2020 01:04PM 4097446627　　　GALVMAILRM　　　PAGE 95/99
Case 1:20-cv-00266-MJT-KFG　　Document 1　Filed 06/15/20　Page 92 of 104 PageID #: 92

92

or about the dates of July 1st 2002 throughout November 2017, hereby (Official) "unknowing and unwilling" criminal party "under deception,

US Code § 1343. Fraud by non-disclosure, under "Federal Complaints" of the undersigned council of record described "international false slavery data", scheme under "international mail, wire, computer fraud scheme" surrounding (Defendants) The Confederate States of America Mississippi "criminal Illegal existences collective"

(Defendant) the 112th United States Congress "Delusional disorder" made presentation to the "Unknowing and unwilling (Defendants) The International Criminal Court (ICC or ICCt)"intergovernmental organization" and "international tribunal" that sits in The Hague, Netherlands on or about the dates of July 1st 2002 throughout Feb 6th 2013 "maintain illegally enslavement" of 34, 658,190 Million (Plaintiffs) negro slaves "Citing undersign ("Pro Se Plaintiffs") (Hamilton) very own

146.

US Docket Federal case 1:2010-CV-00808 Hamilton vs. United States of America et al", thereby all (parties) being criminal parties to "international false slavery data" against the "actual freedom" 34, 658,190 Million (Plaintiffs) negro slaves (Defendants) The Confederate States of America "Illegal existences" "knowing and extremely willing" acts, being "cause of actions "ungodly crimes against humanity", in doing so (Defendants") State of Mississippi was not a party to the (Plaintiffs) United States of America Union Government,

Collective (Defendants) entire 13th Confederate States of America, criminal international false statements, (18 U.S.C. § 1001) criminal action being "elusive" and never join the (Plaintiffs) United States of America Union governments on or about the dates of July 1st 2002 throughout Feb 6th 2013 "said international white supremacy multilateral treaty scam of corruption, greed, human Traficant,

Grand fraud committed to (Official) The ICC "Honorable Justices" Judicial system, which began (Criminally) dis-functioning on 1 July 2002, the date that the Rome Statute entered into force, being an official "Fraudulent international artifacts"

As of November 2019, there are 123 ICC physically (Criminally) dis-functioning member states, "blatant beyond dispute," hereby (Stupid) quite uneducated engaging in international laws of "non-existences" deriving before the (Jurisdiction of the ICJ) International Court Justice (ICC) Criminal Courts "legally quickly and quite easily ripped off" by Collective

147

(Defendants) entire 13th Confederate States of America, criminal international false statements, (18 U.S.C. § 1001) on or about the dates of July 1st 2002 throughout Feb 6th 2013 "maintain illegally enslavement" of 34, 658,190 Million (Plaintiffs) negro slaves "Citing

06/15/2020 01:04PM 4097446627                    GALVMAILRM                          PAGE 96/99
Case 1:20-cv-00266-MJT-KFG    Document 1    Filed 06/15/20    Page 93 of 104 PageID #:
                                             93

93

undersign ("Pro Se Plaintiffs") (Hamilton) very own US Docket Federal case 1:2010-CV-00808 Hamilton vs. United States of America et al", being ("Plaintiffs") continue "cause of action" in all "false slavery data breach"

148

As of November 2019, there are 123 ICC (Criminally) dis-functioning member states, "blatant beyond dispute," involved in complex (RICO) "unknowing and unwilling" party to "white supremacy ongoing "swindle in which the victim herein included but not limited to the (Official) The ICC "Honorable Justices" Judicial system, whom in the past dates of fraud overt acts described herein "persuaded to trust" the "swindler" Collective

(Defendants) entire 13th Confederate States of America, criminal white supremacy international false slavery data statements, (18 U.S.C. § 1001) engaging in "International Human Traficant system world-wide against (Plaintiffs) Negro DNA "captive slaves" represent as of date (1.8) billion by the imposed "International de jure and de facto racial and economic discrimination acts of the

149.

