UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| ESTATE OF LOUIS CHARLES HAMILTON II, *et al.*, | § § § § § § § § § § § § § |
| *Plaintiff*, | |
| v. | CASE NO. 1:20-CV-266 |
| DONALD J. TRUMP, President of the United States of America, *et al.*, | JUDGE MICHAEL TRUNCALE |
| *Defendants*. | |

## ORDER ADOPTING REPORT AND OF DISMISSAL

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration. On August 24, 2020, the magistrate judge issued its Report and Recommendation, recommending *sua sponte* dismissal of Plaintiff's complaint as frivolous. (Dkt. #26).

The Clerk mailed a copy of that Report to the Plaintiff at the address provided when he filed his complaint via certified mail, return receipt requested. The certified mail receipt of the Report was returned to sender. (Dkt. #29). It appears that Mr. Hamilton provided a false address for purposes of service. The Local Rules for the Eastern District of Texas require that parties proceeding *pro se* advise the clerk in writing of his or her current physical address. *See* E.D. TEX. R. CV-11(d). The Plaintiff failed to do so. The Court accordingly finds that his failure to comply with the Local Rules supports dismissal without Plaintiff receiving notice of Judge Giblin's recommended dismissal. The Court further agrees with the magistrate judge's finding that Plaintiff's claims are wholly frivolous. It is therefore **ORDERED** that the Report and

1

Recommendation (Dkt. #26) is **ADOPTED**. The Court further **ORDERS** that the Plaintiff's claims are **DISMISSED**, in their entirety, with prejudice because they are wholly frivolous. *Denton v. Hernandez*, 504 U.S. 25, 33 (1993); *Brewster v. Dretke*, 587 F.3d 764, 767 (5th Cir. 2010); *see also Pope v. Mountcastle Mortg. Corp.*, No. 3-11-CV-1689-B, 2011 WL 4986927, at *1 (N.D. Tex. Oct. 18, 2011). The Clerk is directed to **CLOSE** this case. All pending motions are **TERMINATED** as moot.

        **SIGNED this 9th day of September, 2020.**

        Michael J. Truncale
        United States District Judge