(Defendant) the 112th United States Congress on or about December 14, 2012 throughout Feb 6th 2013 (Plaintiff) United States of America Union government et al being legally established until precisely on or about the dates of Feb 7th 2013 throughout (April) 2020 — under each conspirators "white supremacy" person(s) criminally insuring international global Genocide.

(D)("Plaintiffs Slaves") for estate of wealthy slave owner realleges and incorporates fully set forth all facts, cause of actions on or about the dates of July 1st 2002 throughout Feb. 6th 2013 against "elusive" (Collective) Defendants 13 Confederate States of America illegal existences hidden, scheming within the "unknowing and unwilling"

(Defendants) The World Bank infiltration within international financial institution Membership: (Defendants) 189 countries (IBRD); (Defendants) 173 countries (IDA) "committed to same crimes against humanity" conspire (unknowing and unwilling) "international false slavery data statements" (18 U.S.C. § 1001) "false slavery data", scheme under "international mail, wire, computer fraud scheme against

150.

"Complaint of the undersigned council of record "Counterfeiting and forgery artifacts"- KFG Hamilton v. United States of America et al Doc. 23 LOUIS CHARLES HAMILTON, II, Plaintiff, UNITED STATES OF AMERICA, § PRESIDENT ANDREW JOHNSON, § and PRESIDENT RUTHERFORD B. § HAYES, Defendants CIVIL ACTION NO. 1:10-CV-808 acting under color of law

06/15/2020 01:04PM 4097446627 GALVMAILRM PAGE 97/99
Case 1:20-cv-00266-MJT-KFG Document 1 Filed 06/15/20 Page 94 of 104 PageID #: 94

94

(Defendants) Judicial Judges (Listed) "knowing and willing" engaging over acts of "Obstruction of Justices" legally established until precisely on or about the dates of Jurisdiction of the (ICC) International criminal courts 1st of July 2002 "Counterfeiting and forgery artifacts" undersign council of record proceeding (Pro Se) US -Pacer Case Locator 1 – 33 Federal Case filed (Defendant) "Confederate State of Mississippi was not in the Union

152.

("Plaintiffs") (c) FINDINGS.—(Collective) Defendants 13 Confederate States of America "elusive" criminal manipulation, censorship, mass wire fraud to committed such aggression of white supremacy superior human being "only ending illiterate uneducated criminals" and Join fraudulent (Plaintiffs) United States of America Union government with Oath of Office to the "Confederate Government being administer legally precisely on or about the dates of

"July 1st 2002 throughout "criminal dismissals" obstruction of Justice, against "held illegally" against will under fraud criminal charges, deriving in being "declared incompetent" under this disguise, of white supremacy" corruption, in this (RICO) enterprise scheme of things "State of Texas" criminal fraud, as such action being described US case load entry (33) Hamilton vs. North Texas State Hospital et al US Case No. 7:2012-CV-00053, acting under color of law

(Defendants) Judicial Judges (Listed) "knowing and willing" committed violation among other cause of actions" 923. 18 U.S.C. § 371— Conspiracy to Defraud the ("Plaintiffs") United States of America Union Government, by and through, undersign council of record (Hamilton) proceeding before the "premeditated hostile" RICO scheme of thing

153.

(Defendant) (5th Cir.) herein continue "cause of action" before the jurisdiction of the (ICC) International Criminal Court (Plaintiffs) United States of America Union Government US Code § 1343. fraud by non-disclosure, false judicial decree, mail, wire fraud, fraud by devise of computer usage on the internet continue on or about the dates of July 1st 2002 throughout July 2012 to committed to each "Counterfeiting and forgery artifacts" in false slavery data, judicial decree, "included but not limited to fraud of - Appeals ROA.17- 40068.4190 - 17- 40068.4191 (against)

Undersigned council of record (Pro Se "Louis Charles Hamilton II) in his "both persons" being (Cmdr. USN) (MSS) Secret Service #2712 DOB Nov. 8th 1961 official "Office of Commander in Chief" of "United States of America et al" Department of Defense Naval Bluefin Inc., since appointment 1982 – present 4/2020 on "Official discretion of RONALD REAGAN The White House, October 20, 1981. [Filed with the Office of the Federal Register; 3:31 p.m., October 20, 1981] pursuant to Executive Order 12331

06/15/2020 01:04PM 4097446627                    GALVMAILRM                           PAGE 98/99
Case 1:20-cv-00266-MJT-KFG    Document 1    Filed 06/15/20    Page 95 of 104 PageID #:
                                              95

                                                                                          95

charging including but not limited to cause of action for each "International
Counterfeiting and forgery artifacts"- False Statements (18 U.S.C. 1001) false slavery data,
issued by ("Defendants") The Confederate States of America et al, acting under color of law
(Defendants) Judicial Judges (Listed) "knowing and willing" on or about the dates July 1st 2002
throughout February 6th 2013

### 154.

(Defendant) "Confederate States of America" Hostile "white supremacy", under
leadership (Defendants) GOP political and personal greed, corruption, system fully criminal
overt acts being false entity state, being "among" four allied powers ("Defendants") United
Nations Security Council overseeing their criminal corruption" on or about the dates of July 1st
2002 throughout Feb. 6th 2013 imposed

"International Slavery", being a principal organs of the (Defendants) United Nations,
fraudulent charged with ensuring international peace and security, on behalf of (Plaintiffs) Negro
"Captive Slaves" entire population "which never occurred" being captive human property of a
white man conduct on or about the dates of July 1st 2002 throughout Feb. 6th 2013 (each)
defendant identified criminal collusion, complicity, actual fraud among all

5 permanent members to criminally occurred herein (Defendants) UN Security Council
(Defendants) China, (Defendants) France, (Defendants) The Confederate United States,
(Plaintiffs) United Kingdom, and (Plaintiffs) Russia (all) continue party(s) to "International
Fraudulent mail, wire, TV, radio, computer false slavery data" international fraud scheme of
things "white supremacy" criminal

### 155.

(RICO) enterprise "illegal existences entity herein official "white supremacy political
GOP (Defendants) "sick dishonorable unkind" ongoing "cruel monetary, documentation recorded
corruption "being endless criminal overt acts and actions of insuring world-wide Genocide ethnic
cleansing powers "within approving any changes" to

(Defendants) United Nations UN General "assembly charter" on or about the dates of
July 1st 2002 throughout said international criminal false slavery data having been executed
upon each fraudulent artifacts violation(s) against the "peace, will, dignity, international
freedom, international civil rights, of the (Plaintiffs) Negro DNA population of "captive slaves"
on a destroyed 13th amendment fraudulent scheme of white supremacy

"Slave-holders" persons criminal actions to continue (Defendants) The Confederate State
of America illegal existences fully "knowing and willing" engaging criminal international human
Traficant (RICO) crimes against humanity scam against (Plaintiffs) Negro DNA population of
"captive slaves" and other similarly the same being "people of color" for

06/15/2020  01:04PM  4007440027          GALVMAILRM                  PAGE  99/99
Case 1:20-cv-00266-MJT-KFG    Document 1    Filed 06/15/20    Page 96 of 104 PageID #:
96

96

### 156.

(Defendants) person(s) "international political and personal" unjust enrichments gains by such criminal scheming endless ungodly overt acts for monetary greed being life hood of ongoing acting under color of law "wanted international criminal pirate "looting under false flag two books governments GDP profit(s) scheme by (all) parties, interchangeable criminal conduct

(Defendant) "Confederate State of Mississippi was not in the (Plaintiffs) United States of America Union (Collective) Defendants 13 Confederate States of America "elusive" secret society ongoing criminal manipulation, producing world-wide censorship, mass wire fraud in all educational manuscripts, having been in a (RICO) enterprise "long uncivilized history" in the process of making illegally-gained proceeds (i.e. "dirtymoney") maintaining "Slavery enterprise" on or about the dates

### 157.

July 1st 2002 throughout 2013 Feb. 6th criminal international banking fraud monetary instruments, counterfeiting, human Traficant proceeds appear offshore in the international community" legal (i.e. "clean") against "unknowing and unwilling" (Defendants) The World Bank is an international financial institution Membership: (Defendants) 189 countries (IBRD); (Defendants) 173 countries (IDA) "committed to same crimes against humanity" conspire (unknowing and unwilling) "international false slavery data statements" (18 U.S.C. § 1001)

On or about the dates of July 1st 2002 throughout Feb. 6th 2013, RICO enterprise (collective) facilitation possession, custody, control, overt criminal actions maintain illegally enslavement of 34, 658,190 Million (Plaintiffs) negro slaves on or about the exact date of (December) 2010

"Citing undersigns (Pro Se) Plaintiffs (Hamilton) own US Docket case 1:2010-CV-00808 Hamilton vs. United States of America et al"...and... "Citing undersign (Hamilton) "Appellate Results" fraud of court corruption continue dismissal US PACER case load entry (52) Hamilton vs. USA et al, (5th Cir.) Appeal 12-40403

(E)("Plaintiffs Slaves") for estate of wealthy slave owner realleges and incorporates fully set forth all facts, above, continue cause of actions "International Counterfeiting and forgery artifacts"- (Defendants) ICC International Court system on or about the dates of July 1st 2002 throughout Feb. 6th 2013 by the criminal conduct of the "elusive"(Defendants) GOP Political Confederate Government engaging in an endless (RICO) enterprise "Slave-holders" persons criminal actions scheme producing  "international false slavery data freedom statements"

(18 U.S.C. § 1001) by person(s) acting under color of law within the (jurisdiction) of the (ICC) International Court System "official party to (all) "international false slavery data", scheme under hereby describing "international mail, wire, computer fraud scheme against, ICC

06/15/2020 01:04PM 4097446627                    GALVMAILRM                          PAGE 99/99
Case 1:20-cv-00266-MJT-KFG    Document 1   Filed 06/15/20   Page 97 of 104 PageID #:
                                    97

                                                                                    97

situations and cases, involving scheme by (all) parties, interchangeable criminal conduct.

                                    158.

("Plaintiffs") (d) FINDINGS.—(Defendant) "Confederate State of Mississippi was not in the (Plaintiffs) United States of America Union (Collective) Defendants 13 Confederate States of America on or about the dates of July 1st 2002 throughout Feb. 6th 2013 for the (Jurisdiction) of the (ICC) International Criminal Court committed (Defendants) GOP Political RICO enterprise includes but not limited to "knowing and willing" acting under color of law on or about the dates of July 1st 2002 throughout Feb. 6th 2013

"Fraudulent Producing instruments, decrees, documents of international interest by such devise to secure (Defendants) 13th Confederate States of fraud international historical history in all colonial America government records, thereby "cause of actions" being "international wire fraud computer scheme via such devise as "Internet Manipulation" to produce such epic false slavery data fraud criminal

"fraudulent execute implemented false international wire scheme" thereby said crimes against humanity "among other charges" scheme being under radar quite brilliantly (Defendants) 13th Confederate States of America "official mass producing "white supremacy Alternate history" or "white supremacy alternative history" propaganda against the "peace, will, dignity, correct informed knowledge,

                                    159.

Of the (Plaintiffs) 34, 658,190 Million (Plaintiffs) negro slaves on or about the exact date of (December) 10th 2010 being "not free citizenship" same as white man", and "physically born negro captive slaves, not past descendants of 1865 Colonial America , engaging "misinformation" false slavery data", manipulation concerning the actual passage of a never "complete 13th amendment ratified by all (50) States Defendants herein to being a complete (Plaintiffs) United States of America Union Government on or about the dates of July 1st 2002 throughout Feb. 6th 2013 "which this never did occurred" by common conspire design of fraud by "white man" snake ink oil"

                                    i

fraudulent international historic slaver data wire fraud scheming own doing(s) by the (Defendants) GOP political government ongoing there after 2013 - 2020 overt acts primarily concealing the "actual confederate elusive government entity (Collective) Defendants 13 Confederate States of America on or about the dates of July 1st 2002 throughout Feb. 6th 2013 to having physical actual operation(s) status on or about the dates of July 1st 2002 throughout Feb. 6th 2013 producing bogus invalid, counterfeit records, decrees, actions, documentation (ect)

cause of actions 18 U.S.C. § 1349 - Conspiracy to Commit International Mail, Wire, Radio, TV,

06/15/2020 01:04PM 4097446627                          GALVMAILRM                                    PAGE 99/99
Case 1:20-cv-00266-MJT-KFG    Document 1   Filed 06/15/20   Page 98 of 104 PageID #:
98

98

Computer, Internet Fraud by producing "false Judicial Decrees" further "cause of action" to maintain (RICO) enterprise ("Plaintiffs") asserts As so mention herein 18 U.S.C. § 371—Conspiracy to Defraud the (Plaintiff) United States of America Union government et al , in furtherance of the "wire fraud scheme

160.

(1) that the defendant acting under color of law "voluntarily and intentionally devised" or participated in a scheme of producing "fraudulent Judicial Decrees" (Citing undersign council of record "Pro Se" (Hamilton) own case 1:2010-CV-00808 Hamilton vs. United States of America et al", (among others) here "cause of actions criminal usage of "computer, internet, "mail and wire communications", printed school manuscripts of higher education's "false slavery data"

(RICO) enterprise to physically on or about the dates of July 1st 2002 throughout Feb 6th 2013 to defraud (Plaintiffs) Captive Negro DNA entire population being born Slaves under "white man" legal status scheme against (Plaintiffs) "international freedom, theft of monetary assets, denied correct freedom national education, Denied all National Security & safety being human property of a "white man"; under this criminal "Immigration scheme "Kidnapping" to fully further

"Denationalized (Plaintiffs) Captive Slaves of all correct legal citizenship "same as white man" to criminally occurred on or about the dates of July 1st 2002 throughout Feb 6th 2013 "intentional infliction of emotional distress, mental anguish, helplessness, forced famine, destitution, pauperism, medical neglect,(ect)

161.

(2) that the defendant did so with the intent to defraud; 34, 658,190 Million (Plaintiffs) Negro DNA Captive slaves on or about the 1st of July 2002 well into 2013 Feb. 6th (Plaintiffs) DNA Negro populations official born slaves "never being free citizenship same as "white persons"

(3) that it was reasonably foreseeable that interstate wire communications would be used; by (Defendant) The United States Government Publishing Office, all Defendant the United States Department of Education, all (Defendant) The Joint Committee on Printing all (Defendants) AAP Associated of America Publishers (Unknowing) (Unwilling) (Unsuspecting) (Defendant) United Nations ("Defendants") United Nations Security Council, and (Defendants) "INTERNATIONAL PUBLISHERS DOES NOS. 1-100,000"

(4) that interstate wire communications were in fact used to submitting international false slavery data against the (Plaintiff) herein (Hamilton) on or about the dates of July 1st 2002 throughout Feb 6th 2013 by the (Defendants) Judicial Judges Federal cases, (Listed herein) conspire, mail and wire fraud false slavery data, against the (undersign) "Pro Se Hamilton"

06/15/2020 01:04PM 4097446627              GALVMAILRM                  PAGE 99/99
Case 1:20-cv-00266-MJT-KFG   Document 1   Filed 06/15/20   Page 99 of 104 PageID #: 99

99

written pleadings concealed under Military Authority EO 12331 of (Plaintiff) United States of America (Union Est. February 7th 2013)

"wire fraud" scheme thereby (Defendants) engaging "knowing and willing" international wire fraud criminal overt actions to maintain "illegal international human Traficant scheme, against the "civil rights, peace, will, dignity, and actual international freedom of some 34, 658,190 Million (Plaintiffs) Negro DNA "Being Captive Negro slaves" on or about the 1st of July 2002 well into 2013 Feb. 6th

162.

Criminally said scheme all (Plaintiffs) official "held against will, international freedom, legal educational informed knowledge", legal safety, peace, dignity by the criminal actions of the "Defendants Judicial Courts Corruption" to commit "Direct Obstruction of Justice" against (Hamilton) Federal Complaints, thereby ungodly overt acts acting under color of law "criminal refusal, omission", and "expert legal capacity to committed destruction of all "slavery data pleading" to simply fairly and legally in law and equity other than corruption to addressed (Plaintiffs) Negro slaves "Class Actions complaints" on or about the dates of 1st of July 2002 throughout Feb 6th 2013 " to the question of jurisdiction of the admissibility" of proceeding before (Defendants) GOP Political Court System

"Why (Plaintiffs) being "never actual free slave" from a "white man" and criminally international scheme includes "Negro Immigrants held captive" as continue property of these "white persons" devised under all "international wire fraud manipulation" to the usage of all fraudulent court system computer communications "illegally producing false slavery data within "All Government Judicial Decree" records, documentations "against the undersign council of illegal existences hereby "Collective

163.

("Defendants") The 13 Confederate States of America" being "Imposters" of (Plaintiffs) United States of America on or about the 1st of July 2002 well into 2013 Feb. 6th until (Plaintiffs) United States of America(Union Est. February 7th 2013) pursuant (Defendants) US PACE Federal case (33) Hamilton vs. North Texas State Hospital et al US Case No. 7:2012-CV-00053

Defendant "Confederate State of Mississippi" was not in the Union Join fraudulent after "Appellate (Hamilton) Obstruction of Justice RICO Results" dismissal case load entry (52) Hamilton vs. USA et al, (5th Cir.) Appeal 12-40403

"Obstruction of Justice" against "Pro Se Plaintiff" (Hamilton) herein undersign council of record (a) ("Defendants") The Confederate States of America" never ratified 13th amendment freeing not one single Negro slave's entire population in their Jurisdiction

06/15/2020 01:04PM 4097446627 GALVMAILRM PAGE 99/99
Case 1:20-cv-00266-MJT-KFG Document 1 Filed 06/15/20 Page 100 of 104 PageID
#: 100

100

Confederate States of America (July 1st 2002 – Feb. 6th 2013) continue cause of actions " the "illegal existences" of the (Defendants) Confederate State of Mississippi was not in the (Plaintiffs) United States of America Union Goverment on or about the 1st of July, when this "international mail, wire, TV, radio, computer, internet fraud (RICO) scheme continue conspire well on or about May 2007, (against) the (Plaintiff) Civil Rights Attorney Deadria Farmer-Paellmann "whom petitioned the

164.

(Defendants) US Supreme Court to hear their appeal of the "fraudulent mail, wire, tv, radio, computer, internet ongoing scheme in "international false slavery data" against the actual freedom, informed correct data of (Plaintiffs) Negro Slaves of the (Defendants) GOP Political Judicial decree propounded AND PRODUCED IN "FALSE INTERNATIONAL SLAVERY DATA in 2006 court of appeals (RICO) obstruction of Justice decision

There "cause of actions" (Defendants) Supreme Court fraudulent denied the (Plaintiff) Civil Rights Attorney Deadria Farmer-Paellmann "petition in October 2007, declining to hear the case, while (Defendants) Confederate States of Mississippi some (6) years later on or about the 7th day of February 2013 "Join" ("Plaintiffs") United States of America Union government based on fraudulent judicial responses to the undersigned herein cause of continue cause of action intentional international criminal "wire, mail, TV, radio, computer, internet "False slavery data statements, made against

165.

"Plaintiffs" (Hamilton) entire family slavery heritage "among others" similarly the same under false international slavery data records, within the (Defendants) 13 Confederate States "illegal existences" to occurred on or about the dates of July 1st 2002 throughout Feb. 6th 2013 Honorable Mrs. Fatou Bensouda (International Criminal Court) (ICC) hereby ("Plaintiffs")

(Conclusion) Respectfully As noted by the undersign (Hamilton) herein cause of actions----

1 In the (Defendant) federal government, the category "Black or African American" refers to people having origins in any of the Black racial groups of Africa. It includes people who indicated their race or races as "Black, African Am., or Negro," or wrote in entries such as African American, Afro American, Nigerian, or Haitian.

2 The terms "Black" and "African American" are used by the (Defendant) U.S. Census Bureau; hereinafter data in this report, the term "Black" is used to refer to all individuals who reported they were Black or African American.

Wherefore (Plaintiffs) Negro Slaves awarded direct intentional exemplary damages (75) Trillion US Dollars

06/15/2020 01:04PM 4097446627 GALVMAILRM PAGE 99/99
Case 1:20-cv-00266-MJT-KFG Document 1 Filed 06/15/20 Page 101 of 104 PageID #: 101

101

Wherefore (Plaintiffs) (Putin) awarded direct intentional, liable, discrimination, defamation exemplary damages in excess of (1.5) Billion US Dollars

Wherefore (Plaintiffs) Louis Charles Hamilton II et al awarded direct intentional, liable, discrimination, defamation exemplary damages in excess of (12.5) Billion US Dollars

Wherefore (Plaintiffs) United Kingdom awarded sum by Jury

Wherefore (Plaintiffs) Catholic Church awarded sum by Jury

Wherefore (Plaintiffs) having declaratory judgment, against all (Defendants), protective orders in favor of (Plaintiffs) attached herein

Wherefore Plaintiffs having change of Venue,

Subscribed and sworn before Public Notary Public on this 17th day of June 2020

Public Notary

Respectfully

Louis Charles Hamilton II Cmdr. US Navy MSS (Pro Se Plaintiff)

Queen Elizabeth II, Princess Elizabeth Alexandra Mary,

Prince William, Duke of Cambridge, KG, KT, PC, ADC (William Arthur Philip Louis)

Prince Henry of Wales, KCVO, (Henry Charles Albert David)

Prime Minister Boris Johnson

The British Consulate 1301 Fannin Street Houston Texas 77002-7014

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

Case 1:20-cv-00266-MJT-KFG   Document 1   Filed 06/15/20   Page 102 of 104 PageID
TIME RECEIVED                 REMOTE CSID          DURATION    PAGES    STATUS
June 15, 2020 at 11:50:49 AM PDT   4097446627      2247        104      Received

06/15/2020  01:04PM  4097446627              GALVMAILRM                    PAGE  01/99

## FAX COVER SHEET

June 15th 2020

In The United States District Court for the Eastern District of Texas

David A. O 'Toole, Clerk of Court,

300 Willow St # 104 United States Federal Courthouse

Beaumont, TX 77701

David A. O 'Toole, Clerk of Court, Please find Civil Cover sheet, Complaint,

Notice (Plaintiffs) filing additional

- Expedited TRO, Emergency Protection Order,
- Motion for Recusal of Judge Ron Clark, Judge Marcia A. Crone, Magistrate Judge Keith F. Gibllin, Magistrate Judge Zack Hawthorn,
- Expedited motion for change of Venue to The District of Colombia,

Will pay for the filing fees $400.00 online (ASAP) with credit card (Thank you)

Please find my correct email louishamilton2015@gmail.com fax 409-740-2104,

Cell 409-370-1907

Respectfully -

Estate of Louis Charles Hamilton II Cmdr. US Navy MSS (Plaintiff)

The British Consulate 1301 Fannin Street Houston Texas 77002-7014

C/o Queen Elizabeth II, Princess Elizabeth Alexandra Mary,

Prince William, Duke of Cambridge, KG, KT, PC, ADC (William Arthur Philip Louis)

Prince Henry of Wales, KCVO, (Henry Charles Albert David)

Prime Minister Boris Johnson

June 15th 2020

In The United States District Court for the Eastern District of Texas

David A. O 'Toole, Clerk of Court,

300 Willow St. #... United States Federal Courthouse
104
Beaumont, TX 77701

David A. O 'Toole, Clerk of Court, Please find Civil Cover sheet, Complaint, and Motion for Recusal of Judge Ron Clark, Judge Marcia A. Crone, Magistrate Judge Keith F. Gibllin, Magistrate Judge Zack Hawthorn,

- Notice (Plaintiffs) filing "expedited motion for change of Venue to The District of Colombia,
- Expedited TRO, Emergency Protection Order,

Please find my correct email louishamilton2015@gmail.com fax 409-740-2104, Cell 409-370-1907

Subscribed and sworn before Public Notary Public on this 15th day of June 2020

Public Notary

Respectfully

Estate of Louis Charles Hamilton II Cmdr. US Navy MSS (Plaintiff)

The British Consulate 1301 Fannin Street Houston Texas 77002-7014

C/o Queen Elizabeth II, Princess Elizabeth Alexandra Mary,

Prince William, Duke of Cambridge, KG, KT, PC, ADC (William Arthur Philip Louis)

Prince Henry of Wales, KCVO, (Henry Charles Albert David)

Prime Minister Boris Johnson

JS 44 (Rev. 09/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS** Estate of Louis charles Hamilton II Jefferson

**(b)** County of Residence of First Listed Plaintiff  Jefferson
*(EXCEPT IN U.S. PLAINTIFF CASES)*

409 370 1907

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
The Baptist Consulate 1301 Fannin Street. Houston TX 77002-7014

**DEFENDANTS** Donald Jeffra, Trump, SR. 45th President United States

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1 U.S. Government Plaintiff | ☐ 3 Federal Question *(U.S. Government Not a Party)* |
| ☒ 2 U.S. Government Defendant | ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)* |

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| & Enforcement of Judgment | Slander | Personal Injury | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | New Drug Application | ☒ 470 Racketeer Influenced and |
| Student Loans | ☐ 340 Marine | Injury Product | | ☐ 840 Trademark | Corrupt Organizations |
| (Excludes Veterans) | ☐ 345 Marine Product | Liability | | **LABOR** | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | | ☐ 710 Fair Labor Standards | (15 USC 1681 or 1692) |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | | Act | ☐ 485 Telephone Consumer |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | | ☐ 720 Labor/Management | Protection Act |
| ☐ 190 Other Contract | Product Liability | ☐ 380 Other Personal | | Relations | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Property Damage | | ☐ 740 Railway Labor Act | ☐ 850 Securities/Commodities/ |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | | ☐ 751 Family and Medical | Exchange |
| | ☐ 362 Personal Injury - | Product Liability | | Leave Act | ☐ 890 Other Statutory Actions |
| | Medical Malpractice | | | ☐ 790 Other Labor Litigation | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 791 Employee Retirement | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | Income Security Act | ☐ 895 Freedom of Information |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | **FEDERAL TAX SUITS** | Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | | ☐ 870 Taxes (U.S. Plaintiff | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | Sentence | | or Defendant) | ☐ 899 Administrative Procedure |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party | Act/Review or Appeal of |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | | 26 USC 7609 | Agency Decision |
| | Employment | **Other:** | | | ☐ 950 Constitutionality of |
| | ☐ 446 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | **IMMIGRATION** | State Statutes |
| | Other | ☐ 550 Civil Rights | | ☐ 462 Naturalization Application | |
| | ☐ 448 Education | ☐ 555 Prison Condition | | ☐ 465 Other Immigration | |
| | | ☐ 560 Civil Detainee - | | Actions | |
| | | Conditions of | | | |
| | | Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from Another District *(specify)* ☐ 6 Multidistrict Litigation - Transfer ☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: 42 USC 1983 Civil J.
Brief description of cause: RICO, FALSE SLAVE DATA, WIRE + FRAUD

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 2.5 B/illion
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # ____ AMOUNT ____ APPLYING IFP ____ JUDGE ____ MAG. JUDGE ____